IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
|     Plaintiff, | ) Case No. 0:17-cv-61783-KMM |
| v. | ) |
| ZVI KAUFMAN, | ) |
|     Defendant. | ) |

## STATUS REPORT

Pursuant to this Court's order (Doc. No. 8), dated December 12, 2017, the United States of America, by and through undersigned counsel, hereby submits the following status report regarding its efforts to serve Defendant Zvi Kaufman, who resides in Israel.

1. On October 25, 2017, undersigned counsel sent a Notice of Lawsuit and Request for Waiver of Service to Kaufman's Israeli residence and his Florida-based attorney's office. To avoid expenses, Kaufman must return the signed waiver by December 24, 2017 (60 days after the notice was sent).

2. If undersigned does not receive a signed waiver by this deadline, she will proceed with service pursuant to the Hague Service Convention, of which Israel is a member.

                                                    Respectfully submitted,

                                                    DAVID A. HUBBERT
                                                    Deputy Assistant Attorney General

                                                    */s/ Kari A.R. Powell*
                                                    KARI A.R. POWELL
                                                    Trial Attorney, Tax Division
                                                    U.S. Department of Justice
                                                    P.O. Box 14198

Washington, D.C.  20044<br>
202-514-6068 (v)<br>
202-514-4963 (f)<br>
Kari.Powell@usdoj.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 15th day of December, 2017, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

　　　　　　　　　　　　　　　　　　*/s/ Kari A.R. Powell*
　　　　　　　　　　　　　　　　　　KARI A.R. POWELL
　　　　　　　　　　　　　　　　　　Trial Attorney
　　　　　　　　　　　　　　　　　　United States Department of Justice, Tax Division