## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA          CASE NO. 0:17-cv-61783-KMM

vs.

ZVI KAUFMAN,

    Defendant.
_____/

## NOTICE OF APPEARANCE

Jeffrey A. Neiman, Esq., of Marcus Neiman & Rashbaum LLP, hereby enters his appearance on behalf of Defendant Zvi Kaufman in the above-captioned matter and respectfully requests that copies of all future pleadings, orders, and other papers be provided to the undersigned.

Dated: May 4, 2018

          Respectfully Submitted,

          /s/ Jeffrey A. Neiman

          Jeffrey A. Neiman
          Fla. Bar No. 544469
          jneiman@mnrlawfirm.com

          **MARCUS NEIMAN & RASHBAUM LLP**
          100 Southeast Third Avenue, Suite 805
          Ft. Lauderdale, Florida 33394
          Telephone: (954) 462-1200

**CERTIFICATE OF SERVICE**

I hereby certify that on May 4, 2018, a true and correct copy of the foregoing Notice of Appearance was served via CM/ECF on all counsel or parties of record on the Service List.

By:   /s/ Jeffrey A. Neiman
         Jeffrey A. Neiman