# U.S. District Court
# Southern District of Florida (Ft Lauderdale)
# CIVIL DOCKET FOR CASE #: 0:17−cv−61783−KMM

United States of America v. Kaufman  
Assigned to: Chief Judge K. Michael Moore  
Referred to: Magistrate Judge Lurana S. Snow  
Cause: 31:3545 Action to Recover Money  

Date Filed: 09/12/2017  
Date Terminated: 05/07/2018  
Jury Demand: None  
Nature of Suit: 430 Banks and Banking  
Jurisdiction: U.S. Government Plaintiff  

**Plaintiff**

**United States of America**     represented by     **Kari Powell**  
U.S. Department of Justice  
Post Office Box 14198  
Ben Franklin Station  
Washington, DC 20044  
202−514−6068  
Email: kari.powell@usdoj.gov  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*  

V.

**Defendant**

**Zvi Kaufman**     represented by     **Jeffrey Adam Neiman**  
Marcus Neiman & Rashbaum LLP  
100 Southeast Third Avenue  
Suite 805  
Fort Lauderdale, FL 33394  
954 462 1200  
Fax: 9546882492  
Email: jneiman@mnrlawfirm.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*  

| Date Filed | # | Docket Text |
|---|---|---|
| 09/12/2017 | Ï 1 | COMPLAINT against Zvi Kaufman. Filing fees $ 400.00. USA Filer – No Filing Fee Required, filed by United States of America. (Attachments: # 1 Civil Cover Sheet, # 2 Summon(s))(Powell, Kari) (Entered: 09/12/2017) |
| 09/12/2017 | Ï 2 | Clerks Notice to Filer re: Electronic Case. Case administratively closed – No Initiating Document filed/attached. **No further entries will be made on this case**. (rms1) (Entered: 09/14/2017) |
| 09/12/2017 | Ï 3 | Clerks Notice of Judge Assignment to Chief Judge K. Michael Moore. Pursuant to 28 USC 636(c), the parties are hereby notified that the U.S. Magistrate Judge Lurana S. Snow is available to handle any or all proceedings in this case. If agreed, parties should complete and file the Consent form found on our website. It is not necessary to file a document indicating lack of consent. (mc) (Entered: 09/18/2017) |

| | | |
|---|---|---|
| 09/14/2017 | Ï | Case Reopened – Closed in Error (rms1) (Entered: 09/14/2017) |
| 09/18/2017 | Ï 4 | Summons Issued as to Zvi Kaufman. (mc) (Entered: 09/18/2017) |
| 09/21/2017 | Ï 5 | PAPERLESS PRETRIAL ORDER. This order has been entered upon the filing of the complaint. Plaintiff's counsel is hereby ORDERED to forward to all defendants, upon receipt of a responsive pleading, a copy of this Order. It is further ORDERED that S.D. Fla. L.R. 16.1 shall apply to this case and the parties shall hold a scheduling conference no later than twenty (20) days after the filing of the first responsive pleading by the last responding defendant, or within sixty (60) days after the filing of the complaint, whichever occurs first. However, if all defendants have not been served by the expiration of this deadline, Plaintiff shall move for an enlargement of time to hold the scheduling conference, not to exceed 90 days from the filing of the Complaint. Within ten (10) days of the scheduling conference, counsel shall file a joint scheduling report. Failure of counsel to file a joint scheduling report within the deadlines set forth above may result in dismissal, default, and the imposition of other sanctions including attorney's fees and costs. The parties should note that the time period for filing a joint scheduling report is not tolled by the filing of any other pleading, such as an amended complaint or Rule 12 motion. The scheduling conference may be held via telephone. At the conference, the parties shall comply with the following agenda that the Court adopts from S.D. Fla. L.R. 16.1: (1) Documents (S.D. Fla. L.R. 16.1.B.1 and 2) – The parties shall determine the procedure for exchanging a copy of, or a description by category and location of, all documents and other evidence that is reasonably available and that a party expects to offer or may offer if the need arises. Fed. R. Civ. P. 26(a)(1)(B). (a) Documents include computations of the nature and extent of any category of damages claimed by the disclosing party unless the computations are privileged or otherwise protected from disclosure. Fed. R. Civ. P. 26(a)(1)(C). (b) Documents include insurance agreements which may be at issue with the satisfaction of the judgment. Fed. R. Civ. P. 26(a)(1)(D). (2) List of Witnesses – The parties shall exchange the name, address and telephone number of each individual known to have knowledge of the facts supporting the material allegations of the pleading filed by the party. Fed. R. Civ. P. 26(a)(1)(A). The parties have a continuing obligation to disclose this information. (3) Discussions and Deadlines (S.D. Fla. L.R. 16.1.B.2) – The parties shall discuss the nature and basis of their claims and defenses and the possibilities for a prompt settlement or resolution of the case. Failure to comply with this Order or to exchange the information listed above may result in sanctions and/or the exclusion of documents or witnesses at the time of trial. S.D. Fla. L.R. 16.1.I.<br><br>Pursuant to Administrative Order 2016–70 of the Southern District of Florida and consistent with the Court of Appeals for the Eleventh Circuits Local Rules and Internal Operating Procedures, within three days of the conclusion of a trial or other proceeding, parties must file via CM/ECF electronic versions of documentary exhibits admitted into evidence, including photographs of non–documentary physical exhibits. The Parties are directed to comply with each of the requirements set forth in Administrative Order 2016–70 unless directed otherwise by the Court.<br><br>Telephonic appearances are not permitted for any purpose. Upon reaching a settlement in this matter the parties are instructed to notify the Court by telephone and to file a Notice of Settlement within twenty–four (24) hours. Signed by Chief Judge K. Michael Moore on 9/21/2017. (cce) (Entered: 09/21/2017) |
| 09/21/2017 | Ï 6 | PAPERLESS ORDER REFERRING PRETRIAL DISCOVERY MATTERS TO MAGISTRATE JUDGE LURANA S. SNOW. PURSUANT to 28 U.S.C. § 636 and the Magistrate Rules of the Local Rules of the Southern District of Florida, the above–captioned Cause is referred to United States Magistrate Judge Lurana S. Snow to take all necessary and proper action as required by law with respect to any and all pretrial discovery matters. Any motion affecting deadlines set by the Court's Scheduling Order is excluded from this referral, unless specifically referred by separate Order. It is FURTHER ORDERED that the parties shall comply with Magistrate Judge Lurana S. Snows discovery procedures, which the parties shall be advised of by the entry of an Order. Signed by Chief Judge K. Michael Moore on 9/21/2017. (cce) (Entered: 09/21/2017) |

