IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. 3:18-cv-787-JBA |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| ZVI KAUFMAN, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**JOINT MOTION FOR EXTENSION OF TIME TO RESPOND TO THE COMPLAINT**

Plaintiff United States of America and Defendant Zvi Kaufman (collectively, "the parties") hereby jointly request that the Court extend the time by which Defendant Zvi Kaufman must respond to the complaint until July 23, 2018. In support of their motion, the parties submit as follows:

The United States filed the complaint in this matter in the United States District Court for the Southern District of Florida on September 12, 2017. (Doc. 1). On January 19, 2018, Defendant waived service of the summons, which required him to file an answer on or before March 20, 2018. (Doc. 10). On May 4, 2018, the parties filed a consent motion to transfer venue to the United States District Court for the District of Connecticut. (Doc. 12). The Florida District Court granted the motion on May 7, 2018, and transferred the case to this district. (Doc. 13).

The parties are engaged in settlement discussions which could resolve all issues before the Court without the need for further litigation. The parties therefore request that the Court extend the time by which the Defendant must file respond to the complaint until July 23, 2018.

1

WHEREFORE, the parties request that the Court extend the time by which Defendant must respond to the Complaint until July 23, 2018.

Respectfully submitted,

*For Plaintiff:*  RICHARD E. ZUCKERMAN
Principal Deputy Assistant Attorney General

*/s/ Bradley A. Sarnell*
BRADLEY A. SARNELL
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 55
Washington, D.C.  20044
202-307-1038 (v)
202-514-5238 (f)
Bradley.A.Sarnell@usdoj.gov

*For Defendant:*  */s/ Jeffrey Neiman (with consent)*
JEFFREY NEIMAN
Marcus Neiman & Rashbaum LLP
100 SE Third Ave., Suite 805
Fort Lauderdale, Florida 33394
954-462-1200 (v)
jneiman@mnrlawfirm.com

## CERTIFICATE OF SERVICE

      I hereby certify that on this 23rd day of May, 2018, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all ECF filers, and I sent a copy of the foregoing document in the U.S. Mail addressed to:

JEFFREY NEIMAN
Marcus Neiman & Rashbaum LLP
100 SE Third Ave., Suite 805
Fort Lauderdale, Florida 33394

                                        */s/ Bradley A. Sarnell*
                                        BRADLEY A. SARNELL
                                        Trial Attorney
                                        United States Department of Justice, Tax Division