## IN THE UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. 3:18-cv-787-JBA |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| ZVI KAUFMAN, ) | |
| ) | |
| Defendant. ) | JUNE 6, 2018 |

### NOTICE OF APPEARANCE

To the Clerk of the Court:

Please enter the appearance of the undersigned as counsel to the Defendant, Zvi Kaufman, in the above matter.

        THE DEFENDANT:
        Zvi Kaufman

By:    /s/ Jeffrey M. Sklarz
        Jeffrey M. Sklarz (ct20938)
        Green & Sklarz, LLC
        700 State Street, Suite 100
        New Haven, CT 06511
        (203) 285-8545
        Fax: (203) 823-4546
        jsklarz@gs-lawfirm.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on the date set forth below a copy of the foregoing was served by CM/ECF and/or mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

Date:   June 6, 2018                                                 /s/ Jeffrey M. Sklarz