# IN THE UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | Case No. 3:18-cv-787-JBA |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| ZVI KAUFMAN, | ) | |
| | ) | |
| Defendant. | ) | JULY 16, 2018 |

## MOTION FOR ADMISSION PRO HAC VICE OF ATTORNEY JEFFREY NEIMAN

Pursuant to Rule 83.1(d) of the Local Rules of Civil Procedure for the United States District Court for the District of Connecticut, the undersigned, a member of the Bar of this Court, respectfully moves that the Court admit Attorney Jeffrey Neiman, a member of the Bar of the State of Florida, to represent Zvi Kaufman (the "Defendant"), and in accordance with Local Rule 83.1(d), I represent that:

1. Attorney Jeffrey Neiman is a Partner of the law firm of Marcus Neiman & Rashbaum LLP. The office address of Attorney Neiman is: One Financial Plaza, 100 Southeast Third Ave, Suite 805, Ft. Lauderdale, Florida 33394.  Attorney Neiman's telephone number is (954) 462-1200 and his fax number is (954) 688-2492.  His email address is jneiman@mnrlawfirm.com.

2. Attorney Neiman is a member in good standing of all states and jurisdictions set forth in his affidavit, attached as "Exhibit A."

3.	To the best of my knowledge and belief, Attorney Neiman is a member in good standing of the courts listed in his affidavit and he has not been denied admission or disciplined by this Court; no disciplinary proceedings are pending against him; and he has not been denied admission or disciplined by any other court.

4.	Service of all papers directed to the Defendants may be made upon the undersigned, pursuant to Rule 83.1(c) of the Local Rules of Civil Procedure.

5.	The requisite fee of $75.00 has been submitted herewith.

Dated: July 16, 2018

By:	/s/ Jeffrey M. Sklarz
Jeffrey M. Sklarz (ct20938)
Green & Sklarz, LLC
700 State Street, Suite 100
New Haven, CT 06511
(203) 285-8545
Fax: (203) 823-4546
jsklarz@gs-lawfirm.com

{00077335.1 }

## **CERTIFICATE OF SERVICE**

  I hereby certify that on the date set forth below a copy of the foregoing was served by CM/ECF and/or mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

Date:  July 16, 2018              /s/ Jeffrey M. Sklarz

{00077335.1 }