# IN THE UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) Case No. 3:18-cv-787-JBA |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| ZVI KAUFMAN, | ) |
| | ) |
| Defendant. | ) |

### DECLARATION OF ATTORNEY JEFFREY NEIMAN IN SUPPORT OF MOTION
### FOR ADMISSION OF VISITING ATTORNEY PRO HAC VICE

I, Jeffrey Neiman, being over the age of eighteen years and believing in the sanctity of an oath, do hereby depose and say the following of which I have personal knowledge:

1. I submit this Affidavit in support of the motion for my admission as a visiting attorney as counsel on behalf of Zvi Kaufman (the "Defendant"). I am fully competent to testify as to the matters herein and have personal knowledge of the facts herein. All information in this Affidavit is true and correct to the best of my knowledge.

2. I am a partner with the firm Marcus Neiman & Rashbaum LLP, practicing out of the firm's office located at One Financial Plaza, 100 Southeast Third Ave, Suite 805, Ft. Lauderdale, Florida 33394.

3. Pursuant to Local Rule of the United States District Court for the District of Connecticut 83.1, 1 certify that I am eligible for admission to this Court, and am admitted, to practicing, and in good standing as a member of the Bar of the State of Florida (Bar No.

{00077328.1}                                    1

544469). I am also admitted to practice before U.S. Tax Court, U.S. District Court for the Southern District of Florida, U.S. District Court for the Middle District of Florida and U.S. District Court for the Northern District of Florida.

4. I have no pending disciplinary complaints as to which a finding has been made that such complaint should proceed to a hearing, and I have not been denied admission to, been disciplined by, resigned from, surrendered my license to practice before, or withdrawn an application for admission to practice before this Court or any other court, while facing a disciplinary complaint.

5. I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action and I also certify that I am generally familiar with this Court's Local Rules and have reviewed the Federal Rules of Civil Procedure, the Local Rules of the United States District Court for the District of Connecticut, and the Connecticut Rules of Professional Conduct.

6. I designate my sponsoring attorney, Jeffrey M. Sklarz (Connecticut Juris No. ct20938) as my agent for service of process at the following address: Green & Sklarz LLC, 700 State Street, Suite 100, New Haven, CT 06511.

7. Simultaneously with the filing of the Motion, a check in the amount of $75.00 has been submitted to the Clerk of the Court in compliance with D. Conn. L. Civ. R. 83.1(d)(2).

8. I declare under penalty of perjury that the foregoing is true and accurate.

**Subscribed and sworn this 16th day of July, 2018 at Ft. Lauderdale, Florida**

_____
Jeffrey Neiman