# IN UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | Case No. 3:18-cv-787-JBA |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| ZVI KAUFMAN, | ) | |
| | ) | JULY 23, 2018 |
| Defendant. | ) | |

## DEFENDANT ZVI KAUFMAN'S ANSWER TO COMPLAINT AND AFFIRMATIVE DEFENSES

Defendant Zvi Kaufman, by and through his undersigned counsel, hereby files his Answer to Plaintiff's Complaint (DE 1).

## GENERAL DENIAL OF LIABILTY

Defendant generally denies any liability arising from any of the allegations asserted by the United States in the Complaint. Any allegation in the Complaint which is not expressly admitted below is denied. Defendant's failure to timely file true and complete Forms TD F 90-22.1 in years 2008, 2009, and 2010 was due to reasonable cause. Additionally, the assessed penalties run afoul of the Internal Revenue Service's own guidelines and regulations.

## SPECIFIC RESPONSE TO THE ALLEGATIONS IN THE COMPLAINT

### Jurisdiction and Venue[1]

1. Defendant is without sufficient information with which to formulate a response to this paragraph and, therefore, Plaintiff is left to its proof and Defendant denies the same.

2. Admitted to the extent that "the Court" refers to the United States District Court of the District of Connecticut. As to the remaining allegations, this paragraphs call for a legal conclusion to which no response is required, therefore, Plaintiff is left to its proof and Defendant denies the same.

3. Admitted.

### Obligation to Report Interest in Foreign Accounts

4. This paragraphs call for a legal conclusion to which no response is required, therefore, Plaintiff is left to its proof and Defendant denies the same.

5. This paragraphs call for a legal conclusion to which no response is required, therefore, Plaintiff is left to its proof and Defendant denies the same.

### Zvi Kaufman's Failure to Report Interest in Foreign Account

6. Admitted.

7. Admitted.

8. Admitted.

9. Denied.

10. Denied.

---

[1] For the sake of clarity and ease of reference, this Answer includes the Government's section headings. By including these subheadings, Defendant does not admit to their substance. Except as otherwise admitted in this Answer, all of the Government's allegations are denied.

11. Denied.

12. Denied.

## Claim for Relief

13. Admitted.

14. Denied.

15. Admitted.

16. Admitted.

17. Denied.

## AFFIRMATIVE DEFENSES

The Defendant asserts the following Affirmative Defenses to the allegations in the Complaint:

### FIRST AFFIRMATIVE DEFENSE

The Plaintiff has failed to state a claim upon which relief can be granted.

### SECOND AFFIRMATIVE DEFENSE

Claims in the Complaint are barred by the relevant statutes of limitations.

### THIRD AFFIRMATIVE DEFENSE

The Plaintiff's claim violates the Internal Revenue Service's policy of recommending and assessing one penalty per open year, regardless of the number of unreported foreign accounts and this penalty is limited to $10,000 per year.  Furthermore, Section 4.26.16.6.4.1 of the Internal Revenue Manual states that for multiple years with non-willful violations, examiners may even issue a single $10,000 penalty to cover multiple years of non-compliance.

### FOURTH AFFIRMATIVE DEFENSE

The penalties at issue were not properly assessed.

## FIFTH AFFIRMATIVE DEFENSE

Defendant's failure to timely disclose his foreign bank accounts was due to reasonable cause.

## SIXTH AFFIRMATIVE DEFENSE

The penalties violate the Eight Amendment of the United States Constitution.

        Respectfully Submitted,

        /s/ Jeffrey M. Sklarz
        Jeffrey M. Sklarz (ct20938)
        Green & Sklarz, LLC
        700 State Street, Suite 100
        New Haven, Connecticut 06511
        (203) 285-8545
        Fax: (203) 823-4546
        jsklarz@gs-lawfirm.com

        Jeffrey A. Neiman (admitted *pro hac vice*)
        Marcus Neiman & Rashbaum LLP
        100 Southeast Third Avenue, Suite 805
        Ft. Lauderdale, Florida 33394
        (954) 462-1200
        Fax: (954) 688-2492
        jneiman@mnrlawfirm.com

**CERTIFICATE OF SERVICE**

I hereby certify that on the date set forth below a copy of the foregoing was served by CM/ECF and/or mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

Date:   July 23, 2018                                       /s/ Jeffrey M. Sklarz