## IN UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | Case No. 3:18-cv-787-JBA |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| ZVI KAUFMAN, | ) | |
| | ) | JULY 26, 2018 |
| Defendant. | ) | |

### NOTICE OF APPEARANCE

Jeffrey A. Neiman, Esq., having been admitted *pro hac vice*, hereby enters his notice of appearance on behalf of Defendant Zvi Kaufman, in the above-captioned matter and respectfully request that copies of all future Court orders, pleadings and other papers be provided to the undersigned.

Respectfully Submitted,

/s/ Jeffrey A. Neiman_____
Jeffrey M. Sklarz (ct20938)
Green & Sklarz, LLC
700 State Street, Suite 100
New Haven, Connecticut 06511
(203) 285-8545
Fax:  (203) 823-4546
jsklarz@gs-lawfirm.com

Jeffrey A. Neiman (admitted *pro hac vice*)
Marcus Neiman & Rashbaum LLP
100 Southeast Third Avenue, Suite 805
Ft. Lauderdale, Florida 33394
(954) 462-1200
Fax:  (954) 688-2492
jneiman@mnrlawfirm.com

**CERTIFICATE OF SERVICE**

    I hereby certify that on the date set forth below a copy of the foregoing was served by CM/ECF and/or mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

Date:   July 26, 2018                                          /s/ Jeffrey A. Neiman