## ORDER ON REASSIGNED MATTERS

**To promote an orderly and efficient transition of matters reassigned to the undersigned, the court issues the following orders.**

**Within 14 days of this Order, the parties shall submit a Joint Status Report advising the court as to the following:**

1. The status of discovery;

2. The nature and status of any outstanding motions, to include the parties' position as to whether any such motions are ripe for adjudication and whether the parties request oral argument as to each such motion;

3. Whether the parties are actively engaged in settlement discussions;

4. Whether the parties seek a referral to a Magistrate Judge for settlement purposes;

5. Whether the matter is trial ready and whether the parties consent to a trial before a Magistrate Judge.

**SO ORDERED.**

_____/S/_____

**Kari A. Dooley, USDJ**