IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Case No. 3:18-cv-787-KAD |
| ) | |
| v. ) | |
| ) | |
| ZVI KAUFMAN, ) | |
| ) | |
| Defendant. ) | |

**UNITED STATES' MOTION FOR STAY OF SETTLEMENT CONFERENCE AND RELATED DATES IN LIGHT OF LAPSE OF APPROPRIATIONS**

Plaintiff United States of America hereby moves for a stay of the settlement conference currently scheduled for February 7, 2019 in the above-captioned case, and all related dates set forth in the Court's November 20, 2018 Settlement Conference Order, including but not limited the date for filing a formal, written settlement demand (currently schedule for January 4, 2019), the date for filing any motion to excuse a person with full settlement authority from in-person attendance at the settlement conference (currently scheduled for January 4, 2019), and the date for filing the *ex parte* settlement statement (currently scheduled for January 10, 2019). Based on the nature and timing of this motion, and the below-referenced prohibition regarding work during a lapse in appropriations, the undersigned has not sought to determine Defendant's position with regard to this motion. In support of its request, the United States alleges, as follows:

1. At the end of the day on December 21, 2018, the appropriations act that had been funding the Department of Justice expired and appropriations to the Department lapsed. The same is true for several other Executive agencies, including the federal Plaintiff. The Department does not know when funding will be restored by Congress.

1

2.      Absent an appropriation, Department of Justice attorneys and employees of the federal Plaintiff are prohibited from working, even on a voluntary basis, except in limited circumstances, including "emergencies involving the safety of human life or the protection of property." 31 U.S.C. § 1342.

3.      Undersigned counsel for the Department of Justice therefore requests that the settlement conference, and all related dates set forth in the November 20, 2018 Settlement Conference Order, be stayed until Congress has restored appropriations to the Department.

4.      If this motion for a stay is granted, undersigned counsel will notify the Court as soon as Congress has appropriated funds for the Department. The Government requests that, at that point, the Court reset the settlement conference and all related dates.

Therefore, although we greatly regret any disruption caused to the Court and the other litigants, the Government hereby moves for a stay of the settlement conference in this case, and all related dates, until Department of Justice attorneys are permitted to resume their usual civil litigation functions.

> Respectfully submitted,
>
> RICHARD E. ZUCKERMAN
> Principal Deputy Assistant Attorney General
> U.S. Department of Justice, Tax Division
>
> */s/ Bradley A. Sarnell*
> BRADLEY A. SARNELL
> Trial Attorney, Tax Division
> U.S. Department of Justice
> P.O. Box 55
> Washington, D.C.  20044
> 202-307-1038 (v)
> 202-514-5238 (f)
> Bradley.A.Sarnell@usdoj.gov

## CERTIFICATE OF SERVICE

    I hereby certify that on this 26th day of December, 2018, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all ECF filers.  There are no parties which require conventional service.

                        */s/ Bradley A. Sarnell*
                        BRADLEY A. SARNELL
                        Trial Attorney
                        United States Department of Justice, Tax Division