**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF CONNECTICUT**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. 3:18-cv-787-JBA |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| ZVI KAUFMAN, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**[PROPOSED] ORDER GRANTING MOTION TO EXTEND DEADLINE TO RESPOND TO GOVERNMENT'S DISCOVERY REQUESTS UNTIL AFTER EARLY COURT-SUPERVISED SETTLEMENT CONFERENCE**

**THIS CAUSE** is before the Court on Defendant Zvi Kaufman's Motion to Extend Deadline to Respond to Government's Discovery Requests Until After Early Court-Supervised Settlement Conference ("Defendant's Motion"). The Court has considered the Motion.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. Defendant's Motion is **GRANTED**.

2. Defendant Kaufman shall respond to (1) Plaintiff United States' Interrogatories to Defendant Zvi Kaufman; and (2) Plaintiff United States' Request for Production to Defendant Zvi Kaufman on or before **April 15, 2019**.

**DONE AND ORDERED** this _____ day of January, 2019, in Chambers in New Haven, Connecticut.

_____
Hon. Kari A. Dooley
UNITED STATES DISTRICT JUDGE