IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Case No. 3:18-cv-787-KAD |
| ) | |
| v. ) | |
| ) | |
| ZVI KAUFMAN, ) | |
| ) | |
| Defendant. ) | |

**NOTICE OF RESUMPTION**

The United States hereby notifies the Court that Congress has appropriated funds for the Department of Justice and the Internal Revenue Service for an additional three weeks, permitting these agencies to resume normal operations through February 15, 2019.  On December 26, 2018, the United States had requested that the Court stay the settlement conference scheduled for February 7, 2019, and all dates set forth in the Court's November 20, 2018 Settlement Conference Order. (Doc. 67).  The United States' motion stated that the United States would inform the Court when Congress had appropriated funds for the Department of Justice.  This motion was granted on December 26, 2018.  (Doc. 42).  As Congress has appropriated funds for the Department of Justice, the United States hereby notifies the Court of such appropriation.  The United States notes that the settlement conference and related dates have been reset by subsequent Order. (Doc. 49).

Respectfully submitted,

RICHARD E. ZUCKERMAN
Principal Deputy Assistant Attorney General
U.S. Department of Justice, Tax Division

*/s/ Bradley A. Sarnell*
BRADLEY A. SARNELL
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 55
Washington, D.C.  20044
202-307-1038 (v)
202-514-5238 (f)
Bradley.A.Sarnell@usdoj.gov

2

## CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of January, 2019, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all ECF filers. There are no parties which require conventional service.

>    */s/ Bradley A. Sarnell*
>    BRADLEY A. SARNELL
>    Trial Attorney
>    United States Department of Justice, Tax Division