IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) Case No. 3:18-cv-787-KAD |
| v. | ) ) ) |
| ZVI KAUFMAN, | ) ) |
| Defendant. | ) |

**UNITED STATES' CONSENT MOTION TO EXTEND DISCOVERY DEADLINE AND FOR LEAVE TO SERVE ADDITIONAL INTERROGATORIES**

Plaintiff United States of America hereby requests that the date on which fact discovery must be completed, currently scheduled for October 1, 2019, be extended until October 31, 2019, to allow the United States to serve additional interrogatories on Defendant Zvi Kaufman and for leave to serve 20 additional interrogatories. Counsel for Defendant Zvi Kaufman consents to the requested relief. This is the first extension that either party has requested of the deadline to complete fact discovery.

Counsel for the parties have been working since July 2019 to coordinate taking Defendant Zvi Kaufman's deposition. Mr. Kaufman resides in Israel, and his counsel have informed the United States that it will be difficult for him to travel to the United States due to his age and health. Taking the deposition in Israel would be a prohibitively protracted process, as a request for such deposition would have to be made to the Israeli Central Authority for the Hague Evidence Convention, which would take several months. The parties have therefore agreed that, in lieu of deposing Mr. Kaufman, the United States will instead propound interrogatories on Mr. Kaufman, and have agreed to extend discovery for 30 days to allow the United States to do so. As the interrogatories are taking the place of a deposition, the parties have agreed that the United States may propound an additional 20 interrogatories (raising the total number to 45, though the

1

United States has already propounded a number of interrogatories, which count towards the total).  The parties' requested extension of the discovery deadline will not require the Court to move any of the other dates set forth in the scheduling order.

  WHEREFORE, Plaintiff United States of America request that the Court extend the date on which fact discovery must be completed, currently scheduled for October 1, 2019, until October 31, 2019, and authorize the United States to propound 20 additional interrogatories on Mr. Kaufman.

            Respectfully submitted,

            RICHARD E. ZUCKERMAN
            Principal Deputy Assistant Attorney General
            Tax Division, U.S. Department of Justice

            */s/Bradley A. Sarnell*
            BRADLEY A. SARNELL
            Trial Attorney, Tax Division
            U.S. Department of Justice
            P.O. Box 55
            Washington, D.C. 20044
            Telephone: (202) 307-1038
            Fax: (202) 514-5238
            Email: Bradley.A.Sarnell@usdoj.gov

## CERTIFICATE OF SERVICE

      I hereby certify that on this 19th day of September, 2019, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all ECF filers. There are no parties which require conventional service.

                                        */s/ Bradley A. Sarnell*
                                        BRADLEY A. SARNELL
                                        Trial Attorney
                                        United States Department of Justice, Tax Division