IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>           Plaintiff,  )<br>  )<br>      v.  )<br>  )<br> ZVI KAUFMAN,  )<br>  )<br>           Defendant.  ) | Case No. 3:18-cv-787-KAD |

**PLAINTIFF UNITED STATES' MOTION FOR SUMMARY JUDGMENT**

Plaintiff United States of America, pursuant to Fed. R. Civ. P. 56, hereby moves for summary judgment against Defendant Zvi Kaufman to reduce to judgment unpaid civil penalties that were assessed against him under 31 U.S.C. § 5321(a)(5) for the calendar years 2008, 2009, and 2010.  Mr. Kaufman is liable for the penalties under § 5321(a)(5) because he failed to timely report a number of foreign financial accounts to the Treasury Department in each of those three years.  *See* 31 U.S.C. § 5314, 31 C.F.R. § 103.24 (2009). The United States asks that the Court enter judgment against Mr. Kaufman in the total amount of $144,244.00 for the FBAR penalties, $36,373.20 for a late-payment penalty, and $6,062.20 for interest, plus interest and statutory additions from and after December 6, 2019.

In support of this motion, and pursuant to Local Rule 56(a)(1) the United States has attached a statement of material facts not in dispute.  The United States has also attached a memorandum of law in support of its motion and the exhibits referenced therein.

1

2

WHEREFORE, the United States requests that the Court grant its motion for summary judgment and provide the relief requested above.

                                        Respectfully submitted,

                                        RICHARD E. ZUCKERMAN
                                        Principal Deputy Assistant Attorney General

                                        */s/ Bradley A. Sarnell*
                                        BRADLEY A. SARNELL
                                        Trial Attorney, Tax Division
                                        U.S. Department of Justice
                                        P.O. Box 55
                                        Washington, D.C.  20044
                                        202-307-1038 (v)
                                        202-514-5238 (f)
                                        Bradley.A.Sarnell@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on this __ day of December, 2019, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all ECF filers. There are no parties which require conventional service.

>*/s/ Bradley A. Sarnell*
>BRADLEY A. SARNELL
>Trial Attorney
>United States Department of Justice, Tax Division