IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ZVI KAUFMAN, )<br>)<br>Defendant. ) | Case No. 3:18-cv-787-KAD |

**PLAINTIFF UNITED STATES' STATEMENT OF MATERIAL FACTS
NOT IN DISPUTE**

Plaintiff United States of America, pursuant to Fed. R. Civ. P. 56 and Local Rule 56.1, hereby provides its statement of material facts not in dispute in support of its motion for summary judgment.

**Statement of Material Facts**

1. Defendant Zvi Kaufman is a United States citizen and was a United States citizen during the calendar years 2007, 2008, and 2009. *See* (Doc. 1), at ¶ 7; (Doc. 26) at ¶ 7; *see also* Plaintiff's Exhibit ("P. Ex.") A, at ¶¶ 1-3.

2. Defendant Zvi Kaufman had a financial interest in, or signatory authority over, financial accounts in Israel during tax years 2008, 2009, and 2010. *See* P. Ex. A, at ¶¶ 4-6.

3. During tax year 2008, Mr. Kaufman had accounts at the following financial institutions, all of which were located in Israel, the last four digits of the account numbers of which and the high balances of which were, as follows:

| Financial Institution | Last 4 Digits of Account Number | High Balance |
|---|---|---|
| Clal Insurance Ltd. | 7163 | $775,901 |
| Helman Alduvi Gemmel | 3989 | $2,307 |
| Harel Gemmel Ltd. | 0117 | $13,247 |
| Migdal Insurance Co. | N/A | $51,927 |
| Excellence | 2032 | $121,788 |
| Altschuler Schacham Keren Hishtalmut | 8729 | $103,540 |
| Midgal Sherute Bursa, Ltd. | 1987 | $4,831 |
| DS Gemmel & Pitzuim | 8675 | $69,417 |
| Migdal Gemmel Platinum Ltd. | N/A | $2,097 |
| Psagot Investment House (jointly held) | 0167 | $533,084 |
| Bank Leumi (jointly held securities account) | 7592NIS | $290,680 |
| Bank Leumi (jointly held foreign exchange account) | 7592FOREX | $455,183 |
| Bank Leumi (jointly held bank account) | 7592 | $82,239 |

P. Ex. A ¶ 13, 17 (admitting that P. Ex. B accurately reflects the FBAR form that Mr. Kaufman filed with the IRS on May 15, 2012 regarding tax year 2008); P. Ex. B; Declaration of Anton Pukhalenko ("Pukhalenko Decl.") at ¶ 2.

    4.    During tax year 2009, Mr. Kaufman had accounts at the following financial institutions, all of which were located in Israel, the last four digits of the account numbers of which and the high balances of which were, as follows:

| Financial Institution | Last 4 Digits of Account Number | High Balance |
|---|---|---|
| Clal Insurance Ltd. | 7163 | $909,399 |
| Helman Alduvi Gemmel | 3989 | $3,422 |
| Harel Gemmel Ltd. | 0117 | $17,235 |
| Migdal Insurance Co. | N/A | $89,718 |
| Excellence | 2032 | $161,215 |
| Altschuler Schacham Keren Hishtalmut | 8729 | $146,882 |
| Migdal Gemmel Platinum, Ltd. | 3203 | $2,212 |
| DS Gemmel & Pitzuim | 8675 | $69,417 |
| Psagot Investment House (jointly held) | 0167 | $722,182 |
| Bank Leumi (jointly held account) | 7592NIS | $473,920 |
| Bank Leumi (jointly held account) | 7592FOREX | $475,821 |
| Bank Leumi (jointly held account) | 7592 | $98,186 |

P. Ex. A ¶ 14, 18 (admitting that P. Ex. C. accurately reflects the FBAR form that Mr. Kaufman filed with the IRS on May 15, 2012 regarding tax year 2009); P. Ex. C; Pukhalenko Decl. at ¶ 2

    5.    During tax year 2010, Mr. Kaufman had accounts at the following financial institutions, all of which were located in Israel, the last four digits of the account numbers of which and the high balances of which were, as follows:

3

| Financial Institution | Last 4 Digits of Account Number | High Balance |
|---|---|---|
| Clal Insurance Ltd. | 7163 | $1,021,027 |
| Helman Alduvi Gemmel | 3989 | $3,690 |
| Harel Gemmel Ltd. | 0117 | $18,671 |
| Migdal Insurance Co. | N/A | $103,585 |
| Excellence | 2032 | $180,741 |
| Altschuler Schacham Keren Hishtalmut | 8729 | $157,342 |
| Psagot Keren Hishtalmut | 9677 | $168,206 |
| DS Gemmel & Pitzuim | 8675 | $103,274 |
| Psagot Retirement Funds Ltd. | 9532 | $3,912 |
| Psagot Retirement Funds Ltd. | 9672 | $18.671 |
| Psagot Retirement Funds Ltd. | 9642 | $103,755 |
| Altschuler Shacham Keren Hishtalmut | 3298 | $2,142 |
| Psagot Investment House (jointly held) | 0167 | $1,087,657 |
| Bank Leumi (jointly held account) | 7592NIS | $567,639 |
| Bank Leumi (jointly held account) | 7592FOREX | $47,235 |
| Bank Leumi (jointly held account) | 7592 | $249.888 |
| Excellence | 6208 | $293,766 |

P. Ex. A ¶ 15, 19 (admitting that P. Ex. D. accurately reflects the FBAR form that Mr. Kaufman filed with the IRS on May 15, 2012 regarding tax year 2010); P. Ex. D.  Thus, during 2008, 2009, and 2010, the aggregate balance of Mr. Kaufman's foreign financial accounts exceeded $10,000.  P. Ex. A, at ¶¶ 4-6; P. Ex. B-D; Pukhalenko Decl. at ¶ 2.

6.  Mr. Kaufman did not timely file FBARs to report his foreign financial accounts for tax years 2008, 2009, and 2010; he did not file any FBARs to report his foreign accounts until May 2012.  See P. Ex. A, ¶ 10-15, P. Ex. B-D; Pukhalenko Decl. at ¶ 2.

7. On September 24. 2015, the IRS assessed three FBAR penalties against Mr. Kaufman for the calendar years 2008, 2009, and 2010: $42,249 for 2008, $42,287 for 2009, and $59,708

for 2010.  *See* P. Ex. E, "Forms 13448 Penalty Assessment Certifications (Title 31 'FBAR'),'" accompanied by a "Certificate of Official Record" dated January 5, 2017.  The penalty amounts, were calculated in accordance with Internal Revenue Manual 4.26.16 and were approved by IRS Chief Counsel, as required at the time the penalties were proposed under Internal Revenue Manual 4.26.17.4.3.  Pukhalenko Decl. at ¶ 3-4.

   8.  At or near the time the FBAR penalties were assessed, the IRS sent a letter to Mr. Kaufman demanding payment for the FBAR penalties.  *See* P. Ex. F, Declaration of Debt, dated December 6, 2019, at ¶ 3.  Mr. Kaufman owes $144,244.00 on the principal for the outstanding FBAR penalties, $36,373.20 for a late-payment (or "delinquency") penalty, and $6,062.20 for interest, as of December 6, 2019.  *See id*., at ¶ 4.  Interest and delinquency penalties continue to accrue from and after December 6, 2019.

Respectfully submitted,

RICHARD E. ZUCKERMAN
Principal Deputy Assistant Attorney General

*/s/ Bradley A. Sarnell*
BRADLEY A. SARNELL
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 55
Washington, D.C.  20044
202-307-1038 (v)
202-514-5238 (f)
Bradley.A.Sarnell@usdoj.gov