IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Case No. 3:18-cv-787-KAD |
| ) | |
| v. ) | |
| ) | |
| ZVI KAUFMAN, ) | |
| ) | |
| Defendant. ) | |

## DECLARATION OF ANTON PUKHALENKO

I, Anton Pukhalenko, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am employed as a Revenue Agent with the Large Business and International Division, Withholding and International Individual Compliance Practice Area, of the Internal Revenue Service ("IRS"). Among my duties is to determine penalties for individuals for failure to report foreign bank accounts to the United States. These penalties are known as "FBAR penalties" because the accounts are reported to the Financial Crimes Enforcement Network ("FinCEN") using a form entitled Report of Foreign Bank and Financial Accounts ("FBAR"). The authority to enforce FBAR reporting requirements was delegated from FinCEN to the IRS. The IRS conducts examinations into compliance with the FBAR reporting requirements and can assess penalties for failure to report accounts. I was assigned to determine the FBAR penalty liabilities of Zvi Kaufman. I have access to IRS records regarding Zvi Kaufman's FBAR penalty liabilities for calendar years 2008, 2009, and 2010, and my statements are based on my personal knowledge and my review of IRS records.

2. On May 15, 2012, Zvi Kaufman filed FBARs with the FinCEN for calendar years 2008, 2009, and 2010, which reported that he had foreign bank accounts during those calendar years. The tables below set forth the financial institutions at which Mr. Kaufman had

1

accounts (all of which were in Israel), the last four digits of the account numbers, and the high balances of the accounts, as reflected on the FBARs Mr. Kaufman filed.

2008:

| Financial Institution | Last 4 Digits of Account Number | High Balance |
|---|---|---|
| Clal Insurance Ltd. | 7163 | $775,901 |
| Helman Alduvi Gemmel | 3989 | $2,307 |
| Harel Gemmel Ltd. | 0117 | $13,247 |
| Migdal Insurance Co. | N/A | $51,927 |
| Excellence | 2032 | $121,788 |
| Altschuler Schacham Keren Hishtalmut | 8729 | $103,540 |
| Midgal Sherute Bursa, Ltd. | 1987 | $4,831 |
| DS Gemmel & Pitzuim | 8675 | $69,417 |
| Migdal Gemmel Platinum Ltd. | N/A | $2,097 |
| Psagot Investment House (jointly held) | 0167 | $533,084 |
| Bank Leumi (jointly held securities account) | 7592NIS | $290,680 |
| Bank Leumi (jointly held foreign exchange account) | 7592FOREX | $455,183 |
| Bank Leumi (jointly held bank account) | 7592 | $82,239 |

2

2009:

| Financial Institution | Last 4 Digits of Account Number | High Balance |
|---|---|---|
| Clal Insurance Ltd. | 7163 | $909,399 |
| Helman Alduvi Gemmel | 3989 | $3,422 |
| Harel Gemmel Ltd. | 0117 | $17,235 |
| Migdal Insurance Co. | N/A | $89,718 |
| Excellence | 2032 | $161,215 |
| Altschuler Schacham Keren Hishtalmut | 8729 | $146,882 |
| Migdal Gemmel Platinum, Ltd. | 3203 | $2,212 |
| DS Gemmel & Pitzuim | 8675 | $69,417 |
| Psagot Investment House (jointly held) | 0167 | $722,182 |
| Bank Leumi (jointly held account) | 7592NIS | $473,920 |
| Bank Leumi (jointly held account) | 7592FOREX | $475,821 |
| Bank Leumi (jointly held account) | 7592 | $98,186 |

