IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA,   ) | |
| ) | |
| Plaintiff,   ) | Case No. 3:18-cv-787-KAD |
| ) | |
| v.   ) | |
| ) | |
| ZVI KAUFMAN,   ) | |
| ) | |
| Defendant.   ) | |

## PLAINTIFF UNITED STATES' REQUESTS FOR ADMISSION TO DEFENDANT ZVI KAUFMAN

Pursuant to Federal Rules of Civil Procedure 26 and 36, Plaintiff United States of America requests Defendant Zvi Kaufman make the admissions below for purposes of this action. In accordance with Federal Rule of Civil Procedure 36(a)(3), the matters below will be deemed admitted unless you serve an answer or objection to the office of the undersigned counsel for the United States at the address reflected below within thirty (30) days after service of these requests.

The requests that follow use the following definitions:

"You" means Zvi Kaufman.

### REQUESTS FOR ADMISSION

1.    Admit that, during tax year 2008, you were a naturalized U.S. citizen.

RESPONSE:


2.    Admit that, during tax year 2009, you were a naturalized U.S. citizen.

RESPONSE



**Plaintiff Exhibit**
A

3.    Admit that, during tax year 2010, you were a naturalized U.S. citizen.

RESPONSE:

4.    Admit that, during tax year 2008, you had a financial interest in, or signature authority over, foreign financial accounts with an aggregate high balance greater than $10,000.

RESPONSE:

5.    Admit that, during tax year 2009, you had a financial interest in, or signature authority over, foreign financial accounts with an aggregate high balance greater than $10,000.

RESPONSE:

6.    Admit that, during tax year 2010, you had a financial interest in, or signature authority over, foreign financial accounts with an aggregate high balance greater than $10,000.

RESPONSE:

7.    Admit that you were required to file a "Report of Foreign Bank and Financial Accounts" with the Department of the Treasury for tax year 2008.

RESPONSE:

8.    Admit that you were required to file a "Report of Foreign Bank and Financial Accounts" with the Department of the Treasury for tax year 2009.

RESPONSE:

9.    Admit that you were required to file a "Report of Foreign Bank and Financial Accounts" with the Department of the Treasury for tax year 2010.

RESPONSE:

10.    Admit that you did not file a "Report of Foreign Bank and Financial Accounts" with the Department of the Treasury for tax year 2008 on or before June 30, 2009.

RESPONSE:

11.    Admit that you did not file a "Report of Foreign Bank and Financial Accounts" with the Department of the Treasury for tax year 2009 on or before June 30, 2010.

RESPONSE:

12.    Admit that you did not file a "Report of Foreign Bank and Financial Accounts" with the Department of the Treasury for tax year 2010 on or before June 30, 2011.

RESPONSE:

13.    Admit that you filed a "Report of Foreign Bank and Financial Accounts" with the Department of the Treasury for tax year 2008 on May 15, 2012.

RESPONSE:

14.    Admit that you filed a "Report of Foreign Bank and Financial Accounts" with the Department of the Treasury for tax year 2009 on May 15, 2012.

RESPONSE:

15. Admit that you filed a "Report of Foreign Bank and Financial Accounts" with the Department of the Treasury for tax year 2010 on May 15, 2012.

RESPONSE:

16. Admit that you filed a "Report of Foreign Bank and Financial Accounts" with the Department of the Treasury for tax year 2008 on May 15, 2012.

RESPONSE:

17. Admit that the document attached as Exhibit A (previously produced as Documents USA-000100 and USA-000102 through USA-000105) accurately reflects the information contained in the "Report of Foreign Bank and Financial Accounts" that you filed with the Department of the Treasury for tax year 2008.

RESPONSE:

18. Admit that the document attached as Exhibit B (previously produced as Documents USA-000106 through USA-000110) accurately reflects the information contained in the "Report of Foreign Bank and Financial Accounts" that you filed with the Department of the Treasury for tax year 2009.

RESPONSE:

19.     Admit that the document attached as Exhibit C (previously produced as

Documents USA-000111 through USA-000115) accurately reflects the information contained in

the "Report of Foreign Bank and Financial Accounts" that you filed with the Department of the

Treasury for tax year 2010.

RESPONSE:

For Plaintiff United States of America,

RICHARD E. ZUCKERMAN
Principal Deputy Assistant Attorney General
Tax Division, U.S. Department of Justice

*/s/Bradley A. Sarnell*
BRADLEY A. SARNELL
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 55
Washington, D.C. 20044
Telephone: (202) 307-1038
Fax: (202) 514-5238
Email: Bradley.A.Sarnell@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of May, 2019, the foregoing document was served on the following individuals by U.S. Mail and electronic mail:

Jeffrey M. Sklarz
Green & Sklarz, LLC
700 State Street, Suite 100
New Haven, Connecticut 06511

Jeffrey A. Neiman
Marcus Neiman & Rashbaum LLP
100 Southeast Third Avenue, Suite 805
Ft. Lauderdale, Florida 33394

                                      */s/ Bradley A. Sarnell*
                                      BRADLEY A. SARNELL
                                      Trial Attorney
                                      United States Department of Justice, Tax Division

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

UNITED STATES OF AMERICA                    **CASE NO. 3:18-cv-787-KAD**

      Plaintiff,

vs.

ZVI KAUFMAN,

      Defendant.

_____/

## <u>DEFENDANT'S RESPONSE TO PLAINTIFF'S REQUEST FOR ADMISSION</u>

Defendant Zvi Kaufman, pursuant to Federal Rule of Civil Procedure 36 hereby responds to Plaintiff's Request for Admission as follows:

1.    Admitted

2.    Admitted

3.    Admitted

4.    Admitted

5.    Admitted

6.    Admitted

7.    Admitted

8.    Admitted

9.    Admitted

10.    Admitted

11.    Admitted

12.    Admitted

13.     Admitted

14.     Admitted

15.     Admitted

16.     Admitted

17.     Admitted

18.     Admitted

19.     Admitted

Dated: June 3, 2019

Respectfully Submitted,

/s/ Jeffrey A. Neiman
Jeffrey A. Neiman
Fla. Bar No. 544469
jneiman@mnrlawfirm.com

**MARCUS NEIMAN & RASHBAUM LLP**

100 Southeast Third Avenue, Suite 805
Ft. Lauderdale, Florida 33394
Telephone: (954) 462-1200

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on June 3, 2019, a true and correct copy of the foregoing was served

via email on opposing counsel.

By:     /s/ Jeffrey Neiman
          Jeffrey Neiman

2