**TD F 90-22.1**
(Rev. October 2008)
Department of the Treasury
Do not use previous editions of this form after December 31, 2008

*** FACSIMILE ***
# REPORT OF FOREIGN BANK AND FINANCIAL ACCOUNTS
Do NOT file with your Federal Tax Return

31000013389238
OMB No. 1506-0009

**1** This Report is for Calendar Year Ended 12/31
**2008**
Amended ☐

## Part I — Filer Information

**2** Type of Filer

a ☒ Individual   b ☐ Partnership   c ☐ Corporation   d ☐ Consolidated   e ☐ Fiduciary or Other -- Enter type

**3** U.S. Taxpayer Identification Number: 3556
If filer has no U.S. Identification Number complete item 4.

**4** Foreign Identification (Complete only if item 3 is not applicable.)
a Number
b Country of Issue
c Type: ☐ Passport   ☐ Other

**5** Individual's Date of Birth: 11/04/1950

**6** Last Name or Organization Name: KAUFMAN
**7** First Name: ZVI
**8** Middle Initial:

**9** Address (Number, Street, and Apt. or Suite No.)

**10** City: CARME YOSEF
**11** State:
**12** Zip/Postal Code: 99797
**13** Country: IS

**14** Does the filer have a financial interest in 25 or more financial accounts
☐ Yes   If Yes enter total number of accounts
(If Yes is checked, do not complete Part II or Part III, but retain records of this information)
☒ No

## Part II — Information on Financial Account(s) Owned Separately

**15** Maximum value of account during calendar year reported: 775,901

**16** Type of account   a ☐ Bank   b ☐ Securities   c ☒ Other--Enter type below
LIFE INSURANCE POLICY

**17** Name of Financial Institution with which account is held: CLAL INSURANCE LTD

**18** Account number or other designation: 7163

**19** Mailing Address (Number, Street, Suite Number) of financial institution in which account is held: 48 MENACHEM BEGIN STREET

**20** City: TEL AVIV
**21** State, if known:
**22** Zip/Postal Code, if known: 66180
**23** Country: IS

### Signature

**44** Filer Signature: SIGNATURE PRESENT
**45** Filer Title, if not reporting a personal account:
**46** Date: 05/15/2012

File this form with: U.S. Department of the Treasury, P.O. Box 32621, Detroit, MI 48232-0621

This form should be used to report a financial interest in, signature authority, or other authority over one or more financial accounts in foreign countries, as required by the Department of the Treasury Regulations (31 CFR Chapter X). No report is required if the aggregate value of the accounts did not exceed $10,000.

Cat No. 12996D            Form **TD F 90-22-1**  (Rev. 10-2008)

**Plaintiff Exhibit B**

The enclosed information was collected and disseminated under provisions of the Bank Secrecy Act (the BSA) and U.S. Department of the Treasury regulations implementing the BSA. See 31 U.S.C. 5311, et seq.; 31 CFR Chapter X. The information is sensitive in nature and is to be treated accordingly. The information may be used only for a purpose consistent with a criminal, tax, or regulatory investigation or proceeding, or in the conduct of intelligence or counterintelligence activities, including analysis, to protect against international terrorism. See 31 U.S.C. 5311. The information cannot be further released, disseminated, disclosed, or transmitted without prior approval of the Director of the Financial Crimes Enforcement Network or his authorized delegate. Suspicious activity reports filed under the BSA must be treated with particular care given that they contain unsubstantiated allegations of possible criminal activity, akin to confidential informant tips. Unauthorized release of information collected under the BSA may result in criminal or civil sanctions.

***FACSIMILE***     31000013389238

| Part II | Continued--Information on Financial Account(s) Owned Separately | Form TD F 90-22.1 |
|---|---|---|
| **Complete a Separate Block for Each Account Owned Separately** This side can be copied as many times as necessary in order to provide information on all accounts. | | Page Number 2 of 5 |

| 1 Filing for calendar year | 3-4 Check appropriate Identification Number | 6 Last Name or Organization Name |
|---|---|---|
| 2008 | ☒ Taxpayer Identification Number<br>☐ Foreign Identification Number<br>Enter Identification number here:<br>███3556 | KAUFMAN |

| 15 Maximum value of account during calendar year reported | 16 Type of account  a ☐ Bank  b ☐ Securities  c ☒ Other--Enter type below |
|---|---|
| 2,307 | RETIREMENT ACCOUNT |

