**TD F 90-22.1**
(Rev. October 2008)
Department of the Treasury
Do not use previous editions of this form after December 31, 2008

\*\*\* FACSIMILE \*\*\*
**REPORT OF FOREIGN BANK AND FINANCIAL ACCOUNTS**
Do NOT file with your Federal Tax Return

31000013389616
OMB No. 1506-0009

1  This Report is for Calendar Year Ended 12/31
**2010**
Amended ☐

### Part I  Filer Information

2  Type of Filer

4,131,201

a ☒ Individual   b ☐ Partnership   c ☐ Corporation   d ☐ Consolidated   e ☐ Fiduciary or Other -- Enter type

3  U.S. Taxpayer Identification Number
   ▓▓▓3556

If filer has no U.S. Identification Number complete Item 4.

4  Foreign Identification (Complete only if item 3 is not applicable.)
   a Number        b Country of Issue
   c Type: ☐ Passport   ☐ Other

5  Individual's Date of Birth
   11/04/1950

6  Last Name or Organization Name
   KAUFMAN

7  First Name
   ZVI

8  Middle Initial

9  Address (Number, Street, and Apt. or Suite No.)
   [redacted]

10  City
    CARME YOSEF

11  State

12  Zip/Postal Code
    99797

13  Country
    IS

14  Does the filer have a financial interest in 25 or more financial accounts
    ☐ Yes   If Yes enter total number of accounts
    (If Yes is checked, do not complete Part II or Part III, but retain records of this information)
    ☒ No

### Part II  Information on Financial Account(s) Owned Separately

15  Maximum value of account during calendar year reported
    1,021,027

16  Type of account   a ☐ Bank   b ☐ Securities   c ☒ Other--Enter type below
    LIFE INSURANCE POLICY

17  Name of Financial Institution with which account is held
    CLAL INSURANCE LTD

18  Account number or other designation
    ▓▓▓▓7163

19  Mailing Address (Number, Street, Suite Number) of financial institution in which account is held
    48 MENACHEM BEGIN STREET

20  City
    TEL AVIV

21  State, if known

22  Zip/Postal Code, if known
    66180

23  Country
    IS

### Signature

44  Filer Signature
    SIGNATURE PRESENT

45  Filer Title, if not reporting a personal account

46  Date
    05/15/2012

File this form with: U.S. Department of the Treasury, P.O. Box 32621, Detroit, MI 48232-0621

This form should be used to report a financial interest in, signature authority, or other authority over one or more financial accounts in foreign countries, as required by the Department of the Treasury Regulations (31 CFR Chapter X). No report is required if the aggregate value of the accounts did not exceed $10,000.

Cat No. 12996D                     Form **TD F 90-22-1**  (Rev. 10-2008)


Plaintiff Exhibit D

The enclosed information was collected and disseminated under provisions of the Bank Secrecy Act (the BSA) and U.S. Department of the Treasury regulations implementing the BSA. See 31 U.S.C. 5311, et seq.; 31 CFR Chapter X. The information is sensitive in nature and is to be treated accordingly. The information may be used only for a purpose consistent with a criminal, tax, or regulatory investigation or proceeding, or in the conduct of intelligence or counterintelligence activities, including analysis, to protect against international terrorism. See 31 U.S.C. 5311. The information cannot be further released, disseminated, disclosed, or transmitted without prior approval of the Director of the Financial Crimes Enforcement Network or his authorized delegate. Suspicious activity reports filed under the BSA must be treated with particular care given that they contain unsubstantiated allegations of possible criminal activity, akin to confidential informant tips. Unauthorized release of information collected under the BSA may result in criminal or civil sanctions.

***FACSIMILE***  31000013389616

| Part II | Continued--Information on Financial Account(s) Owned Separately | Form TD F 90-22.1 |

**Complete a Separate Block for Each Account Owned Separately**
This side can be copied as many times as necessary in order to provide information on all accounts.

Page Number 2 of 5

**1 Filing for calendar year:** 2010

**3-4 Check appropriate Identification Number:** ☒ Taxpayer Identification Number  ☐ Foreign Identification Number
Enter Identification number here: ■■■3556

**6 Last Name or Organization Name:** KAUFMAN

---

**15 Maximum value of account during calendar year reported:** 3,690
**16 Type of account:** a ☐ Bank  b ☐ Securities  c ☒ Other—Enter type below: RETIREMENT ACCOUNT
**17 Name of Financial Institution with which account is held:** HELMAN ALDUVI GEMMEL
**18 Account number or other designation:** ■■■3989
**19 Mailing Address:** DERECH BEN GURION 2
**20 City:** RAMAT GAN  **21 State, if known:**   **22 Zip/Postal Code:** 52573  **23 Country:** IS

