

United States of America

**Department of the Treasury
Internal Revenue Service**

Date: January 5, 2017

CERTIFICATE OF OFFICIAL RECORD

I certify that these are true copies of Form 13448, Penalty Assessment Certificiation (Title 31 – "FBAR") showing the FBAR penalty assessed Zvi Kaufman on September 24, 2015 for $144,244.00.

under the custody of this office.

IN WITNESS WHEREOF, I have hereunto set my hand, and caused the seal of this office to be affixed, on the day and year first above written.

By direction of the Secretary of the Treasury:
Director, IRS Detroit Computing Center

By: Leah Smith-Pope
Department Manager, CTR Operations

**Plaintiff Exhibit E**

Catalog Number 19002E

Form 2866 (Rev. 09-97)

# Form 13448 Penalty Assessment Certification (Title 31 "FBAR")

**Case Name:** ZVI KAUFMAN  **SSN/EIN:** ▓3556  **Calendar Year:** 12/31/2008

**Proposed Penalty:**

| | | Foreign Account Number(s): | Foreign Bank: |
|---|---|---|---|
| 2. Failure to meet recordkeeping requirements - 31 USC 5321 | $10,000.00 | 4495▓ 8772; ▓8356; 1 | CLAL INSURANCE LTD; |
| 2. Failure to meet recordkeeping requirements - 31 USC 5321 | $231.00 | 3989 | HELMAN ALDUVI GEMMEL |
| 2. Failure to meet recordkeeping requirements - 31 USC 5321 | $6,325.00 | 8292▓ 8301▓ 5596 | HAREL GEMMEL LTD; MIGDAL I |
| 2. Failure to meet recordkeeping requirements - 31 USC 5321 | $10,000.00 | 2032; 8770 | ECXELLLENCE; ALTSCHULER SHACHA |
| 2. Failure to meet recordkeeping requirements - 31 USC 5321 | $15,693.00 | VARIOUS | MIGDAL SHERUTE BURSA LTD |
| | $0.00 | | |

_[signature]_
**CTR OPERATIONS DEPARTMENT MANAGER**

Thursday, September 24, 2015

I certify that the penalty of the above classes and amounts, hereby assessed, are specified in supporting records, subject to such correction as subsequent inquiries and determinations in respect hereto may indicate to be proper.

# Form 13448 Penalty Assessment Certification (Title 31 "FBAR")

**Case Name:** ZVI KAUFMAN

| | SSN/EIN: ▓3556 | Calendar Year: 12/31/2009 |
|---|---|---|
| | Foreign Account Number(s): VAROUS | Foreign Bank: VARIOUS |

**Proposed Penalty:**

| | | |
|---|---|---|
| 2. Failure to meet recordkeeping requirements - 31 USC 5321 | $42,287.00 | |
| | $0.00 | |
| | $0.00 | |
| | $0.00 | |
| | $0.00 | |
| | $0.00 | |

I certify that the penalty of the above classes and amounts, hereby assessed, are specified in supporting records, subject to such correction as subsequent inquiries and determinations in respect hereto may indicate to be proper.

_____
CTR OPERATIONS DEPARTMENT MANAGER

Thursday, September 24, 2015

# Form 13448 Penalty Assessment Certification (Title 31 "FBAR")

**Case Name:** ZVI KAUFMAN  **SSN/EIN:** ▮3556  **Calendar Year:** 12/31/2010

**Proposed Penalty:**                        **Foreign Account Number(s):**    **Foreign Bank:**
                                             VARIOUS                            VARIOUS

2. Failure to meet recordkeeping requirements - 31 USC 5321    $59,708.00

$0.00

$0.00

$0.00

$0.00

$0.00

I certify that the penalty of the above classes and amounts, hereby assessed, are specified in supporting records, subject to such correction as subsequent inquiries and determinations in respect hereto may indicate to be proper.

_[signature]_                                    Thursday, September 24, 2015

CTR OPERATIONS DEPARTMENT MANAGER