# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. 3:18-cv-787-KAD |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| ZVI KAUFMAN, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## DEFENDANT'S (1) OBJECTION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AND (2) CROSS MOTION FOR PARTIAL SUMMARY JUDGMENT

Pursuant to Federal Rule of Civil Procedure 56, Defendant Zvi Kaufman ("the Defendant"), hereby objects to Plaintiff's motion for summary judgment (DE 64), and cross-moves the Court to enter partial summary judgment in favor of the Defendant, as fully supported in *Defendant's Consolidated Memorandum of Law In Opposition to Plaintiff's Motion for Summary Judgment and In Support of Defendant's Cross Motion for Partial Summary Judgment* submitted forthwith.

Date: December 30, 2019

Respectfully Submitted,

/s/ Jeffrey M. Sklarz
Jeffrey M. Sklarz (ct20938)
Green & Sklarz, LLC
1 Audubon Street, 3rd Fl
New Haven, CT 06511
(203) 285-8545
Fax: (203) 823-4546
jsklarz@gs-lawfirm.com

{00148737.1 }

Jeffrey A. Neiman (admitted *pro hac vice*)  
Marcus Neiman & Rashbaum LLP  
100 Southeast Third Avenue, Suite 805  
Ft. Lauderdale, Florida 33394  
(954) 462-1200  
jneiman@mnrlawfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that on the date set forth below a copy of the foregoing was served by CM/ECF and/or mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

Date:   December 30, 2019                              /s/ Jeffrey M. Sklarz

{00148737.1 }