CLIENT 10058

**MANZI PINO & COMPANY**
**1895 WALT WHITMAN ROAD**
**MELVILLE, NY 11747**
**(631) 420-5620**

October 6, 2009

ZVI and LOIS KAUFMAN

CARME YOSEF,  99797
ISRAEL

Dear Zvi and Lois,

Enclosed for your review and filing are the following:

Form 1040          2008 U.S. Individual Income Tax Return

Each tax return or form listed above should be filed in accordance with the enclosed filing instructions.

Mail all returns certified return receipt for proof of timely filing.

DON'T FORGET THAT THE US DEPARTMENT OF TREASURY FORM TD F 90-22.1, REPORT OF FOREIGN BANK ACCOUNT AND FINANCIAL ACCOUNTS, SHOULD BE COMPLETED AND FILED IF REQUIRED.  THIS FORM CAN BE DOWNLOADED AT IRS.GOV.

Please be sure to call if you have any questions.

Sincerely,

Roger F. Stebbins, Jr.



**PLAINTIFF'S EXHIBIT**

**Plaintiff Exhibit**
G

Form **1040**

Department of the Treasury — Internal Revenue Service

## U.S. Individual Income Tax Return **2008**

(99)  IRS Use Only — Do not write or staple in this space.

For the year Jan 1 - Dec 31, 2008, or other tax year beginning _____ , 2008, ending _____ , 20 ____

OMB No. 1545-0074

| Label (See instructions.) | Your first name | MI | Last name | Your social security number |
|---|---|---|---|---|
| | ZVI | | KAUFMAN | 3556 |
| Use the IRS label. Otherwise, please print or type. | If a joint return, spouse's first name | MI | Last name | Spouse's social security number |
| | LOIS | | KAUFMAN | |

Home address (number and street). If you have a P.O. box, see instructions.    Apartment no.

City, town or post office. If you have a foreign address, see instructions.    State   ZIP code
CARME YOSEF 99797 ISRAEL

**You must enter your social security number(s) above.** ▲

Checking a box below will not change your tax or refund.

**Presidential Election Campaign** ▶ Check here if you, or your spouse if filing jointly, want $3 to go to this fund? (see instructions)................ ☐ You  ☐ Spouse

**Filing Status**

Check only one box.

1 ☐ Single
2 ☒ Married filing jointly (even if only one had income)
3 ☐ Married filing separately. Enter spouse's SSN above & full name here. ▶
4 ☐ Head of household (with qualifying person). (See instructions.) If the qualifying person is a child but not your dependent, enter this child's name here ▶
5 ☐ Qualifying widow(er) with dependent child (see instructions)

**Exemptions**

6a ☒ Yourself. If someone can claim you as a dependent, do not check box 6a...........
b ☒ Spouse...............................................................

Boxes checked on 6a and 6b ... **2**

No. of children on 6c who:
● lived with you .......
● did not live with you due to divorce or separation (see instrs). ...
Dependents on 6c not entered above ..
Add numbers on lines above ▶ **2**

c Dependents:

| (1) First name   Last name | (2) Dependent's social security number | (3) Dependent's relationship to you | (4) ✓ if qualifying child for child tax credit (see instrs) |
|---|---|---|---|
| | | | ☐ |
| | | | ☐ |
| | | | ☐ |
| | | | ☐ |

If more than four dependents, see instructions.

d Total number of exemptions claimed................................................... **2**

**Income**

Attach Form(s) W-2 here. Also attach Forms W-2G and 1099-R if tax was withheld.

If you did not get a W-2, see instructions.

Enclose, but do not attach, any payment. Please use Form 1040-V.

| | | | |
|---|---|---|---|
| 7 | Wages, salaries, tips, etc. Attach Form(s) W-2......................... | 7 | 328,207. |
| 8a | Taxable interest. Attach Schedule B if required......................... | 8a | 181. |
| b | Tax-exempt interest. Do not include on line 8a............ 8b | | |
| 9a | Ordinary dividends. Attach Schedule B if required...................... | 9a | 2,535. |
| b | Qualified dividends (see instrs)........................... 9b | 569. | |
| 10 | Taxable refunds, credits, or offsets of state and local income taxes (see instructions)............. | 10 | |
| 11 | Alimony received......................................................... | 11 | |
| 12 | Business income or (loss). Attach Schedule C or C-EZ................... | 12 | |
| 13 | Capital gain or (loss). Att Sch D if reqd. If not reqd, ck here.......... ▶ ☐ | 13 | -3,000. |
| 14 | Other gains or (losses). Attach Form 4797............................... | 14 | |
| 15a | IRA distributions............ 15a | b Taxable amount (see instrs). | 15b | |
| 16a | Pensions and annuities...... 16a | b Taxable amount (see instrs). | 16b | |
| 17 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E. | 17 | |
| 18 | Farm income or (loss). Attach Schedule F................................ | 18 | |
| 19 | Unemployment compensation............................................. | 19 | |
| 20a | Social security benefits......... 20a | b Taxable amount (see instrs). | 20b | |
| 21 | Other income FORM 2555.............................................. | 21 | -100,534. |
| 22 | Add the amounts in the far right column for lines 7 through 21. This is your total income..... ▶ | 22 | 227,389. |

**Adjusted Gross Income**

| | | | |
|---|---|---|---|
| 23 | Educator expenses (see instructions)....................... | 23 | |
| 24 | Certain business expenses of reservists, performing artists, and fee-basis government officials. Attach Form 2106 or 2106-EZ.................. | 24 | |
| 25 | Health savings account deduction. Attach Form 8889........ | 25 | |
| 26 | Moving expenses. Attach Form 3903........................ | 26 | |
| 27 | One-half of self-employment tax. Attach Schedule SE....... | 27 | |
| 28 | Self-employed SEP, SIMPLE, and qualified plans............ | 28 | |
| 29 | Self-employed health insurance deduction (see instructions)............ | 29 | |
| 30 | Penalty on early withdrawal of savings..................... | 30 | |
| 31a | Alimony paid  b Recipient's SSN.... ▶ | 31a | |
| 32 | IRA deduction (see instructions)........................... | 32 | |
| 33 | Student loan interest deduction (see instructions).......... | 33 | |
| 34 | Tuition and fees deduction. Attach Form 8917.............. | 34 | |
| 35 | Domestic production activities deduction. Attach Form 8903.... | 35 | |
| 36 | Add lines 23 - 31a and 32 - 35............................................. | 36 | 0. |
| 37 | Subtract line 36 from line 22. This is your adjusted gross income............. ▶ | 37 | 227,389. |

BAA  For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see instructions.    FDIA0112L  10/13/08    Form **1040** (2008)

Form 1040 (2008)   ZVI AND LOIS KAUFMAN          .3556      Page 2

| | | | |
|---|---|---|---|
| **Tax and Credits** | 38 Amount from line 37 (adjusted gross income) | 38 | 227,389. |

39a Check if: ☐ You were born before January 2, 1944, ☐ Blind. ☐ Spouse was born before January 2, 1944, ☐ Blind. Total boxes checked ▶ 39a ☐

b If your spouse itemizes on a separate return, or you were a dual-status alien, see instrs and ck here ▶ 39b ☐

c Check if standard deduction includes real estate taxes or disaster loss (see instructions) ▶ 39c ☐

**Standard Deduction for—**
- People who checked any box on line 39a, 39b, or 39c or who can be claimed as a dependent, see instructions.
- All others:

Single or Married filing separately, $5,450

Married filing jointly or Qualifying widow(er), $10,900

Head of household, $8,000

| | | | |
|---|---|---|---|
| 40 | Itemized deductions (from Schedule A) or your standard deduction (see left margin) | 40 | 10,900. |
| 41 | Subtract line 40 from line 38 | 41 | 216,489. |
| 42 | If line 38 is over $119,975, or you provided housing to a Midwestern displaced individual, see instructions. Otherwise, multiply $3,500 by the total number of exemptions claimed on line 6d | 42 | 7,000. |
| 43 | Taxable income. Subtract line 42 from line 41. If line 42 is more than line 41, enter -0-. | 43 | 209,489. |
| 44 | Tax (see instrs). Check if any tax is from: a ☐ Form(s) 8814  b ☐ Form 4972 | 44 | 63,113. |
| 45 | Alternative minimum tax (see instructions). Attach Form 6251 | 45 | 0. |
| 46 | Add lines 44 and 45 | 46 | 63,113. |
| 47 | Foreign tax credit. Attach Form 1116 if required | 47 | 63,113. | |
| 48 | Credit for child and dependent care expenses. Attach Form 2441 | 48 | |
| 49 | Credit for the elderly or the disabled. Attach Schedule R | 49 | |
| 50 | Education credits. Attach Form 8863 | 50 | |
| 51 | Retirement savings contributions credit. Attach Form 8880 | 51 | |
| 52 | Child tax credit (see instructions). Attach Form 8901 if required | 52 | |
| 53 | Credits from Form: a ☐ 8396  b ☐ 8839  c ☐ 5695 | 53 | |
| 54 | Other crs from Form: a ☐ 3800  b ☐ 8801  c ☐ | 54 | |
| 55 | Add lines 47 through 54. These are your total credits | 55 | 63,113. |
| 56 | Subtract line 55 from line 46. If line 55 is more than line 46, enter -0- | 56 | 0. |

