2010 Individual Return prepared for:

ZVI and LOIS KAUFMAN

prepared by:

**Manzi Pino & Company**
1895 Walt Whitman Road
Melville, NY 11747



PLAINTIFF'S EXHIBIT 3

**Plaintiff Exhibit**



| Form **1040** | Department of the Treasury — Internal Revenue Service<br>**U.S. Individual Income Tax Return** | **2010** | (99) | IRS Use Only — Do not write or staple in this space. |
|---|---|---|---|---|

For the year Jan 1 - Dec 31, 2010, or other tax year beginning , 2010, ending , 20    OMB No. 1545-0074

**Name, Address, and SSN**

Your first name: ZVI   MI:   Last name: KAUFMAN
Your social security number: -3556

If a joint return, spouse's first name: LOIS   MI:   Last name: KAUFMAN
Spouse's social security number:

See separate instructions.

Home address (number and street). If you have a P.O. box, see instructions.   Apartment no.

Make sure the SSN(s) above and on line 6c are correct.

City, town or post office. If you have a foreign address, see instructions.   State   ZIP code
CARME YOSEF 99797 ISRAEL

**Presidential Election Campaign** ► Check here if you, or your spouse if filing jointly, want $3 to go to this fund?.....  ☐ You  ☐ Spouse

Checking a box below will not change your tax or refund.

**Filing Status**
1 ☐ Single
2 ☒ Married filing jointly (even if only one had income)
3 ☐ Married filing separately. Enter spouse's SSN above & full name here. ►
4 ☐ Head of household (with qualifying person). (See instructions.) If the qualifying person is a child but not your dependent, enter this child's name here. ►
5 ☐ Qualifying widow(er) with dependent child

Check only one box.

**Exemptions**
6a ☒ Yourself. If someone can claim you as a dependent, do not check box 6a .....
b ☒ Spouse .....

Boxes checked on 6a and 6b . . 2

c Dependents:
(1) First name   Last name   (2) Dependent's social security number   (3) Dependent's relationship to you   (4) ✓ if child under age 17 qualifying for child tax cr (see instrs)

No. of children on 6c who:
• lived with you
• did not live with you due to divorce or separation (see instrs)
Dependents on 6c not entered above

If more than four dependents, see instructions and check here... ►☐

Add numbers on lines above ► 2

d Total number of exemptions claimed .....

**Income**

Attach Form(s) W-2 here. Also attach Forms W-2G and 1099-R if tax was withheld.

If you did not get a W-2, see instructions.

Enclose, but do not attach, any payment. Also, please use Form 1040-V.

| | | |
|---|---|---|
| 7 Wages, salaries, tips, etc. Attach Form(s) W-2 | 7 | 1,200. |
| 8a Taxable interest. Attach Schedule B if required | 8a | 4,107. |
| b Tax-exempt interest. Do not include on line 8a.   8b | | |
| 9a Ordinary dividends. Attach Schedule B if required | 9a | 1,108. |
| b Qualified dividends   9b  586. | | |
| 10 Taxable refunds, credits, or offsets of state and local income taxes | 10 | |
| 11 Alimony received | 11 | |
| 12 Business income or (loss). Attach Schedule C or C-EZ | 12 | |
| 13 Capital gain or (loss). Att Sch D if reqd. If not reqd, ck here ►☐ | 13 | -3,000. |
| 14 Other gains or (losses). Attach Form 4797 | 14 | |
| 15a IRA distributions   15a         b Taxable amount | 15b | |
| 16a Pensions and annuities   16a         b Taxable amount | 16b | |
| 17 Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E | 17 | |
| 18 Farm income or (loss). Attach Schedule F | 18 | |
| 19 Unemployment compensation | 19 | |
| 20a Social security benefits   20a         b Taxable amount | 20b | |
| 21 Other income | 21 | |
| 22 Combine the amounts in the far right column for lines 7 through 21. This is your total income ► | 22 | 3,415. |

**Adjusted Gross Income**

| | | |
|---|---|---|
| 23 Educator expenses   23 | | |
| 24 Certain business expenses of reservists, performing artists, and fee-basis government officials. Attach Form 2106 or 2106-EZ   24 | | |
| 25 Health savings account deduction. Attach Form 8889   25 | | |
| 26 Moving expenses. Attach Form 3903   26 | | |
| 27 One-half of self-employment tax. Attach Schedule SE   27 | | |
| 28 Self-employed SEP, SIMPLE, and qualified plans   28 | | |
| 29 Self-employed health insurance deduction   29 | | |
| 30 Penalty on early withdrawal of savings   30 | | |
| 31a Alimony paid  b Recipient's SSN ►   31a | | |
| 32 IRA deduction   32 | | |
| 33 Student loan interest deduction   33 | | |
| 34 Tuition and fees. Attach Form 8917   34 | | |
| 35 Domestic production activities deduction. Attach Form 8903   35 | | |
| 36 Add lines 23 - 31a and 32 - 35 | 36 | 0. |
| 37 Subtract line 36 from line 22. This is your adjusted gross income ► | 37 | 3,415. |

BAA For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see separate Instructions.   FDIA0112L 12/22/10   Form 1040 (2010)

Form 1040 (2010)    ZVI AND LOIS KAUFMAN                    3556    Page 2

**Tax and Credits**

| Line | Description | Amount |
|---|---|---|
| 38 | Amount from line 37 (adjusted gross income) | 3,415. |
| 39a | Check if: ☐ You were born before January 2, 1946, ☐ Blind.  ☐ Spouse was born before January 2, 1946, ☐ Blind. Total boxes checked ▶ 39a | |
| 39b | If your spouse itemizes on a separate return, or you were a dual-status alien, check here ▶ 39b ☐ | |
| 40 | Itemized deductions (from Schedule A) or your standard deduction (see instructions) | 11,400. |
| 41 | Subtract line 40 from line 38 | -7,985. |
| 42 | Exemptions. Multiply $3,650 by the number on line 6d | 7,300. |
| 43 | Taxable income. Subtract line 42 from line 41. If line 42 is more than line 41, enter -0- | 0. |
| 44 | Tax (see instrs). Check if any tax is from: a ☐ Form(s) 8814  b ☐ Form 4972 | 0. |
| 45 | Alternative minimum tax (see instructions). Attach Form 6251 | 0. |
| 46 | Add lines 44 and 45 ▶ | 0. |
| 47 | Foreign tax credit. Attach Form 1116 if required | |
| 48 | Credit for child and dependent care expenses. Attach Form 2441 | |
| 49 | Education credits from Form 8863, line 23 | |
| 50 | Retirement savings contributions credit. Attach Form 8880 | |
| 51 | Child tax credit (see instructions) | |
| 52 | Residential energy credits. Attach Form 5695 | |
| 53 | Other crs from Form: a ☐ 3800  b ☐ 8801  c ☐ | |
| 54 | Add lines 47 through 53. These are your total credits | |
| 55 | Subtract line 54 from line 46. If line 54 is more than line 46, enter -0- ▶ | 0. |

