# Chris Devine

**From:** Chris Devine <Chris@ManziPinoCPA.com>
**Sent:** Friday, June 12, 2009 4:52 PM
**To:** 'Zvika Kaufman'
**Cc:** Roger Stebbins
**Subject:** foreign bank accounts

Zvi,

I just want to remind you that US Department of Treasury Form TD 90-22.1, Report of Foreign Bank Account and Financial Accounts, is due 6/30/09 if you are required to file. The form can be downloaded at IRS.Gov

Chris

---

MANZI, PINO AND COMPANY, PC     Voice: (631) 420-5620
Certified Public Accountants     Fax: (631) 420-8332
1895 Walt Whitman Road           www.ManziPinoCPA.com
Melville NY 11747

NOTICE: IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, PLEASE DO NOT DISSEMINATE OR DISTRIBUTE. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE OR REPLY VIA E-MAIL INDICATING MESSAGE WAS MISDIRECTED. MANZI, PINO AND COMPANY RESERVES THE RIGHT TO MONITOR AND REVIEW THE CONTENT OF ALL E-MAIL COMMUNICATIONS SENT AND/OR RECEIVED BY ITS EMPLOYEES. NO PART OF THIS COMMUNICATION (AND ATTACHMENTS) IS INTENDED OR MAY BE USED FOR THE PURPOSE OF AVOIDING PENALTIES WHICH MAY BE IMPOSED UNDER THE INTERNAL REVENUE CODE, OR FOR PROMOTING OR MARKETING OF TAX RELATED MATTERS.



EXHIBIT
Plaintiff's
11

Plaintiff Exhibit
J