| | | |
|---|---|---|
| 09/26/2017 | ï 7 | GENERAL ORDER ON DISCOVERY OBJECTIONS AND PROCEDURES. Signed by Magistrate Judge Lurana S. Snow on 9/26/2017. (mc) (Entered: 09/26/2017) |
| 12/12/2017 | ï 8 | PAPERLESS ORDER. THIS CAUSE came before the Court sua sponte. On September 12, 2017, the Government filed a Complaint against Defendant. Although the Clerk of Court issued a summons on September 18, 2017, a review of the docket reveals that the Government has not yet served Defendant, who resides abroad. UPON CONSIDERATION of the pertinent portions of the record and being otherwise fully advised in the premises, the Government is hereby ORDERED to submit to the Court a status report, on or before December 19, 2017, addressing the Government's efforts to serve the Defendant. Signed by Chief Judge K. Michael Moore on 12/12/2017. (cce) (Entered: 12/12/2017) |
| 12/15/2017 | ï 9 | STATUS REPORT by United States of America (Powell, Kari) (Entered: 12/15/2017) |
| 01/19/2018 | ï 10 | WAIVER OF SERVICE Returned Executed by United States of America. Zvi Kaufman waiver sent on 1/19/2018, answer due 4/19/2018. (Powell, Kari) (Entered: 01/19/2018) |
| 05/04/2018 | ï 11 | NOTICE of Attorney Appearance by Jeffrey Adam Neiman on behalf of Zvi Kaufman. Attorney Jeffrey Adam Neiman added to party Zvi Kaufman(pty:dft). (Neiman, Jeffrey) (Entered: 05/04/2018) |
| 05/04/2018 | ï 12 | Consent MOTION to Change Venue by United States of America. Responses due by 5/18/2018 (Powell, Kari) (Entered: 05/04/2018) |
| 05/07/2018 | ï 13 | PAPERLESS ORDER. THIS CAUSE is before the Court on a Joint Motion to Change Venue to District of Connecticut 12 . UPON CONSIDERATION of the Motion 12 , the pertinent portions of the record, and being otherwise fully advised in the premises, the Motion 12 is hereby GRANTED. The Clerk of Court is instructed to TRANSFER this case to the District of Connecticut. Signed by Chief Judge K. Michael Moore on 5/7/2018. (cce) (Entered: 05/07/2018) |
| 05/07/2018 | ï | Case transferred to District of Connecticut electronically (cce) (Entered: 05/07/2018) |