2010:

| Financial Institution | Last 4 Digits of Account Number | High Balance |
|---|---|---|
| Clal Insurance Ltd. | 7163 | $1,021,027 |
| Helman Alduvi Gemmel | 3989 | $3,690 |
| Harel Gemmel Ltd. | 0117 | $18,671 |
| Migdal Insurance Co. | N/A | $103,585 |
| Excellence | 2032 | $180,741 |
| Altschuler Schacham Keren Hishtalmut | 8729 | $157,342 |
| Psagot Keren Hishtalmut | 9677 | $168,206 |
| DS Gemmel & Pitzuim | 8675 | $103,274 |
| Psagot Retirement Funds Ltd. | 9532 | $3,912 |
| Psagot Retirement Funds Ltd. | 9672 | $18.671 |
| Psagot Retirement Funds Ltd. | 9642 | $103,755 |
| Altschuler Shacham Keren Hishtalmut | 3298 | $2,142 |
| Psagot Investment House (jointly held) | 0167 | $1,087,657 |
| Bank Leumi (jointly held account) | 7592NIS | $567,639 |
| Bank Leumi (jointly held account) | 7592FOREX | $47,235 |
| Bank Leumi (jointly held account) | 7592 | $249.888 |
| Excellence (jointly held account) | 6208 | $293,766 |

3. On December 2, 2014, by letter to Mr. Kaufman, I proposed to assess FBAR penalties against Mr. Kaufman for non-willful failure to report his foreign financial accounts. Prior to proposing the penalties, I requested and received the approval of my Group Manager and of an SB/SE Counsel Area FBAR Coordinator, as required by Internal Revenue Manual 4.26.17.4.3.

4̶3̶. The December 2, 2014 proposed penalties were determined based on the high balance of the account, using the mitigation factors set forth in Internal Revenue Manual 4.26-16-1. Accounts which had high balances that did not exceed $5,000 for the relevant year were

4

penalized at 10 percent of the high balance. Accounts which had high balances that exceeded $5,000 but did not exceed $250,000 in the relevant year were penalized in the amount of $5,000. Accounts which had high balances that exceeded $250,000 in the relevant year were penalized in the amount of $10,000, except such accounts which were jointly held were penalized at $5,000. The name of the financial institution and the penalty amount I proposed for failing to report that account are set forth below.

2008:

| Financial Institution | Penalty Amount |
|---|---|
| Clal Insurance Ltd. | $10,000 |
| Helman Alduvi Gemmel | $231 |
| Harel Gemmel Ltd. | $1,325 |
| Migdal Insurance Co. | $5,000 |
| Excellence | $5,000 |
| Altschuler Schacham Keren Hishtalmut | $5,000 |
| Midgal Sherute Bursa, Ltd. | $483 |
| DS Gemmel & Pitzuim | $5,000 |
| Migdal Gemmel Platinum Ltd. | $210 |
| Psagot Investment House (jointly held) | $5,000 |
| Bank Leumi (jointly held) | $5,000 |
| Total | $42,249 |

2009:

| Financial Institution | Penalty Amount |
|---|---|
| Clal Insurance Ltd. | $10,000 |
| Helman Alduvi Gemmel | $342 |
| Harel Gemmel Ltd. | $1,724 |
| Migdal Insurance Co. | $5,000 |
| Excellence | $5,000 |
| Altschuler Schacham Keren Hishtalmut | $5,000 |
| Migdal Gemmel Platinum, Ltd. | $221 |
| DS Gemmel & Pitzuim | $5,000 |
| Psagot Investment House (jointly held) | $5,000 |
| Bank Leumi (jointly held) | $5,000 |
| Total | $42,287 |

2010:

| Financial Institution | High Balance |
|---|---|
| Clal Insurance Ltd. | $10,000 |
| Helman Alduvi Gemmel | $369 |
| Harel Gemmel Ltd. | $1,867 |
| Migdal Insurance Co. | $5,000 |
| Excellence | $5,000 |
| Altschuler Schacham Keren Hishtalmut | $5,000 |
| Psagot Keren Hishtalmut | $5,000 |
| DS Gemmel & Pitzuim | $5,000 |
| Psagot Retirement Funds Ltd. | $391 |
| Psagot Retirement Funds Ltd. | $1,867 |
| Psagot Retirement Funds Ltd. | $5,000 |
| Altschuler Shacham Keren Hishtalmut | $241 |
| Psagot Investment House (jointly held) | $5,000 |
| Bank Leumi (jointly held) | $5,000 |
| Excellence (jointly held) | $5,000 |
| Total | $59,708 |

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury, that the foregoing is true and accurate. Executed on this 9th day of December, 2019.

_____
Anton Pukhalenko
Revenue Agent
Internal Revenue Service