17 Name of Financial Institution with which account is held
HELMAN ALDUVI GEMMEL

| 18 Account number or other designation | 19 Mailing Address (Number, Street, Suite Number) of financial institution in which account is held |
|---|---|
| ███3989 | DERECH BEN GURION 2 |

| 20 City | 21 State, if known | 22 Zip/Postal Code, if known | 23 Country |
|---|---|---|---|
| RAMAT GAN | | 52573 | IS |

| 15 Maximum value of account during calendar year reported | 16 Type of account  a ☐ Bank  b ☐ Securities  c ☒ Other--Enter type below |
|---|---|
| 13,247 | RETIREMENT ACCOUNT |

17 Name of Financial Institution with which account is held
HAREL GEMMEL LTD

| 18 Account number or other designation | 19 Mailing Address (Number, Street, Suite Number) of financial institution in which account is held |
|---|---|
| ███0117 | ABBA HILLEL SILVER 3 |

| 20 City | 21 State, if known | 22 Zip/Postal Code, if known | 23 Country |
|---|---|---|---|
| RAMAT GAN | | | IS |

| 15 Maximum value of account during calendar year reported | 16 Type of account  a ☐ Bank  b ☐ Securities  c ☒ Other--Enter type below |
|---|---|
| 51,927 | LIFE INSURANCE |

17 Name of Financial Institution with which account is held
MIGDAL INSURANCE CO

| 18 Account number or other designation | 19 Mailing Address (Number, Street, Suite Number) of financial institution in which account is held |
|---|---|
| | MENACHEM BEGIN STREET 7 |

| 20 City | 21 State, if known | 22 Zip/Postal Code, if known | 23 Country |
|---|---|---|---|
| RAMAT GAN | | | IS |

| 15 Maximum value of account during calendar year reported | 16 Type of account  a ☐ Bank  b ☐ Securities  c ☒ Other--Enter type below |
|---|---|
| 121,788 | PENSION |

17 Name of Financial Institution with which account is held
EXCELLENCE

| 18 Account number or other designation | 19 Mailing Address (Number, Street, Suite Number) of financial institution in which account is held |
|---|---|
| ███2032 | JABOTINSKY STREET 7 |

| 20 City | 21 State, if known | 22 Zip/Postal Code, if known | 23 Country |
|---|---|---|---|
| RAMAT GAN | | 52520 | IS |

| 15 Maximum value of account during calendar year reported | 16 Type of account  a ☐ Bank  b ☐ Securities  c ☒ Other--Enter type below |
|---|---|
| 103,540 | SABBATICAL FUND |

17 Name of Financial Institution with which account is held
ALTSCHULER SHACHAM KEREN HISHTALMUT

| 18 Account number or other designation | 19 Mailing Address (Number, Street, Suite Number) of financial institution in which account is held |
|---|---|
| ███8729 | HABARZEL STREET 19A |

| 20 City | 21 State, if known | 22 Zip/Postal Code, if known | 23 Country |
|---|---|---|---|
| TEL AVIV | | 69710 | IS |

| 15 Maximum value of account during calendar year reported | 16 Type of account  a ☐ Bank  b ☐ Securities  c ☒ Other--Enter type below |
|---|---|
| 4,831 | RETIREMENT ACCOUNT |

17 Name of Financial Institution with which account is held
MIGDAL SHERUTE BURSA LTD

| 18 Account number or other designation | 19 Mailing Address (Number, Street, Suite Number) of financial institution in which account is held |
|---|---|
| ███1987 | SAADIA GAON 26 |

| 20 City | 21 State, if known | 22 Zip/Postal Code, if known | 23 Country |
|---|---|---|---|
| TEL AVIV | | 67135 | IS |

The enclosed information was collected and disseminated under provisions of the Bank Secrecy Act (the BSA) and U.S. Department of the Treasury regulations implementing the BSA. See 31 U.S.C. 5311, et seq.; 31 CFR Chapter X. The information is sensitive in nature and is to be treated accordingly. The information may be used only for a purpose consistent with a criminal, tax, or regulatory investigation or proceeding, or in the conduct of intelligence or counterintelligence activities, including analysis, to protect against international terrorism. See 31 U.S.C. 5311. The information cannot be further released, disseminated, disclosed, or transmitted without prior approval of the Director of the Financial Crimes Enforcement Network or his authorized delegate. Suspicious activity reports filed under the BSA must be treated with particular care given that they contain unsubstantiated allegations of possible criminal activity, akin to confidential informant tips. Unauthorized release of information collected under the BSA may result in criminal or civil sanctions.

***FACSIMILE***  31000013389238

| Part II | Continued--Information on Financial Account(s) Owned Separately | Form TD F 90-22.1 |

**Complete a Separate Block for Each Account Owned Separately**
This side can be copied as many times as necessary in order to provide information on all accounts.