**15 Maximum value of account during calendar year reported:** 18,671
**16 Type of account:** a ☐ Bank  b ☐ Securities  c ☒ Other—Enter type below: RETIREMENT ACCOUNT
**17 Name of Financial Institution with which account is held:** HAREL GEMMEL LTD
**18 Account number or other designation:** ■■■0117
**19 Mailing Address:** ABBA HILLEL SILVER 3
**20 City:** RAMAT GAN  **21 State, if known:**   **22 Zip/Postal Code:**   **23 Country:** IS

**15 Maximum value of account during calendar year reported:** 103,585
**16 Type of account:** a ☐ Bank  b ☐ Securities  c ☒ Other—Enter type below: LIFE INSURANCE
**17 Name of Financial Institution with which account is held:** MIGDAL INSURANCE CO
**18 Account number or other designation:**
**19 Mailing Address:** MENACHEM BEGIN STREET 7
**20 City:** RAMAT GAN  **21 State, if known:**   **22 Zip/Postal Code:**   **23 Country:** IS

**15 Maximum value of account during calendar year reported:** 180,741
**16 Type of account:** a ☐ Bank  b ☐ Securities  c ☒ Other—Enter type below: PENSION
**17 Name of Financial Institution with which account is held:** EXCELLENCE
**18 Account number or other designation:** ■■■2032
**19 Mailing Address:** JABOTINSKY STREET 7
**20 City:** RAMAT GAN  **21 State, if known:**   **22 Zip/Postal Code:** 52520  **23 Country:** IS

**15 Maximum value of account during calendar year reported:** 157,342
**16 Type of account:** a ☐ Bank  b ☐ Securities  c ☒ Other—Enter type below: SABBATICAL FUND
**17 Name of Financial Institution with which account is held:** ALTSCHULER SHACHAM KEREN HISHTALMUT
**18 Account number or other designation:** ■■■8729
**19 Mailing Address:** HABARZEL STREET 19A
**20 City:** TEL AVIV  **21 State, if known:**   **22 Zip/Postal Code:** 69710  **23 Country:** IS

**15 Maximum value of account during calendar year reported:** 168,206
**16 Type of account:** a ☐ Bank  b ☐ Securities  c ☒ Other—Enter type below: SABBATICAL FUND
**17 Name of Financial Institution with which account is held:** PSAGOT KEREN HISHTALMUT
**18 Account number or other designation:** ■■■9677
**19 Mailing Address:** ECHAD HAAM STREET 14
**20 City:** TEL AVIV  **21 State, if known:**   **22 Zip/Postal Code:** 65142  **23 Country:** IS

The enclosed information was collected and disseminated under provisions of the Bank Secrecy Act (the BSA) and U.S. Department of the Treasury regulations implementing the BSA. See 31 U.S.C. 5311, et seq.; 31 CFR Chapter X. The information is sensitive in nature and is to be treated accordingly. The information may be used only for a purpose consistent with a criminal, tax, or regulatory investigation or proceeding, or in the conduct of intelligence or counterintelligence activities, including analysis, to protect against international terrorism. See 31 U.S.C. 5311. The information cannot be further released, disseminated, disclosed, or transmitted without prior approval of the Director of the Financial Crimes Enforcement Network or his authorized delegate. Suspicious activity reports filed under the BSA must be treated with particular care given that they contain unsubstantiated allegations of possible criminal activity, akin to confidential informant tips. Unauthorized release of information collected under the BSA may result in criminal or civil sanctions.

***FACSIMILE***  31000013389616

| Part II | Continued--Information on Financial Account(s) Owned Separately | Form TD F 90-22.1 |

**Complete a Separate Block for Each Account Owned Separately**
This side can be copied as many times as necessary in order to provide information on all accounts.

Page Number: 3 of 5

1. Filing for calendar year: **2010**
3-4 Check appropriate Identification Number: ☒ Taxpayer Identification Number ☐ Foreign Identification Number
Enter Identification number here: ▇3556
6. Last Name or Organization Name: **KAUFMAN**

---

15. Maximum value of account during calendar year reported: **103,274**
16. Type of account: ☐ Bank  ☐ Securities  ☒ Other--Enter type below: **RETIREMENT ACCOUNT**
17. Name of Financial Institution with which account is held: **DS GEMMEL & PITZUIM**
18. Account number or other designation: ▇8675
19. Mailing Address: **YEHUDA HALEVY 23**
20. City: **TEL AVIV**
21. State, if known:
22. Zip/Postal Code: **61290**
23. Country: **IS**

---

15. Maximum value of account during calendar year reported: **3,912**
16. Type of account: ☒ Other: **RETIREMENT ACCOUNT**
17. Name of Financial Institution: **PSAGOT RETIREMENT FUNDS LTD**
18. Account number: ▇9532
19. Mailing Address: **JABETZ STREET 33**
20. City: **TEL AVIV**
22. Zip/Postal Code: **65258**
23. Country: **IS**