**Other Taxes**

| | | | |
|---|---|---|---|
| 57 | Self-employment tax. Attach Schedule SE | 57 | |
| 58 | Unreported social security and Medicare tax from Form: a ☐ 4137  b ☐ 8919 | 58 | |
| 59 | Additional tax on IRAs, other qualified retirement plans, etc. Attach Form 5329 if required | 59 | |
| 60 | Additional taxes: a ☐ AEIC payments  b ☐ Household employment taxes. Attach Schedule H | 60 | |
| 61 | Add lines 56-60. This is your total tax | 61 | 0. |

**Payments**
If you have a qualifying child, attach Schedule EIC.

| | | | |
|---|---|---|---|
| 62 | Federal income tax withheld from Forms W-2 and 1099 | 62 | |
| 63 | 2008 estimated tax payments and amount applied from 2007 return | 63 | 354. |
| 64a | Earned income credit (EIC) | 64a | |
| b | Nontaxable combat pay election ▶ 64b | | |
| 65 | Excess social security and tier 1 RRTA tax withheld (see instructions) | 65 | |
| 66 | Additional child tax credit. Attach Form 8812 | 66 | |
| 67 | Amount paid with request for extension to file (see instructions) | 67 | |
| 68 | Credits from Form: a ☐ 2439  b ☐ 4136  c ☐ 8801  d ☐ 8885 | 68 | |
| 69 | First-time homebuyer credit. Attach Form 5405 | 69 | |
| 70 | Recovery rebate credit (see worksheet) | 70 | |
| 71 | Add lines 62 through 70. These are your total payments | 71 | 354. |

**Refund**
Direct deposit? See instructions and fill in 73b, 73c, and 73d or Form 8888.

| | | | |
|---|---|---|---|
| 72 | If line 71 is more than line 61, subtract line 61 from line 71. This is the amount you overpaid | 72 | 354. |
| 73a | Amount of line 72 you want refunded to you. If Form 8888 is attached, check here ▶ ☐ | 73a | 0. |

▶ b Routing number  ▶ c Type: ☐ Checking ☐ Savings
▶ d Account number

| | | | |
|---|---|---|---|
| 74 | Amount of line 72 you want applied to your 2009 estimated tax ▶ 74 | 354. | |

**Amount You Owe**

| | | | |
|---|---|---|---|
| 75 | Amount you owe. Subtract line 71 from line 61. For details on how to pay, see instructions | 75 | |
| 76 | Estimated tax penalty (see instructions) | 76 | |

**Third Party Designee**
Do you want to allow another person to discuss this return with the IRS (see instructions)? ☒ Yes. Complete the following. ☐ No

Designee's name ▶ PREPARER   Phone no. ▶   Personal identification number (PIN) ▶

**Sign Here**
Joint return? See instructions. Keep a copy for your records.

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Your signature   Date   Your occupation MANAGER   Daytime phone number

Spouse's signature. If a joint return, both must sign.   Date   Spouse's occupation PHARMACIST

**Paid Preparer's Use Only**

Preparer's signature   Date 10/06/09   Check if self-employed ☐   Preparer's SSN or PTIN

Firm's name (or yours if self-employed) address, and ZIP code ▶ MANZI PINO & COMPANY  1895 WALT WHITMAN ROAD  MELVILLE, NY 11747   EIN   Phone no. (631) 420-5620

Form 1040 (2008)

FDIA0112L  10/13/08

Schedule B (Form 1040) 2008

OMB No. 1545-0074          Page 2

Name(s) shown on Form 1040.

ZVI AND LOIS KAUFMAN

Your social security number

3556

# Schedule B — Interest and Ordinary Dividends

Attachment Sequence No. 08

| | | Amount |
|---|---|---|
| **Part I Interest** (See instructions for Form 1040, line 8a.) Note. If you received a Form 1099-INT, Form 1099-OID, or substitute statement from a brokerage firm, list the firm's name as the payer and enter the total interest shown on that form. | **1** List name of payer. If any interest is from a seller-financed mortgage and the buyer used the property as a personal residence, see the instructions and list this interest first. Also, show that buyer's social security number and address ►  CITIGROUP GLOBAL MKTS INC  JP MORGAN CHASE BANK | 169.  12. |

| | | | |
|---|---|---|---|
| | **2** Add the amounts on line 1 .................................................. | **2** | 181. |
| | **3** Excludable interest on series EE and I U.S. savings bonds issued after 1989. Attach Form 8815 ........................................................... | **3** | |
| | **4** Subtract line 3 from line 2. Enter the result here and on Form 1040, line 8a ........... ► | **4** | 181. |

Note. If line 4 is over $1,500, you must complete Part III.

| | | Amount |
|---|---|---|
| **Part II Ordinary Dividends** (See instructions for Form 1040, line 9a.) Note. If you received a Form 1099-DIV or substitute statement from a brokerage firm, list the firm's name as the payer and enter the ordinary dividends shown on that form. | **5** List name of payer ►  APPLIED BIOSYSTEMS INC  CITIGROUP GLOBAL MKTS INC. | 11.  2,524. |

| | | | |
|---|---|---|---|
| | **6** Add the amounts on line 5. Enter the total here and on Form 1040, line 9a ........... ► | **6** | 2,535. |

Note. If line 6 is over $1,500, you must complete Part III.

| **Part III Foreign Accounts and Trusts** (See instructions.) | You must complete this part if you (a) had over $1,500 of taxable interest or ordinary dividends; or (b) had a foreign account; or (c) received a distribution from, or were a grantor of, or a transferor to, a foreign trust. | Yes | No |
|---|---|---|---|
| | **7a** At any time during 2008, did you have an interest in or a signature or other authority over a financial account in a foreign country, such as a bank account, securities account, or other financial account? See instructions for exceptions and filing requirements for Form TD F 90-22.1 ........................................... | | X |
| | **b** If 'Yes,' enter the name of the foreign country. ► | | |
| | **8** During 2008, did you receive a distribution from, or were you the grantor of, or transferor to, a foreign trust? If 'Yes,' you may have to file Form 3520. See instructions ........................................ | | X |

BAA   For Paperwork Reduction Act Notice, see Form 1040 instructions.          FDIA0401L  09/25/08          Schedule B (Form 1040) 2008

**SCHEDULE D**
(Form 1040)

Department of the Treasury
Internal Revenue Service      (99)

OMB No. 1545-0074

**Capital Gains and Losses**

►Attach to Form 1040 or Form 1040NR.  ►See Instructions for Schedule D (Form 1040).
► Use Schedule D-1 to list additional transactions for lines 1 and 8.