**Other Taxes**

| Line | Description | Amount |
|---|---|---|
| 56 | Self-employment tax. Attach Schedule SE | |
| 57 | Unreported social security and Medicare tax from Form: a ☐ 4137  b ☐ 8919 | |
| 58 | Additional tax on IRAs, other qualified retirement plans, etc. Attach Form 5329 if required | |
| 59a | ☐ Form(s) W-2, box 9  b ☐ Schedule H  c ☐ Form 5405, line 16 | |
| 60 | Add lines 55-59. This is your total tax ▶ | 0. |

**Payments**

*If you have a qualifying child, attach Schedule EIC.*

| Line | Description | Amount |
|---|---|---|
| 61 | Federal income tax withheld from Forms W-2 and 1099 | |
| 62 | 2010 estimated tax payments and amount applied from 2009 return | 356. |
| 63 | Making work pay credit. Attach Schedule M | 74. |
| 64a | Earned income credit (EIC) | |
| 64b | Nontaxable combat pay election ▶ | |
| 65 | Additional child tax credit. Attach Form 8812 | |
| 66 | American opportunity credit from Form 8863, line 14 | |
| 67 | First-time homebuyer credit from Form 5405, line 10 | |
| 68 | Amount paid with request for extension to file | |
| 69 | Excess social security and tier 1 RRTA tax withheld | |
| 70 | Credit for federal tax on fuels. Attach Form 4136 | |
| 71 | Credits from Form: a ☐ 2439  b ☐ 8839  c ☐ 8801  d ☐ 8885 | |
| 72 | Add lns 61-63, 64a, & 65-71. These are your total pmts ▶ | 430. |

**Refund**

Direct deposit? See instructions.

| Line | Description | Amount |
|---|---|---|
| 73 | If line 72 is more than line 60, subtract line 60 from line 72. This is the amount you overpaid | 430. |
| 74a | Amount of line 73 you want refunded to you. If Form 8888 is attached, check here ▶ ☐ | 430. |
| b | Routing number: XXXXXXXXX ▶ c Type: ☐ Checking ☐ Savings | |
| d | Account number: XXXXXXXXXXXXXXXXXXXXXXXX | |
| 75 | Amount of line 73 you want applied to your 2011 estimated tax ▶ | |

**Amount You Owe**

| Line | Description | Amount |
|---|---|---|
| 76 | Amount you owe. Subtract line 72 from line 60. For details on how to pay see instructions ▶ | |
| 77 | Estimated tax penalty (see instructions) | |

**Third Party Designee**

Do you want to allow another person to discuss this return with the IRS (see instructions)? ☒ Yes. Complete below. ☐ No

Designee's name ▶ ROGER F. STEBBINS, JR.    Phone no. ▶ 631-420-5620    Personal identification number (PIN)

**Sign Here**

Joint return? See instructions. Keep a copy for your records.

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Your signature | Date | Your occupation: MANAGER | Daytime phone number

Spouse's signature. If a joint return, both must sign. | Date | Spouse's occupation: RETIRED

[COPY]

**Paid Preparer's Use Only**

| Print/Type preparer's name | Preparer's signature | Date | Check if self-employed | PTIN |
|---|---|---|---|---|
| ROGER F. STEBBINS, JR. | | 9/27/11 | | |

Firm's name ▶ MANZI PINO & COMPANY
Firm's address ▶ 1895 WALT WHITMAN ROAD
                 MELVILLE, NY 11747
Firm's EIN ▶
Phone no. (631) 420-5620

FDIA0112L 12/22/10                                         Form 1040 (2010)

**SCHEDULE B**
(Form 1040A or 1040)

Department of the Treasury
Internal Revenue Service (99)

**Interest and Ordinary Dividends**

► Attach to Form 1040A or 1040.   ► See Instructions.

OMB No. 1545-0074

**2010**

Attachment Sequence No. 08

Name(s) shown on return: ZVI AND LOIS KAUFMAN

Your social security number: 3556

### Part I — Interest

(See instructions for Form 1040A, or Form 1040, line 8a.)

1  List name of payer. If any interest is from a seller-financed mortgage and the buyer used the property as a personal residence, see the instructions and list this interest first. Also, show that buyer's social security number and address ►

| Payer | Amount |
|---|---|
| CITIGROUP GLOBAL MKTS INC | 2,380. |
| EXCELLENCE BROKERAGE | 977. |
| JP MORGAN CHASE BANK | 12. |
| NEW YORK LIFE INSURANCE COMPANY | 738. |

Note. If you received a Form 1099-INT, Form 1099-OID, or substitute statement from a brokerage firm, list the firm's name as the payer and enter the total interest shown on that form.

2  Add the amounts on line 1 ............................................. **2**  4,107.

3  Excludable interest on series EE and I U.S. savings bonds issued after 1989. Attach Form 8815 ............................................. **3**

4  Subtract line 3 from line 2. Enter the result here and on Form 1040A, or Form 1040, line 8a ► **4**  4,107.

Note. If line 4 is over $1,500, you must complete Part III.

### Part II — Ordinary Dividends

(See instructions for Form 1040A, or Form 1040, line 9a.)

5  List name of payer ►

| Payer | Amount |
|---|---|
| CITIGROUP GLOBAL MKTS INC. | 586. |
| EXCELLENCE BROKERAGE | 522. |

Note. If you received a Form 1099-DIV or substitute statement from a brokerage firm, list the firm's name as the payer and enter the ordinary dividends shown on that form.

6  Add the amounts on line 5. Enter the total here and on Form 1040A, or Form 1040, line 9a ► **6**  1,108.

Note. If line 6 is over $1,500, you must complete Part III.

### Part III — Foreign Accounts and Trusts

(See instructions.)

You must complete this part if you (a) had over $1,500 of taxable interest or ordinary dividends; (b) had a foreign account; or (c) received a distribution from, or were a grantor of, or a transferor to, a foreign trust.

|  | Yes | No |
|---|---|---|
| 7a At any time during 2010, did you have an interest in or a signature or other authority over a financial account in a foreign country, such as a bank account, securities account, or other financial account? See instructions for exceptions and filing requirements for Form TD F 90-22.1 | X |  |
| b If 'Yes,' enter the name of the foreign country ► ISRAEL |  |  |
| 8 During 2010, did you receive a distribution from, or were you the grantor of, or transferor to, a foreign trust? If 'Yes,' you may have to file Form 3520. See instructions. |  | Y |

BAA   For Paperwork Reduction Act Notice, see your tax return instructions.   FDIA0401L 10/15/10   Schedule B (Form 1040) 2010

| SCHEDULE D (Form 1040) | | Capital Gains and Losses | | | OMB No. 1545-0074 |
|---|---|---|---|---|---|
| Department of the Treasury Internal Revenue Service (99) | | ► Attach to Form 1040 or Form 1040NR.  ► See Instructions for Schedule D (Form 1040). ► Use Schedule D-1 to list additional transactions for lines 1 and 8. | | | 2010 Attachment Sequence No. 12 |
| Name(s) shown on return | | | | | Your social security number |
| ZVI AND LOIS KAUFMAN | | | | | 3556 |