Page Number: 3 of 5

| 1 Filing for calendar year | 3-4 Check appropriate Identification Number | 6 Last Name or Organization Name |
|---|---|---|
| 2008 | ☒ Taxpayer Identification Number<br>☐ Foreign Identification Number<br>Enter Identification number here:<br>■■■■3556 | KAUFMAN |

| 15 Maximum value of account during calendar year reported | 16 Type of account  a ☐ Bank  b ☐ Securities  c ☒ Other--Enter type below |
|---|---|
| 69,417 | RETIREMENT ACCOUNT |

17 Name of Financial Institution with which account is held
DS GEMMEL & PITZUIM

| 18 Account number or other designation | 19 Mailing Address (Number, Street, Suite Number) of financial institution in which account is held |
|---|---|
| ■■■8675 | YEHUDA HALEVY 23 |

| 20 City | 21 State, if known | 22 Zip/Postal Code, if known | 23 Country |
|---|---|---|---|
| TEL AVIV | | 61290 | IS |

| 15 Maximum value of account during calendar year reported | 16 Type of account  a ☐ Bank  b ☐ Securities  c ☒ Other--Enter type below |
|---|---|
| 2,097 | SABBATICAL FUND |

17 Name of Financial Institution with which account is held
MIGDAL GEMMEL PLATINUM LTD

| 18 Account number or other designation | 19 Mailing Address (Number, Street, Suite Number) of financial institution in which account is held |
|---|---|
| | HAYETZIRA STREET 1 |

| 20 City | 21 State, if known | 22 Zip/Postal Code, if known | 23 Country |
|---|---|---|---|
| PETACH TIKVA | | | IS |

The enclosed information was collected and disseminated under provisions of the Bank Secrecy Act (the BSA) and U.S. Department of the Treasury regulations implementing the BSA. See 31 U.S.C. 5311, et seq.; 31 CFR Chapter X. The information is sensitive in nature and is to be treated accordingly. The information may be used only for a purpose consistent with a criminal, tax, or regulatory investigation or proceeding, or in the conduct of intelligence or counterintelligence activities, including analysis, to protect against international terrorism. See 31 U.S.C. 5311. The information cannot be further released, disseminated, disclosed, or transmitted without prior approval of the Director of the Financial Crimes Enforcement Network or his authorized delegate. Suspicious activity reports filed under the BSA must be treated with particular care given that they contain unsubstantiated allegations of possible criminal activity, akin to confidential informant tips. Unauthorized release of information collected under the BSA may result in criminal or civil sanctions.

***FACSIMILE***  31000013389238

**Part III  Information on Financial Account(s) Owned Jointly**   Form TD F 90-22.1

Complete a Separate Block for Each Account Owned Jointly
This side can be copied as many times as necessary in order to provide information on all accounts.

Page Number 4 of 5

| 1 Filing for calendar year | 3-4 Check appropriate Identification Number | 6 Last Name or Organization Name |
|---|---|---|
| 2008 | ☒ Taxpayer Identification Number<br>☐ Foreign Identification Number<br>Enter Identification number here:<br>▓▓▓▓3556 | KAUFMAN |

**Account 1**

- 15 Maximum value of account during calendar year reported: **533,084**
- 16 Type of account: a ☐ Bank  b ☒ Securities  c ☐ Other
- 17 Name of Financial Institution: **PSAGOT INVESTMENT HOUSE**
- 18 Account number or other designation: ▓▓▓0167
- 19 Mailing Address: **ECHAD HAAM STREET 14**
- 20 City: **TEL AVIV**
- 22 Zip/Postal Code: **65142**
- 23 Country: **IS**
- 24 Number of joint owners for this account: **1**
- 25 Taxpayer Identification Number of principal joint owner: ▓▓▓▓▓
- 26 Last Name of principal joint owner: **KAUFMAN**
- 27 First Name of principal joint owner: **LOIS**
- 29 Address of principal joint owner: ▓▓▓▓▓
- 30 City: **CARME YOSEF**
- 32 Zip/Postal Code: **99797**
- 33 Country: **IS**