---

15. Maximum value of account during calendar year reported: **18,671**
16. Type of account: ☒ Other: **RETIREMENT ACCOUNT**
17. Name of Financial Institution: **PSAGOT RETIREMENT FUNDS LTD**
18. Account number: ▇9672
19. Mailing Address: **JABETZ STREET 33**
20. City: **TEL AVIV**
22. Zip/Postal Code: **65258**
23. Country: **IS**

---

15. Maximum value of account during calendar year reported: **103,755**
16. Type of account: ☒ Other: **RETIREMENT ACCOUNT**
17. Name of Financial Institution: **PSAGOT RETIREMENT FUNDS LTD**
18. Account number: ▇9642
19. Mailing Address: **JABETZ STREET 33**
20. City: **TEL AVIV**
22. Zip/Postal Code: **65258**
23. Country: **IS**

---

15. Maximum value of account during calendar year reported: **2,142**
16. Type of account: ☒ Other: **SABBATICAL FUND**
17. Name of Financial Institution: **ALTSCHULER SHACHAM KEREN HISHTALMUT**
18. Account number: ▇3298
19. Mailing Address: **HABARZEL STREET 19A**
20. City: **TEL AVIV**
22. Zip/Postal Code: **69710**
23. Country: **IS**

The enclosed information was collected and disseminated under provisions of the Bank Secrecy Act (the BSA) and U.S. Department of the Treasury regulations implementing the BSA. See 31 U.S.C. 5311, et seq.; 31 CFR Chapter X. The information is sensitive in nature and is to be treated accordingly. The information may be used only for a purpose consistent with a criminal, tax, or regulatory investigation or proceeding, or in the conduct of intelligence or counterintelligence activities, including analysis, to protect against international terrorism. See 31 U.S.C. 5311. The information cannot be further released, disseminated, disclosed, or transmitted without prior approval of the Director of the Financial Crimes Enforcement Network or his authorized delegate. Suspicious activity reports filed under the BSA must be treated with particular care given that they contain unsubstantiated allegations of possible criminal activity, akin to confidential informant tips. Unauthorized release of information collected under the BSA may result in criminal or civil sanctions.

***FACSIMILE***  31000013389616

**Form TD F 90-22.1**

**Part III   Information on Financial Account(s) Owned Jointly**
Complete a Separate Block for Each Account Owned Jointly
This side can be copied as many times as necessary in order to provide information on all accounts.

Page Number: 4 of 5

| # | Field | Value |
|---|---|---|
| 1 | Filing for calendar year | 2010 |
| 3-4 | Check appropriate Identification Number | ☒ Taxpayer Identification Number / ☐ Foreign Identification Number |
|  | Enter Identification number here: | ▮3556 |
| 6 | Last Name or Organization Name | KAUFMAN |

**Account 1**

- 15. Maximum value of account during calendar year reported: 1,087,657
- 16. Type of account: a ☐ Bank  b ☒ Securities  c ☐ Other
- 17. Name of Financial Institution: PSAGOT INVESTMENT HOUSE
- 18. Account number or other designation: ▮0167
- 19. Mailing Address: ECHAD HAAM STREET 14
- 20. City: TEL AVIV
- 21. State, if known:
- 22. Zip/Postal Code: 65142
- 23. Country: IS
- 24. Number of joint owners for this account: 1
- 25. Taxpayer Identification Number of principal joint owner if known: ▮
- 26. Last Name or Organization Name of principal joint owner: KAUFMAN
- 27. First Name of principal joint owner: LOIS
- 28. Middle initial:
- 29. Address of principal joint owner: ▮
- 30. City: CARME YOSEF
- 31. State:
- 32. Zip/Postal Code: 99797
- 33. Country: IS

**Account 2**

- 15. Maximum value of account during calendar year reported: 567,639
- 16. Type of account: a ☐ Bank  b ☒ Securities  c ☐ Other
- 17. Name of Financial Institution: BANK LEUMI
- 18. Account number or other designation: ▮7592NIS
- 19. Mailing Address: HERTZEL STREET 19
- 20. City: TEL AVIV
- 22. Zip/Postal Code:
- 23. Country: IS
- 24. Number of joint owners for this account: 1
- 25. Taxpayer Identification Number of principal joint owner: ▮
- 26. Last Name or Organization Name of principal joint owner: KAUFMAN
- 27. First Name of principal joint owner: LOIS
- 28. Middle initial:
- 29. Address of principal joint owner: ▮
- 30. City: CARME YOSEF
- 32. Zip/Postal Code: 99797
- 33. Country: IS