**2008**

Attachment
Sequence No.  **12**

Name(s) shown on return
ZVI AND LOIS KAUFMAN

Your social security number
3556

**Part I   Short-Term Capital Gains and Losses — Assets Held One Year or Less**

| (a) Description of property (Example: 100 shares XYZ Co) | (b) Date acquired (Mo, day, yr) | (c) Date sold (Mo, day, yr) | (d) Sales price (see instructions) | (e) Cost or other basis (see instructions) | (f) Gain or (loss) Subtract (e) from (d) |
|---|---|---|---|---|---|
| **1** | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

| | | | | |
|---|---|---|---|---|
| **2** Enter your short-term totals, if any, from Schedule D-1, line 2 . . | **2** | | | |
| **3** Total short-term sales price amounts. Add lines 1 and 2 in column (d) . . . . . . . . . . . . | **3** | | | |
| **4** Short-term gain from Form 6252 and short-term gain or (loss) from Forms 4684, 6781, and 8824 . . . . . . . . . . . | | | **4** | |
| **5** Net short-term gain or (loss) from partnerships, S corporations, estates, and trusts from Schedule(s) K-1 . . | | | **5** | |
| **6** Short-term capital loss carryover. Enter the amount, if any, from line 8 of your Capital Loss Carryover Worksheet in the instructions. . . . . . . . . . . | | | **6** | |
| **7** Net short-term capital gain or (loss). Combine lines 1 through 6 in column (f) . . . . . . . . . . . . . . . . . | | | **7** | |

**Part II   Long-Term Capital Gains and Losses — Assets Held More Than One Year**

| (a) Description of property (Example: 100 shares XYZ Co) | (b) Date acquired (Mo, day, yr) | (c) Date sold (Mo, day, yr) | (d) Sales price (see instructions) | (e) Cost or other basis (see instructions) | (f) Gain or (loss) Subtract (e) from (d) |
|---|---|---|---|---|---|
| **8**  200 GENERAL ELECTRIC CO | 11/07/06 | 9/17/08 | 4,637. | 7,268. | -2,631. |
| 275.432 GROWTH FUND OF AMERICA CLASS A | 11/10/05 | 9/17/08 | 7,500. | 8,638. | -1,138. |
| 735.944 LEGG MASON PARTNERS APPRECIATION FUND | 7/16/04 | 9/17/08 | 9,000. | 10,031. | -1,031. |
| 1790.959 LEGG MASON PARTNERS HIGH INCOME FUND | 7/21/04 | 9/17/08 | 10,000. | 12,358. | -2,358. |

| | | | | |
|---|---|---|---|---|
| **9** Enter your long-term totals, if any, from Schedule D-1, line 9 . . . | **9** | | | |
| **10** Total long-term sales price amounts. Add lines 8 and 9 in column (d) . . . . . . . . . . . . . . . . . . | **10** | 31,137. | | |
| **11** Gain from Form 4797, Part I; long-term gain from Forms 2439 and 6252; and long-term gain or (loss) from Forms 4684, 6781, and 8824 . . . . . . . . . . . . . | | **11** | | |
| **12** Net long-term gain or (loss) from partnerships, S corporations, estates, and trusts from Schedule(s) K-1 . . . | | **12** | | |
| **13** Capital gain distributions. See instrs. . . SEE. .STM .1 . . . . . . . . . . . . . . . . . . . . . . . . . . . | | **13** | 30. | |
| **14** Long-term capital loss carryover. Enter the amount, if any, from line 15 of your Capital Loss Carryover Worksheet in the instructions. . . . . . . . . . . | | **14** | | |
| **15** Net long-term capital gain or (loss). Combine lines 8 through 14 in column (f). Then go to Part III on page 2 . . . . . . . . . . . . . . . . . . . | | **15** | -7,128. | |

BAA For Paperwork Reduction Act Notice, see Form 1040 or Form 1040NR instructions.                    Schedule D (Form 1040) 2008

Schedule D (Form 1040) 2008   ZVI AND LOIS KAUFMAN                                3556      Page 2

| Part III | Summary |

16   Combine lines 7 and 15 and enter the result. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  **16** | -7,128.

If line 16 is:

• A **gain,** enter the amount from line 16 on Form 1040, line 13, or Form 1040NR, line 14. Then go to
  line 17 below.
• A **loss,** skip lines 17 through 20 below. Then go to line 21. Also be sure to complete line 22.
• **Zero,** skip lines 17 through 21 below and enter -0- on Form 1040, line 13, or Form 1040NR, line 14.
  Then to go line 22.

17   Are lines 15 and 16 both gains?

☐ Yes. Go to line 18.

☐ No. Skip lines 18 through 21, and go to line 22.

18   Enter the amount, if any, from line 7 of the 28% Rate Gain Worksheet in the instructions. . . . . . . . . . . . . . . ► **18**

19   Enter the amount, if any, from line 18 of the Unrecaptured Section 1250 Gain Worksheet in
     the instructions. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ► **19**

20   Are lines 18 and 19 both zero or blank?

☐ **Yes.** Complete Form 1040 through line 43, or Form 1040NR through line 40. Then complete the **Qualified
   Dividends and Capital Gain Tax Worksheet** in the Instructions for Form 1040 (or in the Instructions for
   Form 1040NR). Do not complete lines 21 and 22 below.

☐ **No.** Complete Form 1040 through line 43, or Form 1040NR through line 40. Then complete the **Schedule
   D Tax Worksheet** in the instructions. Do not complete lines 21 and 22 below.

21   If line 16 is a loss, enter here and on Form 1040, line 13, or Form 1040NR, line 14, the smaller of:

• The loss on line 16 or                                 ⎤
                                                          ⎥ . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  **21** | -3,000.
• ($3,000), or if married filing separately, ($1,500)    ⎦

Note. When figuring which amount is smaller, treat both amounts as positive numbers.

22   Do you have qualified dividends on Form 1040, line 9b, or Form 1040NR, line 10b?

☒ **Yes.** Complete Form 1040 through line 43, or Form 1040NR through line 40. Then complete the **Qualified
   Dividends and Capital Gain Tax Worksheet** in the Instructions for Form 1040 (or in the Instructions for
   Form 1040NR).

☐ **No.** Complete the rest of Form 1040 or Form 1040NR.

Schedule D (Form 1040) 2008

| Form **1116** | **Foreign Tax Credit** | OMB No. 1545-0121 |
|---|---|---|
| Department of the Treasury<br>Internal Revenue Service  (99) | (Individual, Estate, or Trust)<br>► Attach to Form 1040, 1040NR, 1041, or 990-T.<br>► See separate instructions. | **2008**<br>Attachment<br>Sequence No.  **19** |

| Name | ID no. as shown on page 1 of your tax return |
|---|---|
| ZVI AND LOIS KAUFMAN | 3556 |

Use a separate Form 1116 for each category of income listed below. See **Categories of Income** in the instructions. Check only one box on each Form 1116. Report all amounts in U.S. dollars except where specified in Part II below.

a ☐ Passive category income     c ☐ Section 901(j) income          e ☐ Lump-sum distributions
b ☒ General category income     d ☐ Certain income re-sourced by treaty

f Resident of (name of country) ► ISRAEL

Note: *If you paid taxes to only one foreign country or U.S. possession, use column A in Part I and line A in Part II. If you paid taxes to more than one foreign country or U.S. possession, use a separate column and line for each country or possession.*

## Part I  Taxable Income or Loss From Sources Outside the United States (for Category Checked Above)

| | | Foreign Country or U.S. Possession | | | Total |
|---|---|---|---|---|---|
| | | **A** | **B** | **C** | (Add columns A, B, and C.) |
| g Enter the name of the foreign country or<br>U.S. possession ................................ ► | | ISRAEL | ISRAEL | | |
| 1a Gross income from sources within country<br>shown above and of the type checked here<br>(see instructions):<br>SEE STATEMENT 2 | | | | | |
| | | 227,673. | | | 1a     227,673. |
| b Check if line 1a is compensation for personal services as<br>an employee, your total compensation from all sources is<br>$250,000 or more, and you used an alternative basis to<br>determine its source (see instructions) ............... ► ☐ | | | | | |
| Deductions and losses *(Caution: See instructions):* | | | | | |
| 2 Expenses definitely related to the income on line 1a<br>(attach statement) .......................................... | | | | | |
| 3 Pro rata share of other deductions<br>not definitely related: | | | | | |
| a Certain itemized deductions or standard deduction<br>(see instructions) ........................................... | | 10,900. | 10,900. | | |
| b Other deductions (attach statement) ....................... | | | | | |
| c Add lines 3a and 3b ....................................... | | 10,900. | 10,900. | | |
| d Gross foreign source income (see instructions) ............. | | 328,207. | | | |
| e Gross income from all sources (see instructions) .......... | | 330,923. | 330,923. | | |
| f Divide line 3d by line 3e (see instructions) .......... | | 0.991793 | | | |
| g Multiply line 3c by line 3f .......................... | | 10,811. | | | |
| 4 Pro rata share of interest expense (see instructions):<br>a Home mortgage interest (use worksheet in<br>the instructions) ........................................... | | | | | |
| b Other interest expense ................................... | | | | | |
| 5 Losses from foreign sources ............................. | | | | | |
| 6 Add lines 2, 3g, 4a, 4b, and 5 .......................... | | 10,811. | | 6 | 10,811. |
| 7 Subtract line 6 from line 1a. Enter the result here and on line 14, page 2 .............................. ► | | | | 7 | 216,862. |