### Part I — Short-Term Capital Gains and Losses — Assets Held One Year or Less

| (a) Description of property (Example: 100 shares XYZ Co) | (b) Date acquired (Mo, day, yr) | (c) Date sold (Mo, day, yr) | (d) Sales price (see instructions) | (e) Cost or other basis (see instructions) | (f) Gain or (loss) Subtract (e) from (d) |
|---|---|---|---|---|---|
| 1  400 CHESAPEAKE ENERGY CORP | 10/20/09 | 10/04/10 | 8,677. | 11,729. | -3,052. |
| | | | | | |
| | | | | | |
| | | | | | |

2  Enter your short-term totals, if any, from Schedule D-1, line 2...  **2**

3  Total short-term sales price amounts. Add lines 1 and 2 in column (d)....  **3**  8,677.

4  Short-term gain from Form 6252 and short-term gain or (loss) from Forms 4684, 6781, and 8824............  **4**

5  Net short-term gain or (loss) from partnerships, S corporations, estates, and trusts from Schedule(s) K-1....  **5**

6  Short-term capital loss carryover. Enter the amount, if any, from line 10 of your Capital Loss Carryover Worksheet in the instructions......  **6**

7  Net short-term capital gain or (loss). Combine lines 1 through 6 in column (f)............  **7**  -3,052.

### Part II — Long-Term Capital Gains and Losses — Assets Held More Than One Year

| (a) Description of property (Example: 100 shares XYZ Co) | (b) Date acquired (Mo, day, yr) | (c) Date sold (Mo, day, yr) | (d) Sales price (see instructions) | (e) Cost or other basis (see instructions) | (f) Gain or (loss) Subtract (e) from (d) |
|---|---|---|---|---|---|
| 8  100 CHESAPEAKE ENERGY CORP | 9/26/06 | 10/04/10 | 2,169. | 2,954. | -785. |
| | | | | | |
| | | | | | |
| | | | | | |

9  Enter your long-term totals, if any, from Schedule D-1, line 9....  **9**

10  Total long-term sales price amounts. Add lines 8 and 9 in column (d)....  **10**  2,169.

11  Gain from Form 4797, Part I; long-term gain from Forms 2439 and 6252; and long-term gain or (loss) from Forms 4684, 6781, and 8824........  **11**

12  Net long-term gain or (loss) from partnerships, S corporations, estates, and trusts from Schedule(s) K-1....  **12**

13  Capital gain distributions. See instrs......  **13**

14  Long-term capital loss carryover. Enter the amount, if any, from line 15 of your Capital Loss Carryover Worksheet in the instructions....  **14**  -54,374.

15  Net long-term capital gain or (loss). Combine lines 8 through 14 in column (f). Then go to Part III on page 2....  **15**  -55,159.

BAA  For Paperwork Reduction Act Notice, see your tax return instructions.                     Schedule D (Form 1040) 2010

FDIA0612L  12/22/10

Schedule D (Form 1040) 2010  ZVI AND LOIS KAUFMAN                                              3556      Page 2

| Part III | Summary |

| | | | |
|---|---|---|---|
| 16 | Combine lines 7 and 15 and enter the result | 16 | -58,211. |
| | • If line 16 is a gain, enter the amount from line 16 on Form 1040, line 13, or Form 1040NR, line 14. Then go to line 17 below.<br>• If line 16 is a loss, skip lines 17 through 20 below. Then go to line 21. Also be sure to complete line 22.<br>• If line 16 is zero, skip lines 17 through 21 below and enter -0- on Form 1040, line 13, or Form 1040NR, line 14. Then to go line 22. | | |
| 17 | Are lines 15 and 16 both gains?<br>☐ Yes. Go to line 18.<br>☐ No. Skip lines 18 through 21, and go to line 22. | | |
| 18 | Enter the amount, if any, from line 7 of the 28% Rate Gain Worksheet in the instructions | 18 | |
| 19 | Enter the amount, if any, from line 18 of the Unrecaptured Section 1250 Gain Worksheet in the instructions. | 19 | |
| 20 | Are lines 18 and 19 both zero or blank?<br>☐ Yes. Complete Form 1040 through line 43, or Form 1040NR through line 41. Then complete the Qualified Dividends and Capital Gain Tax Worksheet in the Instructions for Form 1040, line 44 (or in the Instructions for Form 1040NR, line 42). Do not complete lines 21 and 22 below.<br>☐ No. Complete Form 1040 through line 43, or Form 1040NR through line 41. Then complete the Schedule D Tax Worksheet in the instructions. Do not complete lines 21 and 22 below. | | |
| 21 | If line 16 is a loss, enter here and on Form 1040, line 13, or Form 1040NR, line 14, the smaller of:<br>• The loss on line 16 or<br>• ($3,000), or if married filing separately, ($1,500) | 21 | -3,000. |
| | Note. When figuring which amount is smaller, treat both amounts as positive numbers. | | |
| 22 | Do you have qualified dividends on Form 1040, line 9b, or Form 1040NR, line 10b?<br>☐ Yes. Complete Form 1040 through line 43, or Form 1040NR through line 41. Then complete the Qualified Dividends and Capital Gain Tax Worksheet in the Instructions for Form 1040, line 44 (or in the Instructions for Form 1040NR, line 42).<br>☐ No. Complete the rest of Form 1040 or Form 1040NR. | | |

Schedule D (Form 1040) 2010

FDIA0612L  12/22/10

| Form **1116** | | **Foreign Tax Credit** | | OMB No. 1545-0121 |
|---|---|---|---|---|
| Department of the Treasury Internal Revenue Service (99) | | (Individual, Estate, or Trust) ▶ Attach to Form 1040, 1040NR, 1041, or 990-T. ▶ See separate instructions. | | **2010** Attachment Sequence No. **19** |

Name: ZVI AND LOIS KAUFMAN
ID no. as shown on page 1 of your tax return: 3556

Use a separate Form 1116 for each category of income listed below. See Categories of Income in the instructions. Check only one box on each Form 1116. Report all amounts in U.S. dollars except where specified in Part II below.