**Account 2**

- 15 Maximum value of account during calendar year reported: **290,680**
- 16 Type of account: a ☐ Bank  b ☒ Securities  c ☐ Other
- 17 Name of Financial Institution: **BANK LEUMI**
- 18 Account number or other designation: ▓▓▓7592NIS
- 19 Mailing Address: **HERTZEL STREET 19**
- 20 City: **TEL AVIV**
- 23 Country: **IS**
- 24 Number of joint owners for this account: **1**
- 25 Taxpayer Identification Number of principal joint owner: ▓▓▓▓▓
- 26 Last Name of principal joint owner: **KAUFMAN**
- 27 First Name of principal joint owner: **LOIS**
- 29 Address of principal joint owner: ▓▓▓▓▓
- 30 City: **CARME YOSEF**
- 32 Zip/Postal Code: **99797**
- 33 Country: **IS**

**Account 3**

- 15 Maximum value of account during calendar year reported: **455,183**
- 16 Type of account: a ☐ Bank  b ☒ Securities  c ☐ Other
- 17 Name of Financial Institution: **BANK LEUMI**
- 18 Account number or other designation: ▓▓▓7592FOREX
- 19 Mailing Address: **HERTZEL STREET 19**
- 20 City: **TEL AVIV**
- 23 Country: **IS**
- 24 Number of joint owners for this account: **1**
- 25 Taxpayer Identification Number of principal joint owner: ▓▓▓▓▓
- 26 Last Name of principal joint owner: **KAUFMAN**
- 27 First Name of principal joint owner: **LOIS**
- 29 Address of principal joint owner: ▓▓▓▓▓
- 30 City: **CARME YOSEF**
- 32 Zip/Postal Code: **99797**
- 33 Country: **IS**

The enclosed information was collected and disseminated under provisions of the Bank Secrecy Act (the BSA) and U.S. Department of the Treasury regulations implementing the BSA. See 31 U.S.C. 5311, et seq.; 31 CFR Chapter X. The information is sensitive in nature and is to be treated accordingly. The information may be used only for a purpose consistent with a criminal, tax, or regulatory investigation or proceeding, or in the conduct of intelligence or counterintelligence activities, including analysis, to protect against international terrorism. See 31 U.S.C. 5311. The information cannot be further released, disseminated, disclosed, or transmitted without prior approval of the Director of the Financial Crimes Enforcement Network or his authorized delegate. Suspicious activity reports filed under the BSA must be treated with particular care given that they contain unsubstantiated allegations of possible criminal activity, akin to confidential informant tips. Unauthorized release of information collected under the BSA may result in criminal or civil sanctions.

***FACSIMILE***  31000013389238

| Part III | Information on Financial Account(s) Owned Jointly | Form TD F 90-22.1 |

**Complete a Separate Block for Each Account Owned Jointly**
This side can be copied as many times as necessary in order to provide information on all accounts.

Page Number 5 of 5

1. Filing for calendar year: **2008**

3-4 Check appropriate Identification Number
☒ Taxpayer Identification Number
☐ Foreign Identification Number
Enter Identification number here: ▮3556

6. Last Name or Organization Name: **KAUFMAN**

15. Maximum value of account during calendar year reported: **82,239**

16. Type of account  a ☒ Bank   b ☐ Securities   c ☐ Other--Enter type below

17. Name of Financial Institution with which account is held: **BANK LEUMI**

18. Account number or other designation: ▮7592

19. Mailing Address of financial institution in which account is held: **HERTZEL STREET 19**

20. City: **TEL AVIV**
21. State, if known:
22. Zip/Postal Code, if known:
23. Country: **IS**

24. Number of joint owners for this account: **1**

25. Taxpayer Identification Number of principal joint owner if known: ▮

26. Last Name or Organization Name of principal joint owner: **KAUFMAN**
27. First Name of principal joint owner, if known: **LOIS**
28. Middle initial, if known:

29. Address of principal joint owner, if known: ▮

30. City, if known: **CARME YOSEF**
31. State, if known:
32. Zip/Postal Code, if known: **99797**
33. Country, if known: **IS**

The enclosed information was collected and disseminated under provisions of the Bank Secrecy Act (the BSA) and U.S. Department of the Treasury regulations implementing the BSA. See 31 U.S.C. 5311, et seq.; 31 CFR Chapter X. The information is sensitive in nature and is to be treated accordingly. The information may be used only for a purpose consistent with a criminal, tax, or regulatory investigation or proceeding, or in the conduct of intelligence or counterintelligence activities, including analysis, to protect against international terrorism. See 31 U.S.C. 5311. The information cannot be further released, disseminated, disclosed, or transmitted without prior approval of the Director of the Financial Crimes Enforcement Network or his authorized delegate. Suspicious activity reports filed under the BSA must be treated with particular care given that they contain unsubstantiated allegations of possible criminal activity, akin to confidential informant tips. Unauthorized release of information collected under the BSA may result in criminal or civil sanctions.