**Account 3**

- 15. Maximum value of account during calendar year reported: 47,235
- 16. Type of account: a ☐ Bank  b ☒ Securities  c ☐ Other
- 17. Name of Financial Institution: BANK LEUMI
- 18. Account number or other designation: ▮7592FOREX
- 19. Mailing Address: HERTZEL STREET 19
- 20. City: TEL AVIV
- 22. Zip/Postal Code:
- 23. Country: IS
- 24. Number of joint owners for this account: 1
- 25. Taxpayer Identification Number of principal joint owner: ▮
- 26. Last Name or Organization Name of principal joint owner: KAUFMAN
- 27. First Name of principal joint owner: LOIS
- 28. Middle initial:
- 29. Address of principal joint owner: ▮
- 30. City: CARME YOSEF
- 32. Zip/Postal Code: 99797
- 33. Country: IS

The enclosed information was collected and disseminated under provisions of the Bank Secrecy Act (the BSA) and U.S. Department of the Treasury regulations implementing the BSA. See 31 U.S.C. 5311, et seq.; 31 CFR Chapter X. The information is sensitive in nature and is to be treated accordingly. The information may be used only for a purpose consistent with a criminal, tax, or regulatory investigation or proceeding, or in the conduct of intelligence or counterintelligence activities, including analysis, to protect against international terrorism. See 31 U.S.C. 5311. The information cannot be further released, disseminated, disclosed, or transmitted without prior approval of the Director of the Financial Crimes Enforcement Network or his authorized delegate. Suspicious activity reports filed under the BSA must be treated with particular care given that they contain unsubstantiated allegations of possible criminal activity, akin to confidential informant tips. Unauthorized release of information collected under the BSA may result in criminal or civil sanctions.

***FACSIMILE***  31000013389616

| Part III | Information on Financial Account(s) Owned Jointly | Form TD F 90-22.1 |

Complete a Separate Block for Each Account Owned Jointly
This side can be copied as many times as necessary in order to provide information on all accounts.

Page Number: 5 of 5

1. Filing for calendar year: **2010**
3-4. Check appropriate Identification Number: ☒ Taxpayer Identification Number ☐ Foreign Identification Number
Enter Identification number here: ███3556
6. Last Name or Organization Name: **KAUFMAN**

15. Maximum value of account during calendar year reported: **249,888**
16. Type of account: a ☒ Bank   b ☐ Securities   c ☐ Other--Enter type below
17. Name of Financial Institution with which account is held: **BANK LEUMI**
18. Account number or other designation: ███7592
19. Mailing Address of financial institution: **HERTZEL STREET 19**
20. City: **TEL AVIV**
21. State, if known:
22. Zip/Postal Code, if known:
23. Country: **IS**
24. Number of joint owners for this account: **1**
25. Taxpayer Identification Number of principal joint owner if known: ███████
26. Last Name or Organization Name of principal joint owner: **KAUFMAN**
27. First Name of principal joint owner, if known: **LOIS**
28. Middle initial, if known:
29. Address of principal joint owner, if known: ███████
30. City, if known: **CARME YOSEF**
31. State, if known:
32. Zip/Postal Code, if known:
33. Country, if known: **IS**

15. Maximum value of account during calendar year reported: **293,766**
16. Type of account: a ☐ Bank   b ☒ Securities   c ☐ Other--Enter type below
17. Name of Financial Institution with which account is held: **EXCELLENCE**
18. Account number or other designation: ███6208
19. Mailing Address of financial institution: **JABOTINSKY STREET 7**
20. City: **RAMAT GAN**
21. State, if known:
22. Zip/Postal Code, if known:
23. Country: **IS**
24. Number of joint owners for this account: **1**
25. Taxpayer Identification Number of principal joint owner if known: ███████
26. Last Name or Organization Name of principal joint owner: **KAUFMAN**
27. First Name of principal joint owner, if known: **LOIS**
28. Middle initial, if known:
29. Address of principal joint owner, if known: ███████
30. City, if known: **CARME YOSEF**
31. State, if known:
32. Zip/Postal Code, if known: **99797**
33. Country, if known: **IS**

The enclosed information was collected and disseminated under provisions of the Bank Secrecy Act (the BSA) and U.S. Department of the Treasury regulations implementing the BSA. See 31 U.S.C. 5311, et seq.; 31 CFR Chapter X. The information is sensitive in nature and is to be treated accordingly. The information may be used only for a purpose consistent with a criminal, tax, or regulatory investigation or proceeding, or in the conduct of intelligence or counterintelligence activities, including analysis, to protect against international terrorism. See 31 U.S.C. 5311. The information cannot be further released, disseminated, disclosed, or transmitted without prior approval of the Director of the Financial Crimes Enforcement Network or his authorized delegate. Suspicious activity reports filed under the BSA must be treated with particular care given that they contain unsubstantiated allegations of possible criminal activity, akin to confidential informant tips. Unauthorized release of information collected under the BSA may result in criminal or civil sanctions.