## Part II  Foreign Taxes Paid or Accrued (see instructions)

| C<br>O<br>U<br>N<br>T<br>R<br>Y | Credit is claimed<br>for taxes (you<br>must check one)<br>(h) ☒ Paid<br>(i) ☐ Accrued | Foreign taxes paid or accrued | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | In foreign currency | | | | In U.S. dollars | | | | |
| | | | Taxes withheld at source on: | | (n) Other<br>foreign<br>taxes paid<br>or accrued | | Taxes withheld at source on: | | (r) Other<br>foreign<br>taxes paid<br>or accrued | (s) Total foreign<br>taxes paid or accrued<br>(add columns (o)<br>through (r)) |
| | (j) Date paid<br>or accrued | (k)<br>Dividends | (l) Rents &<br>royalties | (m)<br>Interest | | (o)<br>Dividends | (p) Rents &<br>royalties | (q)<br>Interest | | |
| A | | | | 491896. | | | | | 139404. | 139,404. |
| B | | | | 5,511. | | | | | 1,543. | 1,543. |
| C | | | | | | | | | | |

8 Add lines A through C, column (s). Enter the total here and on line 9, page 2 ............................. ► | 8 | 140,947.

BAA For Paperwork Reduction Act Notice, see separate instructions.                                    Form **1116** (2008)

FDIZ2612L  12/09/08

Form 1116 (2008)   ZVI AND LOIS KAUFMAN                                    3556      Page 2

**Part III   Figuring the Credit**

| | | | |
|---|---|---|---|
| 9 | Enter the amount from line 8. These are your total foreign taxes paid or accrued for the category of income checked above Part I.................... | 9 | 140,947. |
| 10 | Carryback or carryover (attach detailed computation)........... SEE STMT 3.. | 10 | 340,080. |
| 11 | Add lines 9 and 10.................................................... | 11 | 481,027. |
| 12 | Reduction in foreign taxes (see instructions)................ SEE STMT 4.. | 12 | 43,174. |
| 13 | Subtract line 12 from line 11. This is the total amount of foreign taxes available for credit (see instructions)... | 13 | 437,853. |
| 14 | Enter amount from line 7. This is your taxable income or (loss) from sources outside the United States (before adjustments) for the category of income checked above Part I (see instructions)......................................... | 14 | 216,862. |
| 15 | Adjustments to line 14 (see instructions)........................................ | 15 | |
| 16 | Combine the amounts on lines 14 and 15. This is your net foreign source taxable income. (If the result is zero or less, you have no foreign tax credit for the category of income you checked above Part I. Skip lines 17 through 21. However, if you are filing more than one Form 1116, you must complete line 19.).......... | 16 | 216,862. |
| 17 | Individuals: Enter the amount from Form 1040, line 41 (minus any amount on Form 8914, line 2). If you are a nonresident alien, enter the amount from Form 1040NR, line 38 (minus any amount on Form 8914, line 2). Estates and trusts: Enter your taxable income without the deduction for your exemption........................................ | 17 | 216,164. |

*Caution: If you figured your tax using the lower rates on qualified dividends or capital gains, see instructions.*

| | | | |
|---|---|---|---|
| 18 | Divide line 16 by line 17. If line 16 is more than line 17, enter '1'.......................................... | 18 | 1.0000 |
| 19 | Individuals: Enter the amount from Form 1040, line 44. If you are a nonresident alien, enter the amount from Form 1040NR, line 41. | | |
| | Estates and trusts: Enter the amount from Form 1041, Schedule G, line 1a, or the total of Form 990-T, lines 36 and 37........... | 19 | 63,113. |

*Caution: If you are completing line 19 for separate category e (lump-sum distributions), see instructions.*

| | | | |
|---|---|---|---|
| 20 | Multiply line 19 by line 18 (maximum amount of credit)........... | 20 | 63,113. |
| 21 | Enter the smaller of line 13 or line 20. If this is the only Form 1116 you are filing, skip lines 22 through 26 and enter this amount on line 27. Otherwise, complete the appropriate line in Part IV (see instructions)............... ► | 21 | 63,113. |

**Part IV   Summary of Credits From Separate Parts III (see instructions)**

| | | | |
|---|---|---|---|
| 22 | Credit for taxes on passive category income........................ | 22 | |
| 23 | Credit for taxes on general category income........................ | 23 | |
| 24 | Credit for taxes on certain income re-sourced by treaty.................. | 24 | |
| 25 | Credit for taxes on lump-sum distributions........................ | 25 | |
| 26 | Add lines 22 through 25............................................. | 26 | |
| 27 | Enter the smaller of line 19 or line 26............................. | 27 | 63,113. |
| 28 | Reduction of credit for international boycott operations. See instructions for line 12........... | 28 | |
| 29 | Subtract line 28 from line 27. This is your foreign tax credit. Enter here and on Form 1040, line 47; Form 1040NR, line 44; Form 1041, Schedule G, line 2a; or Form 990-T, line 40a............... ► | 29 | 63,113. |

Form 1116 (2008)

| Form **1116** | ALTERNATIVE MINIMUM TAX | OMB No. 1545-0121 |
|---|---|---|
| | **Foreign Tax Credit** | **2008** |
| Department of the Treasury Internal Revenue Service (99) | (Individual, Estate, or Trust) ► Attach to Form 1040, 1040NR, 1041, or 990-T. ► See separate instructions. | Attachment Sequence No. **19** |

| Name | ID no. as shown on page 1 of your tax return |
|---|---|
| ZVI AND LOIS KAUFMAN | 3556 |

Use a separate Form 1116 for each category of income listed below. See Categories of Income in the instructions. Check only one box on each Form 1116. Report all amounts in U.S. dollars except where specified in Part II below.

a ☐ Passive category income    c ☐ Section 901(j) income    e ☐ Lump-sum distributions
b ☒ General category income    d ☐ Certain income re-sourced by treaty

**f** Resident of (name of country) ► ISRAEL

Note: If you paid taxes to only one foreign country or U.S. possession, use column A in Part I and line A in Part II. If you paid taxes to more than one foreign country or U.S. possession, use a separate column and line for each country or possession.

### Part I  Taxable Income or Loss From Sources Outside the United States (for Category Checked Above)

| | Foreign Country or U.S. Possession | | | Total |
|---|---|---|---|---|
| | A | B | C | (Add columns A, B, and C.) |
| **g** Enter the name of the foreign country or U.S. possession ............ ► | ISRAEL | ISRAEL | | |
| **1a** Gross income from sources within country shown above and of the type checked above (see instructions): SEE STATEMENT 5 | | | | |
| | 227,673. | | | **1a** 227,673. |
| **b** Check if line 1a is compensation for personal services as an employee, your total compensation from all sources is $250,000 or more, and you used an alternative basis to determine its source (see instructions) ........ ► ☐ | | | | |
| **Deductions and losses (Caution: See instructions):** | | | | |
| **2** Expenses definitely related to the income on line 1a (attach statement) .................... | | | | |
| **3** Pro rata share of other deductions not definitely related: | | | | |
| **a** Certain itemized deductions or standard deduction (see instructions).................... | | | | |
| **b** Other deductions (attach statement)................. | | | | |
| **c** Add lines 3a and 3b .................... | | | | |
| **d** Gross foreign source income (see instructions).......... | 328,207. | | | |
| **e** Gross income from all sources (see instructions)......... | 330,923. | 330,923. | | |
| **f** Divide line 3d by line 3e (see instructions)......... | 0.991793 | | | |
| **g** Multiply line 3c by line 3f.................. | | | | |
| **4** Pro rata share of interest expense (see instructions): | | | | |
| **a** Home mortgage interest (use worksheet in the instructions).................. | | | | |
| **b** Other interest expense................... | | | | |
| **5** Losses from foreign sources................. | | | | |
| **6** Add lines 2, 3g, 4a, 4b, and 5 ............. | | | | **6** |
| **7** Subtract line 6 from line 1a. Enter the result here and on line 14, page 2 ........ ► | | | | **7** 227,673. |