- a [X] Passive category income
- b [ ] General category income
- c [ ] Section 901(j) income
- d [ ] Certain income re-sourced by treaty
- e [ ] Lump-sum distributions

f Resident of (name of country) ▶ ISRAEL

Note: *If you paid taxes to only one foreign country or U.S. possession, use column A in Part I and line A in Part II. If you paid taxes to more than one foreign country or U.S. possession, use a separate column and line for each country or possession.*

**Part I   Taxable Income or Loss From Sources Outside the United States (for Category Checked Above)**

| | Foreign Country or U.S. Possession | | | Total |
|---|---|---|---|---|
| | A | B | C | (Add columns A, B, and C.) |
| g Enter the name of the foreign country or U.S. possession ▶ | ISRAEL | | | |
| 1a Gross income from sources within country shown above and of the type checked above (see instructions): SEE STATEMENT 1 | 1,499. | | | 1a  1,499. |
| b Check if line 1a is compensation for personal services as an employee, your total compensation from all sources is $250,000 or more, and you used an alternative basis to determine its source (see instructions) ▶ [ ] | | | | |
| **Deductions and losses** *(Caution: See instructions):* | | | | |
| 2 Expenses definitely related to the income on line 1a (attach statement) | | | | |
| 3 Pro rata share of other deductions not definitely related: | | | | |
| a Certain itemized deductions or standard deduction (see instructions) | 11,400. | | | |
| b Other deductions (attach statement) | | | | |
| c Add lines 3a and 3b | 11,400. | | | |
| d Gross foreign source income (see instructions) | 1,499. | | | |
| e Gross income from all sources (see instructions) | 6,415. | | | |
| f Divide line 3d by line 3e (see instructions) | 0.233671 | | | |
| g Multiply line 3c by line 3f | 2,664. | | | |
| 4 Pro rata share of interest expense (see instructions): | | | | |
| a Home mortgage interest (use worksheet in the instructions) | | | | |
| b Other interest expense | | | | |
| 5 Losses from foreign sources | | | | |
| 6 Add lines 2, 3g, 4a, 4b, and 5 | 2,664. | | | 6  2,664. |
| 7 Subtract line 6 from line 1a. Enter the result here and on line 14, page 2 ▶ | | | | 7  -1,165. |

**Part II   Foreign Taxes Paid or Accrued** (see instructions)

| C O U N T R Y | Credit is claimed for taxes (you must check one) | Foreign taxes paid or accrued | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | In foreign currency | | | | In U.S. dollars | | | | |
| | (h) [X] Paid (i) [ ] Accrued | Taxes withheld at source on: | | | (n) Other foreign taxes paid or accrued | Taxes withheld at source on: | | | (r) Other foreign taxes paid or accrued | (s) Total foreign taxes paid or accrued (add columns (o) through (r)) |
| | (j) Date paid or accrued | (k) Dividends | (l) Rents & royalties | (m) Interest | | (o) Dividends | (p) Rents & royalties | (q) Interest | | |
| A | | | | | | 9. | | 51. | | 60. |
| B | | | | | | | | | | |
| C | | | | | | | | | | |

8 Add lines A through C, column (s). Enter the total here and on line 9, page 2 ▶   8   60.

BAA For Paperwork Reduction Act Notice, see separate instructions.
Form 1116 (2010)

FDIZ2612L   12/16/10

Form 1116 (2010) ZVI AND LOIS KAUFMAN                                                                   3556    Page 2

## Part III — Figuring the Credit

| | | | | |
|---|---|---|---|---|
| 9 | Enter the amount from line 8. These are your total foreign taxes paid or accrued for the category of income checked above Part I | 9 | 60. | |
| 10 | Carryback or carryover (attach detailed computation) | 10 | | |
| 11 | Add lines 9 and 10 | 11 | 60. | |
| 12 | Reduction in foreign taxes (see instructions) | 12 | | |
| 13 | Subtract line 12 from line 11. This is the total amount of foreign taxes available for credit (see instructions) | 13 | | 60. |
| 14 | Enter the amount from line 7. This is your taxable income or (loss) from sources outside the United States (before adjustments) for the category of income checked above Part I (see instructions) | 14 | -1,165. | |
| 15 | Adjustments to line 14 (see instructions) | 15 | | |
| 16 | Combine the amounts on lines 14 and 15. This is your net foreign source taxable income. (If the result is zero or less, you have no foreign tax credit for the category of income you checked above Part I. Skip lines 17 through 21. However, if you are filing more than one Form 1116, you must complete line 19.) | 16 | -1,165. | |
| 17 | Individuals: Enter the amount from Form 1040, line 41, or Form 1040NR, line 39. Estates and trusts: Enter your taxable income without the deduction for your exemption | 17 | | |
| | Caution: If you figured your tax using the lower rates on qualified dividends or capital gains, see instructions. | | | |
| 18 | Divide line 16 by line 17. If line 16 is more than line 17, enter '1'. | 18 | | |
| 19 | Individuals: Enter the amount from Form 1040, line 44. If you are a nonresident alien, enter the amount from Form 1040NR, line 42. Estates and trusts: Enter the amount from Form 1041, Schedule G, line 1a, or the total of Form 990-T, lines 36 and 37. | 19 | | |
| | Caution: If you are completing line 19 for separate category e (lump-sum distributions), see instructions. | | | |
| 20 | Multiply line 19 by line 18 (maximum amount of credit) | 20 | | |
| 21 | Enter the smaller of line 13 or line 20. If this is the only Form 1116 you are filing, skip lines 22 through 26 and enter this amount on line 27. Otherwise, complete the appropriate line in Part IV (see instructions) ► | 21 | | |

## Part IV — Summary of Credits From Separate Parts III (see instructions)

| | | | | |
|---|---|---|---|---|
| 22 | Credit for taxes on passive category income | 22 | | |
| 23 | Credit for taxes on general category income | 23 | | |
| 24 | Credit for taxes on certain income re-sourced by treaty | 24 | | |
| 25 | Credit for taxes on lump-sum distributions | 25 | | |
| 26 | Add lines 22 through 25 | | 26 | |
| 27 | Enter the smaller of line 19 or line 26 | | 27 | |
| 28 | Reduction of credit for international boycott operations. See instructions for line 12 | | 28 | |
| 29 | Subtract line 28 from line 27. This is your foreign tax credit. Enter here and on Form 1040, line 47; Form 1040NR, line 45; Form 1041, Schedule G, line 2a; or Form 990-T, line 40a ► | | 29 | |

Form 1116 (2010)

FDIZ261L 12/16/10

| Form **1116** | | **Foreign Tax Credit** | | OMB No. 1545-0121 |
|---|---|---|---|---|
| Department of the Treasury<br>Internal Revenue Service (99) | | (Individual, Estate, or Trust)<br>► Attach to Form 1040, 1040NR, 1041, or 990-T.<br>► See separate instructions. | | **2010**<br>Attachment<br>Sequence No. 19 |

| Name | ID no. as shown on page 1 of your tax return |
|---|---|
| ZVI AND LOIS KAUFMAN | 3556 |

Use a separate Form 1116 for each category of income listed below. See Categories of Income in the instructions. Check only one box on each Form 1116. Report all amounts in U.S. dollars except where specified in Part II below.