### Part II  Foreign Taxes Paid or Accrued (see instructions)

| C O U N T R Y | Credit is claimed for taxes (you must check one) | Foreign taxes paid or accrued | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | In foreign currency | | | | In U.S. dollars | | | | |
| | (h) ☒ Paid (i) ☐ Accrued | Taxes withheld at source on: | | | (n) Other foreign taxes paid or accrued | Taxes withheld at source on: | | | (r) Other foreign taxes paid or accrued | (s) Total foreign taxes paid or accrued (add columns (o) through (r)) |
| | (j) Date paid or accrued | (k) Dividends | (l) Rents & royalties | (m) Interest | | (o) Dividends | (p) Rents & royalties | (q) Interest | | |
| A | | | | | 491896. | | | | 139404. | 139,404. |
| B | | | | | 5,511. | | | | 1,543. | 1,543. |
| C | | | | | | | | | | |

**8** Add lines A through C, column (s). Enter the total here and on line 9, page 2 ............ ► **8** 140,947.

BAA For Paperwork Reduction Act Notice, see separate instructions.                    Form 1116 (2008)

FDIZ2612L   12/09/08

ALTERNATIVE MINIMUM TAX

Form 1116 (2008)  ZVI AND LOIS KAUFMAN                                                3556      Page 2

## Part III  Figuring the Credit

| | | | |
|---|---|---|---|
| 9 | Enter the amount from line 8. These are your total foreign taxes paid or accrued for the category of income checked above Part I | 9 | 140,947. |
| 10 | Carryback or carryover (attach detailed computation) . . . . . . . . . SEE STMT 6 | 10 | 409,593. |
| 11 | Add lines 9 and 10 | 11 | 550,540. |
| 12 | Reduction in foreign taxes (see instructions) . . . . . . . . . . . . . . . SEE STMT 7 | 12 | 43,174. |
| 13 | Subtract line 12 from line 11. This is the total amount of foreign taxes available for credit (see instructions) | 13 | 507,366. |
| 14 | Enter amount from line 7. This is your taxable income or (loss) from sources outside the United States (before adjustments) for the category of income checked above Part I (see instructions) | 14 | 227,673. |
| 15 | Adjustments to line 14 (see instructions) | 15 | |
| 16 | Combine the amounts on lines 14 and 15. This is your net foreign source taxable income. (If the result is zero or less, you have no foreign tax credit for the category of income you checked above Part I. Skip lines 17 through 21. However, if you are filing more than one Form 1116, you must complete line 19.) | 16 | 227,673. |
| 17 | Individuals: Enter the amount from Form 1040, line 41 (minus any amount on Form 8914, line 2). If you are a nonresident alien, enter the amount from Form 1040NR, line 38 (minus any amount on Form 8914, line 2). Estates and trusts: Enter your taxable income without the deduction for your exemption | 17 | 227,125. |
| | Caution: If you figured your tax using the lower rates on qualified dividends or capital gains, see instructions. | | |
| 18 | Divide line 16 by line 17. If line 16 is more than line 17, enter '1'. | 18 | 1.0000 |
| 19 | Individuals: Enter the amount from Form 1040, line 44. If you are a nonresident alien, enter the amount from Form 1040NR, line 41. | | |
| | Estates and trusts: Enter the amount from Form 1041, Schedule G, line 1a, or the total of Form 990-T, lines 36 and 37 | 19 | 47,936. |
| | Caution: If you are completing line 19 for separate category e (lump-sum distributions), see instructions. | | |
| 20 | Multiply line 19 by line 18 (maximum amount of credit) | 20 | 47,936. |
| 21 | Enter the smaller of line 13 or line 20. If this is the only Form 1116 you are filing, skip lines 22 through 26 and enter this amount on line 27. Otherwise, complete the appropriate line in Part IV (see instructions) ▶ | 21 | 47,936. |

## Part IV  Summary of Credits From Separate Parts III (see instructions)

| | | | |
|---|---|---|---|
| 22 | Credit for taxes on passive category income | 22 | |
| 23 | Credit for taxes on general category income | 23 | |
| 24 | Credit for taxes on certain income re-sourced by treaty | 24 | |
| 25 | Credit for taxes on lump-sum distributions | 25 | |
| 26 | Add lines 22 through 25 | 26 | |
| 27 | Enter the smaller of line 19 or line 26 | 27 | 47,936. |
| 28 | Reduction of credit for international boycott operations. See instructions for line 12 | 28 | |
| 29 | Subtract line 28 from line 27. This is your foreign tax credit. Enter here and on Form 1040, line 47; Form 1040NR, line 44; Form 1041, Schedule G, line 2a; or Form 990-T, line 40a ▶ | 29 | 47,936. |

Form 1116 (2008)

FDIZ2612L  12/09/08

| Form **2555** | **Foreign Earned Income** | OMB No. 1545-0074 |
|---|---|---|
| Department of the Treasury Internal Revenue Service | ► See separate instructions.   ► Attach to Form 1040. | **2008** Attachment Sequence No. **34** |

**For Use by U.S. Citizens and Resident Aliens Only**

| Name shown on Form 1040 | Your social security number |
|---|---|
| ZVI KAUFMAN | 3556 |

**Part I   General Information**

| 1 Your foreign address (including country)<br>CARME YOSEF 99797 ISRAEL | 2 Your occupation<br>MANAGER |
|---|---|

3  Employer's name  ► LUXEMBOURG PHARMACEUTICALS, LTD.

4a Employer's U.S. address  ► INDIANAPOLIS IN

  b Employer's foreign address  ► LOD ISRAEL

5  Employer is (check    a [X] A foreign entity        b [ ] A U.S. company      c [ ] Self
   any that apply):  ►  d [ ] A foreign affiliate of a U.S. company   e [ ] Other (specify)  ►

6 a If, after 1981, you filed Form 2555 or Form 2555-EZ, enter the last year you filed
    the form ► 2007

  b If you did not file Form 2555 or 2555-EZ after 1981 to claim either of the exclusions, check here ► [ ] and go to line 7.

  c Have you ever revoked either of the exclusions? . . . . . . . . . . . . . . . . . . . . . . . . . . . . [ ] Yes  [X] No

  d If you answered 'Yes,' enter the type of exclusion and the tax year for which the revocation was effective ► N/A

7  Of what country are you a citizen/national? ► USA

8 a Did you maintain a separate foreign residence for your family because of adverse living conditions at your tax home?
    See Second foreign household in the instructions. . . . . . . . . . . . . . . . . . . . . . . [ ] Yes  [X] No

  b If 'Yes,' enter city and country of the separate foreign residence. Also, enter the number of days during your tax year that you maintained
    a second household at that address ► N/A

9  List your tax home(s) during your tax year and date(s) established ►

**Next, complete either Part II or Part III. If an item does not apply, enter 'NA.' If you do not give
the information asked for, any exclusion or deduction you claim may be disallowed.**

**Part II   Taxpayers Qualifying Under Bona Fide Residence Test (see instructions)**

10  Date bona fide residence began ► 1/01/81 , and ended ► CONTINUES

11  Kind of living quarters in foreign country  ► a [X] Purchased house   b [ ] Rented house or apartment   c [ ] Rented room
                             d [ ] Quarters furnished by employer

12 a Did any of your family live with you abroad during any part of the tax year?. . . . . . . . . . . . . . . . [X] Yes  [ ] No

   b If 'Yes,' who & for what period ► SEE STATEMENT 8

13 a Have you submitted a statement to the authorities of the foreign country where you claim bona fide residence that you
    are not a resident of that country? See instructions . . . . . . . . . . . . . . . . . . [ ] Yes  [X] No

   b Are you required to pay income tax to the country where you claim bona fide residence? See instructions. . . . . . . [X] Yes  [ ] No

    If you answered 'Yes' to 13a and 'No' to 13b, you do not qualify as a bona fide resident. Do not complete the rest of this part.