- a ☐ Passive category income
- b ☒ General category income
- c ☐ Section 901(j) income
- d ☐ Certain income re-sourced by treaty
- e ☐ Lump-sum distributions

f Resident of (name of country) ► ISRAEL

Note: *If you paid taxes to only one foreign country or U.S. possession, use column A in Part I and line A in Part II. If you paid taxes to more than one foreign country or U.S. possession, use a separate column and line for each country or possession.*

### Part I  Taxable Income or Loss From Sources Outside the United States (for Category Checked Above)

| | Foreign Country or U.S. Possession | | | Total |
|---|---|---|---|---|
| | A | B | C | (Add columns A, B, and C) |
| g Enter the name of the foreign country or U.S. possession ► | ISRAEL | | | |
| 1a Gross income from sources within country shown above and of the type checked above (see instructions): | | | | |
| | | | | 1a |
| b Check if line 1a is compensation for personal services as an employee, your total compensation from all sources is $250,000 or more, and you used an alternative basis to determine its source (see instructions). ► ☐ | | | | |
| **Deductions and losses** *(Caution: See instructions):* | | | | |
| 2 Expenses definitely related to the income on line 1a (attach statement) | | | | |
| 3 Pro rata share of other deductions not definitely related: | | | | |
| a Certain itemized deductions or standard deduction (see instructions) | 11,400. | | | |
| b Other deductions (attach statement) | | | | |
| c Add lines 3a and 3b | 11,400. | | | |
| d Gross foreign source income (see instructions) | | | | |
| e Gross income from all sources (see instructions) | 6,415. | | | |
| f Divide line 3d by line 3e (see instructions) | | | | |
| g Multiply line 3c by line 3f | | | | |
| 4 Pro rata share of interest expense (see instructions): | | | | |
| a Home mortgage interest (use worksheet in the instructions) | | | | |
| b Other interest expense | | | | |
| 5 Losses from foreign sources | | | | |
| 6 Add lines 2, 3g, 4a, 4b, and 5 | | | | 6 |
| 7 Subtract line 6 from line 1a. Enter the result here and on line 14, page 2 ► | | | | 7 |

### Part II  Foreign Taxes Paid or Accrued (see instructions)

| C<br>O<br>U<br>N<br>T<br>R<br>Y | Credit is claimed for taxes (you must check one) | Foreign taxes paid or accrued | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | In foreign currency | | | | In U.S. dollars | | | | |
| | (h) ☒ Paid<br>(i) ☐ Accrued | Taxes withheld at source on: | | | (n) Other foreign taxes paid or accrued | Taxes withheld at source on: | | | (r) Other foreign taxes paid or accrued | (s) Total foreign taxes paid or accrued (add columns (o) through (r)) |
| | (j) Date paid or accrued | (k) Dividends | (l) Rents & royalties | (m) Interest | | (o) Dividends | (p) Rents & royalties | (q) Interest | | |
| A | | | | | | | | | | |
| B | | | | | | | | | | |
| C | | | | | | | | | | |

8 Add lines A through C, column (s). Enter the total here and on line 9, page 2. ► | 8 |

BAA For Paperwork Reduction Act Notice, see separate instructions.                                           Form 1116 (2010)

FDIZ2612L  12/16/10

Form 1116 (2010)  ZVI AND LOIS KAUFMAN　　　　　　　　　　　　　　　　　　　3556　　Page 2

### Part III  Figuring the Credit

| | | | | |
|---|---|---|---|---|
| 9 | Enter the amount from line 8. These are your total foreign taxes paid or accrued for the category of income checked above Part I. | 9 | | |
| 10 | Carryback or carryover (attach detailed computation) .......... SEE STMT 2. | 10 | 365,118. | |
| 11 | Add lines 9 and 10. | 11 | 365,118. | |
| 12 | Reduction in foreign taxes (see instructions). | 12 | | |
| 13 | Subtract line 12 from line 11. This is the total amount of foreign taxes available for credit (see instructions). | | | 13 | 365,118. |
| 14 | Enter the amount from line 7. This is your taxable income or (loss) from sources outside the United States (before adjustments) for the category of income checked above Part I (see instructions). | 14 | | |
| 15 | Adjustments to line 14 (see instructions). | 15 | | |
| 16 | Combine the amounts on lines 14 and 15. This is your net foreign source taxable income. (If the result is zero or less, you have no foreign tax credit for the category of income you checked above Part I. Skip lines 17 through 21. However, if you are filing more than one Form 1116, you must complete line 19.) | 16 | | |
| 17 | Individuals: Enter the amount from Form 1040, line 41, or Form 1040NR, line 39. Estates and trusts: Enter your taxable income without the deduction for your exemption. | 17 | | |
| | Caution: If you figured your tax using the lower rates on qualified dividends or capital gains, see instructions. | | | |
| 18 | Divide line 16 by line 17. If line 16 is more than line 17, enter '1'. | | | 18 | |
| 19 | Individuals: Enter the amount from Form 1040, line 44. If you are a nonresident alien, enter the amount from Form 1040NR, line 42. Estates and trusts: Enter the amount from Form 1041, Schedule G, line 1a, or the total of Form 990-T, lines 36 and 37. | | | 19 | |
| | Caution: If you are completing line 19 for separate category e (lump-sum distributions), see instructions. | | | |
| 20 | Multiply line 19 by line 18 (maximum amount of credit). | | | 20 | |
| 21 | Enter the smaller of line 13 or line 20. If this is the only Form 1116 you are filing, skip lines 22 through 26 and enter this amount on line 27. Otherwise, complete the appropriate line in Part IV (see instructions). ▶ | | | 21 | |

### Part IV  Summary of Credits From Separate Parts III (see instructions)

| | | | | |
|---|---|---|---|---|
| 22 | Credit for taxes on passive category income. | 22 | | |
| 23 | Credit for taxes on general category income. | 23 | | |
| 24 | Credit for taxes on certain income re-sourced by treaty. | 24 | | |
| 25 | Credit for taxes on lump-sum distributions. | 25 | | |
| 26 | Add lines 22 through 25. | | | 26 | |
| 27 | Enter the smaller of line 19 or line 26. | | | 27 | |
| 28 | Reduction of credit for international boycott operations. See instructions for line 12. | | | 28 | |
| 29 | Subtract line 28 from line 27. This is your foreign tax credit. Enter here and on Form 1040, line 47; Form 1040NR, line 45; Form 1041, Schedule G, line 2a; or Form 990-T, line 40a. ▶ | | | 29 | |

Form 1116 (2010)

FDIZ2612L  12/16/10

Form **1116**
Department of the Treasury
Internal Revenue Service (99)

ALTERNATIVE MINIMUM TAX
**Foreign Tax Credit**
(Individual, Estate, or Trust)
► Attach to Form 1040, 1040NR, 1041, or 990-T.
► See separate instructions.