14  If you were present in the United States or its possessions during the tax year, complete columns (a) - (d) below. Do not include the
    income from column (d) in Part IV, but report it on Form 1040.

| (a) Date arrived in U.S. | (b) Date left U.S. | (c) Number of days in U.S. on business | (d) Income earned in U.S. on business (attach computation) | (a) Date arrived in U.S. | (b) Date left U.S. | (c) Number of days in U.S. on business | (d) Income earned in U.S. on business (attach computation) |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

15 a List any contractual terms or other conditions relating to the length of your employment abroad . . . . . . . ► NONE

   b Enter type of visa under which you entered the foreign country. . . . . . . . . . . . . . . . ► NONE

   c Did your visa limit the length of your stay or employment in a foreign country? If 'Yes,' attach explanation . . . . . . [ ] Yes  [X] No

   d Did you maintain a home in the United States while living abroad?. . . . . . . . . . . . . . . . [ ] Yes  [X] No

   e If 'Yes,' enter address of your home, whether it was rented, the names of the occupants, and their relationship to you ►
    N/A

BAA  For Paperwork Reduction Act Notice, see separate instructions.                    Form 2555 (2008)

FDIA3312L  11/26/08

Form 2555 (2008)  ZVI KAUFMAN                                                          3556      Page 2

**Part III** Taxpayers Qualifying Under Physical Presence Test (see instructions)

16  The physical presence test is based on the 12-month period from ... ▸ _____ through ▸ _____

17  Enter your principal country of employment during your tax year ▸ _____

18  If you traveled abroad during the 12-month period entered on line 16, complete columns (a) - (f) below. Exclude travel between foreign countries that did not involve travel on or over international waters, or in or over the United States, for 24 hours or more. If you have no travel to report during the period, enter 'Physically present in a foreign country or countries for the entire 12-month period.' Do not include the income from column (f) below in Part IV, but report it on Form 1040.

| (a) Name of country (including U.S.) | (b) Date arrived | (c) Date left | (d) Full days present in country | (e) Number of days in U.S. on business | (f) Income earned in U.S. on business (attach computation) |
|---|---|---|---|---|---|
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |

**Part IV** All Taxpayers

Note:   Enter on lines 19 through 23 all income, including noncash income, you earned and actually or constructively received during your 2008 tax year for services you performed in a foreign country. If any of the foreign earned income received this tax year was earned in a prior tax year, or will be earned in a later tax year (such as a bonus), see the instructions. Do not include income from line 14, column (d), or line 18, column (f). Report amounts in U.S. dollars, using the exchange rates in effect when you actually or constructively received the income.

If you are a cash basis taxpayer, report on Form 1040 all income you received in 2008, no matter when you performed the service.

| 2008 Foreign Earned Income | | Amount (in U.S. dollars) |
|---|---|---|
| 19  Total wages, salaries, bonuses, commissions, etc............................ | 19 | 315,273. |
| 20  Allowable share of income for personal services performed (see instructions): | | |
| a In a business (including farming) or profession........................... | 20a | |
| b In a partnership. List partnership's name and address and type of income.. ▸ _____ | 20b | |
| 21  Noncash income (market value of property or facilities furnished by employer — attach statement showing how it was determined): | | |
| a Home (lodging)........................................................ | 21a | |
| b Meals............................................................... | 21b | |
| c Car................................................................. | 21c | |
| d Other property or facilities. List type and amount .... ▸ _____ | 21d | |
| 22  Allowances, reimbursements, or expenses paid on your behalf for services you performed: | | |
| a Cost of living and overseas differential.......................... 22a | | |
| b Family....................................................... 22b | | |
| c Education.................................................... 22c | | |
| d Home leave.................................................. 22d | | |
| e Quarters.................................................... 22e | | |
| f For any other purpose. List type and amount.. ▸ _____ 22f | | |
| g Add lines 22a through 22f.............................................. | 22g | |
| 23  Other foreign earned income. List type and amount. ▸ _____ | 23 | |
| 24  Add lines 19 through 21d, line 22g, and line 23........................... | 24 | 315,273. |
| 25  Total amount of meals and lodging included on line 24 that is excludable (see instructions)............. | 25 | |
| 26  Subtract line 25 from line 24. Enter the result here and on line 27 on page 3. This is your 2008 foreign earned income................................................... ▸ | 26 | 315,273. |

(ALLOCATION OF COMPENSATION)   SEE STATEMENT 9                            Form 2555 (2008)
FDIA3312L  11/26/08

Form 2555 (2008)  ZVI KAUFMAN                                                    3556    Page 3

**Part V**  All Taxpayers

| | | | |
|---|---|---|---|
| 27 | Enter the amount from line 26 .................................................................... | 27 | 315,273. |

Are you claiming the housing exclusion or housing deduction?

☐ Yes. Complete Part VI.
☒ No. Go to Part VII.

**Part VI**  Taxpayers Claiming the Housing Exclusion and/or Deduction

| | | | |
|---|---|---|---|
| 28 | Qualified housing expenses for the tax year (see instructions) ......................... | 28 | |
| 29a | Enter location where housing expenses incurred (see instructions) ▶ _ _ _ _ _ _ _ _ _ _ _ _ _ | | |
| b | Enter limit on housing expenses (see instructions) ......................... | 29b | |
| 30 | Enter the smaller of line 28 or line 29b ................................... | 30 | |
| 31 | Number of days in your qualifying period that fall within your 2008 tax year (see instructions) .............................. **31**                days | 31 | |
| 32 | Multiply $38.30 by the number of days on line 31. If 366 is entered on line 31, enter $14,016.00 here ...... | 32 | |
| 33 | Subtract line 32 from line 30. If the result is zero or less, do not complete the rest of this part or any of Part IX .......... | 33 | |
| 34 | Enter employer-provided amounts (see instructions) ......................... **34** | | |
| 35 | Divide line 34 by line 27. Enter the result as a decimal (rounded to at least three places), but do not enter more than '1.000' .......... | 35 | x |
| 36 | Housing exclusion. Multiply line 33 by line 35. Enter the result but do not enter more than the amount on line 34. Also, complete Part VIII. ..... ▶ | 36 | |

Note: *The housing deduction is figured in Part IX. If you choose to claim the foreign earned income exclusion, complete Parts VII and VIII before Part IX.*

**Part VII**  Taxpayers Claiming the Foreign Earned Income Exclusion

| | | | |
|---|---|---|---|
| 37 | Maximum foreign earned income exclusion ................................... | 37 | $87,600. |
| 38 | • If you completed Part VI, enter the number from line 31. ........ **38**         366 days | | |
| | • All others, enter the number of days in your qualifying period that fall within your 2008 tax year (see the instructions for line 31). | | |
| 39 | • If line 38 and the number of days in your 2008 tax year (usually 366) are the same, enter '1.000.' • Otherwise, divide line 38 by the number of days in your 2008 tax year and enter the result as a decimal (rounded to at least three places). .... | 39 | x     1.000 |
| 40 | Multiply line 37 by line 39 ................................... | 40 | 87,600. |
| 41 | Subtract line 36 from line 27 ................................... | 41 | 315,273. |
| 42 | Foreign earned income exclusion. Enter the smaller of line 40 or line 41. Also, complete Part VIII ........ ▶ | 42 | 87,600. |

**Part VIII**  Taxpayers Claiming the Housing Exclusion, Foreign Earned Income Exclusion, or Both

| | | | |
|---|---|---|---|
| 43 | Add lines 36 and 42 ................................... | 43 | 87,600. |
| 44 | Deductions allowed in figuring your adjusted gross income (Form 1040, line 37) that are allocable to the excluded income. See instructions and attach computation. | 44 | |
| 45 | Subtract line 44 from line 43. Enter the result here and in parentheses on Form 1040, line 21. Next to the amount enter 'Form 2555.' On Form 1040, subtract this amount from your income to arrive at total income on Form 1040, line 22. ..... | 45 | 87,600. |

**Part IX**  Taxpayers Claiming the Housing Deduction — Complete this part only if (a) line 33 is more than line 36 and (b) line 27 is more than line 43.

| | | | |
|---|---|---|---|
| 46 | Subtract line 36 from line 33 ................................... | 46 | |
| 47 | Subtract line 43 from line 27 ................................... | 47 | |
| 48 | Enter the smaller of line 46 or line 47 ................................... | 48 | |

Note: *If line 47 is more than line 48 and you could not deduct all of your 2007 housing deduction because of the 2007 limit, use the worksheet in the instructions to figure the amount to enter on line 49. Otherwise, go to line 50.*

| | | | |
|---|---|---|---|
| 49 | Housing deduction carryover from 2007 (from worksheet in the instructions) ......................... | 49 | |
| 50 | Housing deduction. Add lines 48 and 49. Enter the total here and on Form 1040 to the left of line 36. Next to the amount on Form 1040, enter 'Form 2555.' Add it to the total adjustments reported on that line. ...... ▶ | 50 | |

BAA

FDIA3303L  10/23/08

Form 2555 (2008)

Form **2555-EZ**

Department of the Treasury
Internal Revenue Service     (99)

**Foreign Earned Income Exclusion**

▶ See separate Instructions.  ▶ Attach to Form 1040.