OMB No. 1545-0121
**2010**
Attachment Sequence No. **19**

Name: ZVI AND LOIS KAUFMAN
ID no. as shown on page 1 of your tax return: 3556

Use a separate Form 1116 for each category of income listed below. See Categories of Income in the instructions. Check only one box on each Form 1116. Report all amounts in U.S. dollars except where specified in Part II below.

a [X] Passive category income
b [ ] General category income
c [ ] Section 901(j) income
d [ ] Certain income re-sourced by treaty
e [ ] Lump-sum distributions

f Resident of (name of country) ► ISRAEL

Note: *If you paid taxes to only one foreign country or U.S. possession, use column A in Part I and line A in Part II. If you paid taxes to more than one foreign country or U.S. possession, use a separate column and line for each country or possession.*

### Part I | Taxable Income or Loss From Sources Outside the United States (for Category Checked Above)

| | Foreign Country or U.S. Possession | | | | Total |
| --- | --- | --- | --- | --- | --- |
| | A | B | C | | (Add columns A, B, and C) |
| g Enter the name of the foreign country or U.S. possession ► | ISRAEL | | | | |
| 1a Gross income from sources within country shown above and of the type checked above (see instructions): SEE STATEMENT 3 | 1,499. | | | 1a | 1,499. |
| b Check if line 1a is compensation for personal services as an employee, your total compensation from all sources is $250,000 or more, and you used an alternative basis to determine its source (see instructions) ► [ ] | | | | | |
| **Deductions and losses** *(Caution: See instructions):* | | | | | |
| 2 Expenses definitely related to the income on line 1a (attach statement) | | | | | |
| 3 Pro rata share of other deductions not definitely related: | | | | | |
| a Certain itemized deductions or standard deduction (see instructions) | | | | | |
| b Other deductions (attach statement) | | | | | |
| c Add lines 3a and 3b | | | | | |
| d Gross foreign source income (see instructions) | 1,499. | | | | |
| e Gross income from all sources (see instructions) | 6,415. | | | | |
| f Divide line 3d by line 3e (see instructions) | 0.233671 | | | | |
| g Multiply line 3c by line 3f | | | | | |
| 4 Pro rata share of interest expense (see instructions): | | | | | |
| a Home mortgage interest (use worksheet in the instructions) | | | | | |
| b Other interest expense | | | | | |
| 5 Losses from foreign sources | | | | | |
| 6 Add lines 2, 3g, 4a, 4b, and 5 | | | | 6 | |
| 7 Subtract line 6 from line 1a. Enter the result here and on line 14, page 2 ► | | | | 7 | 1,499. |

### Part II | Foreign Taxes Paid or Accrued (see instructions)

| Country | Credit is claimed for taxes (you must check one) | Foreign taxes paid or accrued | | | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | In foreign currency | | | | In U.S. dollars | | | | |
| | (h) [X] Paid (i) [ ] Accrued | Taxes withheld at source on: | | | (n) Other foreign taxes paid or accrued | Taxes withheld at source on: | | | (r) Other foreign taxes paid or accrued | (s) Total foreign taxes paid or accrued (add columns (o) through (r)) |
| | (j) Date paid or accrued | (k) Dividends | (l) Rents & royalties | (m) Interest | | (o) Dividends | (p) Rents & royalties | (q) Interest | | |
| A | | | | | | 9. | | 51. | | 60. |
| B | | | | | | | | | | |
| C | | | | | | | | | | |

8 Add lines A through C, column (s). Enter the total here and on line 9, page 2 ► | 8 | 60.

BAA For Paperwork Reduction Act Notice, see separate instructions.

Form 1116 (2010)

FDIZ2612L 12/16/10

Form **1116**
Department of the Treasury
Internal Revenue Service (99)

ALTERNATIVE MINIMUM TAX
**Foreign Tax Credit**
(Individual, Estate, or Trust)
► Attach to Form 1040, 1040NR, 1041, or 990-T.
► See separate instructions.

OMB No. 1545-0121
**2010**
Attachment Sequence No. **19**

Name: ZVI AND LOIS KAUFMAN
ID no. as shown on page 1 of your tax return: 3556

Use a separate Form 1116 for each category of income listed below. See Categories of Income in the instructions. Check only one box on each Form 1116. Report all amounts in U.S. dollars except where specified in Part II below.

- a ☐ Passive category income
- b ☒ General category income
- c ☐ Section 901(j) income
- d ☐ Certain income re-sourced by treaty
- e ☐ Lump-sum distributions

f Resident of (name of country) ► ISRAEL

Note: If you paid taxes to only one foreign country or U.S. possession, use column A in Part I and line A in Part II. If you paid taxes to more than one foreign country or U.S. possession, use a separate column and line for each country or possession.

### Part I  Taxable Income or Loss From Sources Outside the United States (for Category Checked Above)

| | Foreign Country or U.S. Possession | | | Total |
|---|---|---|---|---|
| | A | B | C | (Add columns A, B, and C.) |
| g Enter the name of the foreign country or U.S. possession ► | ISRAEL | | | |
| 1a Gross income from sources within country shown above and of the type checked above (see instructions): | | | | 1a |
| b Check if line 1a is compensation for personal services as an employee, your total compensation from all sources is $250,000 or more, and you used an alternative basis to determine its source (see instructions) ► ☐ | | | | |
| **Deductions and losses** *(Caution: See instructions):* | | | | |
| 2 Expenses definitely related to the income on line 1a (attach statement) | | | | |
| 3 Pro rata share of other deductions not definitely related: | | | | |
| a Certain itemized deductions or standard deduction (see instructions) | | | | |
| b Other deductions (attach statement) | | | | |
| c Add lines 3a and 3b | | | | |
| d Gross foreign source income (see instructions) | | | | |
| e Gross income from all sources (see instructions) | 6,415. | | | |
| f Divide line 3d by line 3e (see instructions) | | | | |
| g Multiply line 3c by line 3f | | | | |
| 4 Pro rata share of interest expense (see instructions): | | | | |
| a Home mortgage interest (use worksheet in the instructions) | | | | |
| b Other interest expense | | | | |
| 5 Losses from foreign sources | | | | |
| 6 Add lines 2, 3g, 4a, 4b, and 5 | | | | 6 |
| 7 Subtract line 6 from line 1a. Enter the result here and on line 14, page 2 ► | | | | 7 |

### Part II  Foreign Taxes Paid or Accrued (see instructions)

| C O U N T R Y | Credit is claimed for taxes (you must check one) | Foreign taxes paid or accrued | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | In foreign currency | | | | In U.S. dollars | | | | |
| | (h) ☒ Paid (i) ☐ Accrued | Taxes withheld at source on: | | | (n) Other foreign taxes paid or accrued | Taxes withheld at source on: | | | (r) Other foreign taxes paid or accrued | (s) Total foreign taxes paid or accrued (add columns (o) through (r)) |
| | (j) Date paid or accrued | (k) Dividends | (l) Rents & royalties | (m) Interest | | (o) Dividends | (p) Rents & royalties | (q) Interest | | |
| A | | | | | | | | | | |
| B | | | | | | | | | | |
| C | | | | | | | | | | |

8 Add lines A through C, column (s). Enter the total here and on line 9, page 2 ► 8

BAA For Paperwork Reduction Act Notice, see separate instructions.