OMB No. 1545-0074

**2008**

Attachment
Sequence No. **34A**

Name shown on Form 1040
LOIS KAUFMAN

Your social security number

**You May Use This Form If You:**
- Are a U.S. citizen or a resident alien.
- Earned wages/salaries in a foreign country.
- Had total foreign earned income of $87,600 or less.
- Are filing a calendar year return that covers a 12-month period.

**And You:**
- Do not have self-employment income.
- Do not have business/moving expenses.
- Do not claim the foreign housing exclusion or deduction.

**Part I  Tests To See If You Can Take the Foreign Earned Income Exclusion**

**1  Bona Fide Residence Test**

a Were you a bona fide resident of a foreign country or countries for a period that includes an entire tax year (see instructions)?................................................................  [X] Yes  [ ] No
- If you answered 'Yes,' you meet this test. Fill in line 1b and then go to line 3.
- If you answered 'No,' you do not meet this test. Go to line 2 to see if you meet the Physical Presence Test.

b Enter the date your bona fide residence began ▶  1/01/81 , and ended (see instructions) ▶  CONTINUES

**2  Physical Presence Test**

a Were you physically present in a foreign country or countries for at least 330 full days during —
  [ ] 2008 or
  [ ] any other period of 12 months in a row starting or ending in 2008?................  [ ] Yes  [ ] No
- If you answered 'Yes,' you meet this test. Fill in line 2b and then go to line 3.
- If you answered 'No,' you do not meet this test. You cannot take the exclusion unless you meet the Bona Fide Residence Test above.

b The physical presence test is based on the 12-month period from ▶ _____ through ▶ _____.

**3  Tax Home Test.** Was your tax home in a foreign country or countries throughout your period of bona fide residence or physical presence, whichever applies?................................................  [X] Yes  [ ] No
- If you answered 'Yes,' you can take the exclusion. Complete Part II below and then go to page 2.
- If you answered 'No,' you cannot take the exclusion. Do not file this form.

**Part II  General Information**

4  Your foreign address (including country)
CARME YOSEF 99797 ISRAEL

5  Your occupation
PHARMACIST

6  Employer's name
SHALPHARM MARKETING LTD.

7  Employer's U.S. address (including ZIP code)

8  Employer's foreign address
PETAH TIKVA ISRAEL

9  Employer is (check that apply):
a A U.S. business......................................................  [ ]
b A foreign business..................................................  [X]
c Other (specify) ▶ ..................................................  [ ]

10 a If you filed Form 2555 or 2555-EZ after 1981, enter the last year you filed the form ▶ 2007
b If you did not file Form 2555 or 2555-EZ after 1981, check here. ▶ [ ] and go to line 11a now.
c Have you ever revoked the foreign earned income exclusion?................  [ ] Yes  [X] No
d If you answered 'Yes,' enter the tax year for which the revocation was effective.. ▶ _____

11 a List your tax home(s) during 2008 and date(s) established.  ▶
CARME YOSEF, ISRAEL -
b Of what country are you a citizen/national? ▶  USA

BAA For Paperwork Reduction Act Notice, see separate instructions.

Form 2555-EZ (2008)

FDIB8312L  06/25/08

Form 2555-EZ (2008)  LOIS KAUFMAN                                                    Page 2

**Part III** Days Present in the United States — Complete this part if you were in the United States or its possessions during 2008.

| 12 (a) Date arrived in U.S. | (b) Date left U.S. | (c) Number of days in U.S. on business | (d) Income earned in U.S. on business (attach computation) |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

**Part IV** Figure Your Foreign Earned Income Exclusion

13  Maximum foreign earned income exclusion............................................... | 13 | $ 87,600.

14  Enter the number of days in your qualifying period that fall within 2008............................................... | 14 | 366 days

15  Did you enter 366 on line 14?...............................................
[X] Yes. Enter '1.000.'
[ ] No.  Divide line 14 by 366 and enter the result as a decimal (rounded to at least three places). | 15 | X | 1.000

16  Multiply line 13 by line 15............................................... | 16 | 87,600.

17  Enter, in U.S. dollars, the total foreign earned income you earned and received in 2008 (see instructions). Be sure to include this amount on Form 1040, line 7............................................... | 17 | 12,934.

18  Foreign earned income exclusion. Enter the smaller of line 16 or line 17 here and in parentheses on Form 1040, line 21. Next to the amount enter '2555-EZ.' On Form 1040, subtract this amount from your income to arrive at total income on Form 1040, line 22. ► | 18 | 12,934.

(ALLOCATION OF COMPENSATION) SEE STATEMENT 10                          Form 2555-EZ (2008)

FDIB8312L  06/25/08

| 2008 | FEDERAL STATEMENTS | PAGE 1 |
|---|---|---|
| CLIENT 10058 | ZVI AND LOIS KAUFMAN | 3556 |
| 10/06/09 | | 04:16PM |

**STATEMENT 1**
**SCHEDULE D, LINE 13**
**CAPITAL GAIN DISTRIBUTIONS**

```
CITIGROUP GLOBAL MKTS INC...................................... $         30.
                                                     TOTAL $         30.
```

**STATEMENT 2**
**FORM 1116, LINE 1A - GENERAL CATEGORY INCOME**
**GROSS INCOME FROM SOURCES OUTSIDE U.S.**

```
COMPENSATION............................................. $     328,207.
LESS: SEC. 911 EXC. ....................................       -100,534.
                                            TOTAL $     227,673.
```

**STATEMENT 3**
**FORM 1116, LINE 10**
**FOREIGN TAX CREDIT CARRYOVERS**

**GENERAL CATEGORY INCOME**

|  | FOREIGN TAXES PAID | FOREIGN TAXES DISALLOWED | FOREIGN TAXES CLAIMED | FOREIGN TAX CREDIT CARRYOVER |
|---|---|---|---|---|
| 2007 FOREIGN TAX CREDIT | 117,815. | 45,738. | 46,117. | 25,960. |
| 2006 FOREIGN TAX CREDIT | 109,330. | 43,986. | 40,137. | 25,207. |
| 2005 FOREIGN TAX CREDIT | 112,988. | 42,681. | 30,490. | 39,817. |
| 2004 FOREIGN TAX CREDIT | 0. | 0. | 0. | 78,967. |
| 2003 FOREIGN TAX CREDIT | 0. | 0. | 0. | 31,412. |
| 2002 FOREIGN TAX CREDIT | 0. | 0. | 0. | 40,700. |
| 2001 FOREIGN TAX CREDIT | 0. | 0. | 0. | 29,654. |
| 2000 FOREIGN TAX CREDIT | 0. | 0. | 0. | 38,447. |
| 1999 FOREIGN TAX CREDIT | 0. | 0. | 0. | 29,916. |

```
TOTAL FOREIGN TAX CREDIT CARRYOVER - FORM 1116, LINE 10          $     340,080.
```

**2008**                    **FEDERAL STATEMENTS**                    **PAGE 2**

CLIENT 10058                    ZVI AND LOIS KAUFMAN                    3556

10/06/09                                                                04:16PM

**STATEMENT 4**
**FORM 1116, LINE 12 - GENERAL CATEGORY INCOME**
**ALLOCATION OF FOREIGN TAXES TO EXCLUDED INCOME**

| | | |
|---|---:|---:|
| 1. FOREIGN EARNED INCOME AND HOUSING EXCLUSION | $ 100,534. | |
| 2. DEDUCTIONS ALLOCABLE TO THE EXCLUDABLE INCOME | 0. | |
| 3. TOTAL INCOME USED IN THE NUMERATOR | | 100,534. |
| 4. TOTAL FOREIGN EARNED INCOME | | 328,207. |
| 5. FOREIGN MOVING EXPENSES | 0. | |
| 6. FOREIGN HOUSING DEDUCTION | 0. | |
| 7. OTHER DEDUCTIONS ALLOCABLE TO EXCLUDABLE INCOME | 0. | |
| 8. TOTAL DEDUCTIONS ALLOCABLE TO FOREIGN EARNED INCOME (LINES 5, 6 AND 7) | | 0. |
| 9. TOTAL INCOME USED IN THE DENOMINATOR   (LINE 4 LESS LINE 8) | | 328,207. |
| 10. EXCLUSION RATIO | | 0.306313 |
| 11. FOREIGN TAXES PAID IN U.S. DOLLARS | | 140,947. |
| 12. FOREIGN TAXES ALLOCATED TO EXCLUDED INCOME   (LINE 10 MULTIPLIED BY LINE 11) | | $ 43,174. |