Form 1116 (2010)

FDIZ2612L 12/16/13

ALTERNATIVE MINIMUM TAX

Form 1116 (2010)  ZVI AND LOIS KAUFMAN                                                           3556        Page 2

### Part III  Figuring the Credit

| | | | | | |
|---|---|---|---|---|---|
| 9 | Enter the amount from line 8. These are your total foreign taxes paid or accrued for the category of income checked above Part I | 9 | 60. | | |
| 10 | Carryback or carryover (attach detailed computation) | 10 | | | |
| 11 | Add lines 9 and 10 | 11 | 60. | | |
| 12 | Reduction in foreign taxes (see instructions) | 12 | | | |
| 13 | Subtract line 12 from line 11. This is the total amount of foreign taxes available for credit (see instructions) | | | 13 | 60. |
| 14 | Enter the amount from line 7. This is your taxable income or (loss) from sources outside the United States (before adjustments) for the category of income checked above Part I (see instructions) | 14 | 1,499. | | |
| 15 | Adjustments to line 14 (see instructions) | 15 | | | |
| 16 | Combine the amounts on lines 14 and 15. This is your net foreign source taxable income. (If the result is zero or less, you have no foreign tax credit for the category of income you checked above Part I. Skip lines 17 through 21. However, if you are filing more than one Form 1116, you must complete line 19.) | 16 | 1,499. | | |
| 17 | Individuals: Enter the amount from Form 1040, line 41, or Form 1040NR, line 39. Estates and trusts: Enter your taxable income without the deduction for your exemption | 17 | 3,415. | | |
| | Caution: If you figured your tax using the lower rates on qualified dividends or capital gains, see instructions. | | | | |
| 18 | Divide line 16 by line 17. If line 16 is more than line 17, enter '1' | | | 18 | 0.4389 |
| 19 | Individuals: Enter the amount from Form 1040, line 44. If you are a nonresident alien, enter the amount from Form 1040NR, line 42. Estates and trusts: Enter the amount from Form 1041, Schedule G, line 1a, or the total of Form 990-T, lines 36 and 37 | | | 19 | |
| | Caution: If you are completing line 19 for separate category e (lump-sum distributions), see instructions. | | | | |
| 20 | Multiply line 19 by line 18 (maximum amount of credit) | | | 20 | |
| 21 | Enter the smaller of line 13 or line 20. If this is the only Form 1116 you are filing, skip lines 22 through 26 and enter this amount on line 27. Otherwise, complete the appropriate line in Part IV (see instructions) ▶ | | | 21 | |

### Part IV  Summary of Credits From Separate Parts III (see instructions)

| | | | | | |
|---|---|---|---|---|---|
| 22 | Credit for taxes on passive category income | 22 | | | |
| 23 | Credit for taxes on general category income | 23 | | | |
| 24 | Credit for taxes on certain income re-sourced by treaty | 24 | | | |
| 25 | Credit for taxes on lump-sum distributions | 25 | | | |
| 26 | Add lines 22 through 25 | | | 26 | |
| 27 | Enter the smaller of line 19 or line 26 | | | 27 | |
| 28 | Reduction of credit for international boycott operations. See instructions for line 12 | | | 28 | |
| 29 | Subtract line 28 from line 27. This is your foreign tax credit. Enter here and on Form 1040, line 47; Form 1040NR, line 45; Form 1041, Schedule G, line 2a; or Form 990-T, line 40a ▶ | | | 29 | |

Form 1116 (2010)

FDIZ2612L  12/15/10

ALTERNATIVE MINIMUM TAX

Form 1116 (2010)  ZVI AND LOIS KAUFMAN                                                                  3556      Page 2

**Part III**   Figuring the Credit

| | | | | |
|---|---|---|---|---|
| 9 | Enter the amount from line 8. These are your total foreign taxes paid or accrued for the category of income checked above Part I | 9 | | |
| 10 | Carryback or carryover (attach detailed computation) ......... SEE STMT 4 | 10 | 459,564. | |
| 11 | Add lines 9 and 10 | 11 | 459,564. | |
| 12 | Reduction in foreign taxes (see instructions) | 12 | | |
| 13 | Subtract line 12 from line 11. This is the total amount of foreign taxes available for credit (see instructions) | | 13 | 459,564. |
| 14 | Enter the amount from line 7. This is your taxable income or (loss) from sources outside the United States (before adjustments) for the category of income checked above Part I (see instructions) | 14 | | |
| 15 | Adjustments to line 14 (see instructions) | 15 | | |
| 16 | Combine the amounts on lines 14 and 15. This is your net foreign source taxable income. (If the result is zero or less, you have no foreign tax credit for the category of income you checked above Part I. Skip lines 17 through 21. However, if you are filing more than one Form 1116, you must complete line 19.) | 16 | | |
| 17 | Individuals: Enter the amount from Form 1040, line 41, or Form 1040NR, line 39. Estates and trusts: Enter your taxable income without the deduction for your exemption | 17 | | |
| | Caution: *If you figured your tax using the lower rates on qualified dividends or capital gains, see instructions.* | | | |
| 18 | Divide line 16 by line 17. If line 16 is more than line 17, enter '1' | | 18 | |
| 19 | Individuals: Enter the amount from Form 1040, line 44. If you are a nonresident alien, enter the amount from Form 1040NR, line 42. Estates and trusts: Enter the amount from Form 1041, Schedule G, line 1a, or the total of Form 990-T, lines 36 and 37 | | 19 | |
| | Caution: *If you are completing line 19 for separate category e (lump-sum distributions), see instructions.* | | | |
| 20 | Multiply line 19 by line 18 (maximum amount of credit) | | 20 | |
| 21 | Enter the smaller of line 13 or line 20. If this is the only Form 1116 you are filing, skip lines 22 through 26 and enter this amount on line 27. Otherwise, complete the appropriate line in Part IV (see instructions) ► | | 21 | |

**Part IV**   Summary of Credits From Separate Parts III (see instructions)

| | | | | |
|---|---|---|---|---|
| 22 | Credit for taxes on passive category income | 22 | | |
| 23 | Credit for taxes on general category income | 23 | | |
| 24 | Credit for taxes on certain income re-sourced by treaty | 24 | | |
| 25 | Credit for taxes on lump-sum distributions | 25 | | |
| 26 | Add lines 22 through 25 | | 26 | |
| 27 | Enter the smaller of line 19 or line 26 | | 27 | |
| 28 | Reduction of credit for international boycott operations. See instructions for line 12 | | 28 | |
| 29 | Subtract line 28 from line 27. This is your foreign tax credit. Enter here and on Form 1040, line 47; Form 1040NR, line 45; Form 1041, Schedule G, line 2a; or Form 990-T, line 40a ► | | 29 | |

Form 1116 (2010)

FDIZ2612L  12/16/10

| SCHEDULE M | | OMB No. 1545-0074 |
|---|---|---|
| (Form 1040A or 1040) | **Making Work Pay Credit** | **2010** |
| Department of the Treasury Internal Revenue Service (99) | ▶ Attach to Form 1040A or 1040.   ▶ See separate instructions. | Attachment Sequence No. 166 |

| Name(s) shown on return | Your social security number |
|---|---|
| ZVI AND LOIS KAUFMAN | 3556 |

**Caution:** To take the making work pay credit, you must include your social security number (if filing a joint return, the number of either you or your spouse) on your tax return. A social security number does not include an identification number issued by the IRS. Only the Social Security Administration issues social security numbers.