**STATEMENT 5**
**FORM 1116, LINE 1A - GENERAL CATEGORY INCOME (AMT)**
**GROSS INCOME FROM SOURCES OUTSIDE U.S.**

| | | |
|---|---|---:|
| COMPENSATION........................................................ | $ | 328,207. |
| LESS: SEC. 911 EXC................................................... | | -100,534. |
| | TOTAL $ | 227,673. |

**STATEMENT 6**
**FORM 1116, LINE 10**
**FOREIGN TAX CREDIT CARRYOVERS**

**GENERAL CATEGORY INCOME - AMT**

| | FOREIGN TAXES PAID | FOREIGN TAXES DISALLOWED | FOREIGN TAXES CLAIMED | FOREIGN TAX CREDIT CARRYOVER |
|---|---:|---:|---:|---:|
| 2007 FOREIGN TAX CREDIT | 117,815. | 45,738. | 29,886. | 42,191. |
| 2006 FOREIGN TAX CREDIT | 109,330. | 43,986. | 24,223. | 41,121. |
| 2005 FOREIGN TAX CREDIT | 112,988. | 42,681. | 27,846. | 42,461. |
| 2004 FOREIGN TAX CREDIT | 0. | 0. | 0. | 84,271. |
| 2003 FOREIGN TAX CREDIT | 0. | 0. | 0. | 35,992. |
| 2002 FOREIGN TAX CREDIT | 0. | 0. | 0. | 47,072. |
| 2001 FOREIGN TAX CREDIT | 0. | 0. | 0. | 35,529. |
| 2000 FOREIGN TAX CREDIT | 0. | 0. | 0. | 46,997. |
| 1999 FOREIGN TAX CREDIT | 0. | 0. | 0. | 33,959. |

TOTAL FOREIGN TAX CREDIT CARRYOVER - FORM 1116, LINE 10        $ 409,593.

| 2008 | FEDERAL STATEMENTS | PAGE 3 |
|---|---|---|
| CLIENT 10058 | ZVI AND LOIS KAUFMAN | 3556 |
| 10/13/09 | | 11:35AM |

**STATEMENT 7**
**FORM 1116, LINE 12 - GENERAL CATEGORY INCOME (AMT)**
**ALLOCATION OF FOREIGN TAXES TO EXCLUDED INCOME**

```
 1. FOREIGN EARNED INCOME AND HOUSING EXCLUSION      $    100,534.
 2. DEDUCTIONS ALLOCABLE TO THE EXCLUDABLE INCOME              0.
 3. TOTAL INCOME USED IN THE NUMERATOR                              100,534.
 4. TOTAL FOREIGN EARNED INCOME                                    328,207.
 5. FOREIGN MOVING EXPENSES                                0.
 6. FOREIGN HOUSING DEDUCTION                              0.
 7. OTHER DEDUCTIONS ALLOCABLE TO EXCLUDABLE INCOME        0.
 8. TOTAL DEDUCTIONS ALLOCABLE TO FOREIGN EARNED INCOME
       (LINES 5, 6 AND 7)                                                 0.
 9. TOTAL INCOME USED IN THE DENOMINATOR  (LINE 4 LESS
       LINE 8)                                                     328,207.
10. EXCLUSION RATIO                                               0.306313
11. FOREIGN TAXES PAID IN U.S. DOLLARS                            140,947.
12. FOREIGN TAXES ALLOCATED TO EXCLUDED INCOME  (LINE
       10 MULTIPLIED BY LINE 11)                           $       43,174.
```

**STATEMENT 8**
**FORM 2555, LINE 12B - ZVI KAUFMAN**
**FAMILY MEMBERS LIVING ABROAD**

| NAME OF FAMILY MEMBER LIVING ABROAD | RELATIONSHIP | PERIOD LIVED ABROAD |
|---|---|---|
| LOIS KAUFMAN | SPOUSE | ENTIRE YEAR |
| | DAUGHTER | ENTIRE YEAR |

**STATEMENT 9**
**FORM 2555, PART IV, FOREIGN EARNED INCOME - ZVI KAUFMAN**
**ALLOCATION OF COMPENSATION**

| | | DURING FOREIGN ASSIGNMENT | | BEFORE AND AFTER FOREIGN ASSIGNMENT | |
|---|---|---|---|---|---|
| | TOTAL | U.S. | FOREIGN | U.S. | FOREIGN |
| **FOREIGN INCOME EARNED IN A CURRENT PERIOD** | | | | | |
| WAGES AND SALARIES: | | | | | |
| LUXEMBOURG PHARMACEUTICALS, LTD. | 315,273. | | 315,273. | | |
| TOTAL CURRENT PERIOD FEI | 315,273. | 0. | 315,273. | 0. | 0. |
| TOTAL FOREIGN EARNED INCOME | 315,273. | 0. | 315,273. | 0. | 0. |

| 2008 | FEDERAL STATEMENTS | PAGE 4 |
|---|---|---|
| CLIENT 10058 | ZVI AND LOIS KAUFMAN | 3556 |
| 10/06/09 | | 04:16PM |

**STATEMENT 10**
**FORM 2555-EZ, PART IV, FOREIGN EARNED INCOME - LOIS KAUFMAN**
**ALLOCATION OF COMPENSATION**

| | | DURING FOREIGN ASSIGNMENT | | BEFORE AND AFTER FOREIGN ASSIGNMENT | |
|---|---|---|---|---|---|
| | TOTAL | U.S. | FOREIGN | U.S. | FOREIGN |
| FOREIGN INCOME EARNED IN A CURRENT PERIOD | | | | | |
| WAGES AND SALARIES: | | | | | |
| SHALPHARM MARKETING LTD. | 12,934. | | 12,934. | | |
| TOTAL CURRENT PERIOD FEI | 12,934. | 0. | 12,934. | 0. | 0. |
| TOTAL FOREIGN EARNED INCOME | 12,934. | 0. | 12,934. | 0. | 0. |

| 2008 | FEDERAL SUPPLEMENTAL INFORMATION | PAGE 1 |
|------|----------------------------------|--------|
| CLIENT 10058 | ZVI AND LOIS KAUFMAN | 3556 |
| 10/06/09 | | 04:16PM |

STATEMENT 1
SUBSTITUTE 2008 W-2 FORM - ZVI KAUFMAN

| MONTH | GROSS ISRAEL SHEKEL | EXCHANGE RATE | GROSS US DOLLARS |
|-------|---------------------|---------------|------------------|
| JAN | 65,359 | 3.7509 | 17,425 |
| FEB | 65,370 | 3.6084 | 18,116 |
| MAR | 65,245 | 3.5109 | 18,584 |
| APRIL | 165,424 | 3.5197 | 46,999 |
| MAY | 67,713 | 3.3788 | 20,041 |
| JUNE | 281,615 | 3.3623 | 83,757 |
| JULY | 66,797 | 3.3711 | 19,815 |
| AUG | 67,514 | 3.5587 | 18,972 |
| SEPT | 69,850 | 3.5457 | 19,700 |
| OCT | 68,449 | 3.6872 | 18,564 |
| NOV | 64,788 | 3.8904 | 16,653 |
| DEC | 64,425 | 3.8700 | 16,647 |
| TOTALS | 1,112,549 | | $315,273 |

ISRAELI TAX WITHHELD: $139,404 U.S.

STATEMENT 2
SUBSTITUTE 2008 W-2 FORM - LOIS KAUFMAN

| MONTH | GROSS ISRAEL SHEKEL | EXCHANGE RATE | GROSS US DOLLARS |
|-------|---------------------|---------------|------------------|
| JAN | 7,843 | 3.7509 | 2,091 |
| FEB | 14,843 | 3.6084 | 4,113 |
| MAR | 12,343 | 3.5109 | 3,516 |
| APRIL | 11,311 | 3.5197 | 3,214 |
| TOTALS | 46,340 | | $12,934 |

ISRAELI TAX WITHHELD:  $1,543 U.S.