**Caution:** You cannot take the making work pay credit if you can be claimed as someone else's dependent or if you are a nonresident alien.

Important: Check the 'No' box on line 1a and see the instructions if:
- (a) You have a net loss from a business,
- (b) You received a taxable scholarship or fellowship grant not reported on a Form W-2,
- (c) Your wages include pay for work performed while an inmate in a penal institution,
- (d) You received a pension or annuity from a nonqualified deferred compensation plan or a nongovernmental section 457 plan, or
- (e) You are filing Form 2555 or 2555-EZ.

1 a Do you (and your spouse if filing jointly) have 2010 wages of more than $6,451 ($12,903 if married filing jointly)?
  ☐ Yes. Skip lines 1a through 3. Enter $400 ($800 if married filing jointly) on line 4 and go to line 5.
  ☒ No. Enter your earned income (see instructions).......................... 1a    1,200.

b Nontaxable combat pay included on line 1a (see instructions)......................  1b

2 Multiply line 1a by 6.2% (.062)..............................................  2    74.

3 Enter $400 ($800 if married filing jointly).....................................  3    800.

4 Enter the smaller of line 2 or line 3 (unless you checked 'Yes' on line 1a)................................  4    74.

5 Enter the amount from Form 1040, line 38*, or Form 1040A, line 22............  5    3,415.

6 Enter $75,000 ($150,000 if married filing jointly).................................  6    150,000.

7 Is the amount on line 5 more than the amount on line 6?
  ☒ No. Skip line 8. Enter the amount from line 4 on line 9 below.
  ☐ Yes. Subtract line 6 from line 5............................................ 7

8 Multiply line 7 by 2% (.02)..................................................................... 8

9 Subtract line 8 from line 4. If zero or less, enter -0-........................................ 9    74.

10 Did you (or your spouse, if filing jointly) receive an economic recovery payment in 2010? You may have received this payment in 2010 if you did not receive an economic recovery payment in 2009 but you received social security benefits, supplemental security income, railroad retirement benefits, or veterans disability compensation or pension benefits in November 2008, December 2008, or January 2009 (see instructions).
  ☒ No. Enter -0- on line 10 and go to line 11.
  ☐ Yes. Enter the total of the payments you (and your spouse, if filing jointly) received in 2010. Do not enter more than $250 ($500 if married filing jointly)................................... 10    0.

11 Making work pay credit. Subtract line 10 from line 9. If zero or less, enter -0-. Enter the result here and on Form 1040, line 63; or Form 1040A, line 40........................................... 11    74.

*If you are filing Form 2555, 2555-EZ, or 4563 or you are excluding income from Puerto Rico, see instructions.

BAA For Paperwork Reduction Act Notice, see your tax return Instructions.   Schedule M (Form 1040A or 1040) 2010

FDIA8501L 09/20/10

| 2010 | FEDERAL STATEMENTS | PAGE 1 |
|---|---|---|
| CLIENT 10058 | ZVI AND LOIS KAUFMAN | 3556 |
| 9/27/11 | | 11:04AM |

**STATEMENT 1**
**FORM 1116, LINE 1A - PASSIVE INCOME**
**GROSS INCOME FROM SOURCES OUTSIDE U.S.**

```
INTEREST........................................................................        977.
DIVIDENDS.......................................................................        522.
                                                              TOTAL  $     1,499.
```

**STATEMENT 2**
**FORM 1116, LINE 10**
**FOREIGN TAX CREDIT CARRYOVERS**

**GENERAL CATEGORY INCOME**

|  | FOREIGN TAXES PAID | FOREIGN TAXES DISALLOWED | FOREIGN TAXES CLAIMED | FOREIGN TAX CREDIT CARRYOVER |
|---|---|---|---|---|
| 2009 FOREIGN TAX CREDIT | 79,080. | 37,863. | 20,923. | 20,294. |
| 2008 FOREIGN TAX CREDIT | 140,947. | 43,174. | 63,113. | 34,660. |
| 2007 FOREIGN TAX CREDIT | 117,815. | 45,738. | 46,117. | 25,960. |
| 2006 FOREIGN TAX CREDIT | 109,330. | 43,986. | 40,137. | 25,207. |
| 2005 FOREIGN TAX CREDIT | 112,988. | 42,681. | 30,490. | 39,817. |
| 2004 FOREIGN TAX CREDIT | 0. | 0. | 0. | 78,967. |
| 2003 FOREIGN TAX CREDIT | 0. | 0. | 0. | 31,412. |
| 2002 FOREIGN TAX CREDIT | 0. | 0. | 0. | 40,700. |
| 2001 FOREIGN TAX CREDIT | 0. | 0. | 0. | 29,654. |
| 2000 FOREIGN TAX CREDIT | 0. | 0. | 0. | 38,447. |

TOTAL FOREIGN TAX CREDIT CARRYOVER - FORM 1116, LINE 10      $   365,118.

**STATEMENT 3**
**FORM 1116, LINE 1A - PASSIVE INCOME (AMT)**
**GROSS INCOME FROM SOURCES OUTSIDE U.S.**

```
INTEREST........................................................................        977.
DIVIDENDS.......................................................................        522.
                                                              TOTAL  $     1,499.
```

**STATEMENT 4**
**FORM 1116, LINE 10**
**FOREIGN TAX CREDIT CARRYOVERS**

**GENERAL CATEGORY INCOME - AMT**

|  | FOREIGN TAXES PAID | FOREIGN TAXES DISALLOWED | FOREIGN TAXES CLAIMED | FOREIGN TAX CREDIT CARRYOVER |
|---|---|---|---|---|
| 2009 FOREIGN TAX CREDIT | 79,080. | 37,863. | 7,124. | 34,093. |
| 2008 FOREIGN TAX CREDIT | 140,947. | 43,174. | 47,936. | 49,837. |
| 2007 FOREIGN TAX CREDIT | 117,815. | 45,738. | 29,886. | 42,191. |
| 2006 FOREIGN TAX CREDIT | 109,330. | 43,986. | 24,223. | 41,121. |
| 2005 FOREIGN TAX CREDIT | 112,988. | 42,681. | 27,846. | 42,461. |
| 2004 FOREIGN TAX CREDIT | 0. | 0. | 0. | 84,271. |
| 2003 FOREIGN TAX CREDIT | 0. | 0. | 0. | 35,992. |
| 2002 FOREIGN TAX CREDIT | 0. | 0. | 0. | 47,072. |
| 2001 FOREIGN TAX CREDIT | 0. | 0. | 0. | 35,529. |
| 2000 FOREIGN TAX CREDIT | 0. | 0. | 0. | 46,997. |

TOTAL FOREIGN TAX CREDIT CARRYOVER - FORM 1116, LINE 10    $    459,564.