1

1

2      UNITED STATES DISTRICT COURT
       DISTRICT COURT OF CONNECTICUT
3      ------------------------------------
       UNITED STATES OF AMERICA,
4
                    Plaintiff,
5
                 -against-        Index No.
6                              3:18 CV-787-KAD
       ZVI KAUFMAN,
7
                    Defendant.
8      ------------------------------------

9              DEPOSITION OF CHRISTOPHER DEVINE, a

10     Witness herein, taken by Plaintiff, pursuant

11     to Subpoena, at the United States Attorney's

12     Office, 610 Federal Plaza, Central Islip, New

13     York, on Friday, October 25, 2019, at 1:40

14     p.m. before Monique Cabrera, a Certified

15     Shorthand Reporter and notary public, within

16     and for the State of New York.

17

18

19

20

21

22

23

24

25



Plaintiff
Exhibit
M

4

1                         C. Devine

2       Whereupon,

3                      CHRISTOPHER DEVINE,

4       after having been first duly sworn, was

5       examined and testified as follows:

6              COURT REPORTER:  Please state your

7       name and address for the record.

8              THE WITNESS:  My name is Christopher

9       Devine, 22 Fulton Street, Centereach, New York

10      11720.

11      EXAMINATION

12      BY MR. SARNELL:

13         Q.  We are on the record for a deposition

14      in the matter of United States versus Zvi

15      Kaufman, case number 318-CV-787-KAD, currently

16      pending in the U.S. District Court for the

17      District of Connecticut.

18              You have previously stated your name

19      for the record, can you please spell your name

20      for the record?

21         A.  C R I S T O P H E R, D E V I N E.

22         Q.  Are you represented by counsel in

23      this matter?

24         A.  No, I am not.

25         Q.  Have you been deposed before?

32

```
 1                    C. Devine
 2        A.   During 2008, no.
 3        Q.   Did Zvi Kaufman provide you any
 4   documents regarding any institutions at which
 5   he had foreign financial accounts during 2008?
 6        A.   No.
 7        Q.   Did Zvi Kaufman ever tell you any
 8   account numbers for foreign financial accounts
 9   he had during 2008?
10        A.   No.
11        Q.   Did Zvi Kaufman provide you any
12   documents showing the account number of any
13   foreign financial accounts he had in 2008?
14        A.   No.
15        Q.   Did Zvi Kaufman ever tell you the
16   balances of any foreign financial accounts he
17   had during 2008?
18        A.   No.
19        Q.   Did Zvi Kaufman provide you any
20   documents showing the balance of any foreign
21   financial account he had in 2008?
22        A.   No.
23        Q.   Did you have any reason to believe
24   that Zvi Kaufman had foreign financial
25   accounts during 2008?
```

```
 1                        C. Devine
 2          A.   No.
 3          Q.   And what was your basis for thinking
 4     that he didn't have any foreign financial
 5     accounts in 2008?
 6          A.   In an e-mail we asked the question:
 7     Do you have any foreign accounts?
 8          Q.   What was his response?
 9          A.   He replied "no."
10          Q.   Did you have any interaction with Zvi
11     Kaufman's wife during the preparation of his
12     2008 federal income tax return?
13          A.   No.
14          Q.   Did Zvi Kaufman provide any documents
15     as part of the preparation of his return for
16     tax year 2008?
17          A.   I am sorry?
18          Q.   Did Zvi Kaufman provide any documents
19     at all as part of your preparation for his
20     return in 2008?
21          A.   Yes, he did.
22          Q.   What sort of documents were those?
23          A.   I believe there was a Merrill Lynch
24     account and he did work, and it looks like he
25     did work for Luxembourg Pharmaceutical, so he
```

```
 1                         C. Devine
 2          Q.  And what types of things are reported
 3     on a Schedule B, other than interest and
 4     dividends?
 5          A.  Interest, dividends and the part 3
 6     where you have to answer the information about
 7     foreign accounts.
 8          Q.  What information about foreign
 9     accounts is requested in part 3?
10          A.  It asks you if you had an interest in
11     a foreign bank account during the year.
12          Q.  And what does "foreign" mean in this
13     context?
14          A.  "Foreign" means an account in a
15     country other than the United States.
16          Q.  On what line of a Schedule B do you
17     report whether or not a taxpayer has an
18     interest in a foreign bank account?
19          A.  Line 7A.
20          Q.  What options are provided on line 7A
21     to answer that question?
22          A.  A "yes" or "no."
23          Q.  And what did you put on line 7A of
24     Zvi Kaufman's 2008 federal income tax return?
25          A.  "No."
```

```
 1                    C. Devine
 2        Q.  And why would you have put "no" on
 3   that line?
 4        A.  We asked him the question in an
 5   e-mail and he replied he did not have foreign
 6   accounts.
 7        Q.  Did Mr. Kaufman ever express
 8   uncertainty as to what that question meant in
 9   any of the times you asked him?
10        A.  I don't recall that.
11        Q.  Had Zvi Kaufman told you that he had
12   a foreign financial account in 2008, would you
13   have checked "no" on line 7A?
14        A.  No, I would not have.
15        Q.  Did Zvi Kaufman's return reflect any
16   interest or dividends from accounts in the
17   United States?
18        A.  Yes.
19        Q.  And where were those accounts
20   located?
21        A.  They were located with a broker, I
22   thought it was Merrill Lynch, but I am looking
23   here and it says J.P. Morgan and Citigroup.
24        Q.  And did you report any income that
25   Zvi Kaufman earned in a country outside the
```

```
 1                      C. Devine

 2    Kaufman resided in a foreign country he was

 3    reminded of his potential FBAR filing

 4    requirement?

 5         A.  Yes.

 6         Q.  Was that the purpose of that

 7    paragraph?

 8         A.  That's the purpose, yes.

 9         Q.  Did you ever follow up with Mr.

10    Kaufman regarding the cover letter or his

11    filing requirements after the time you sent it

12    to him?

13         A.  No.

14         Q.  Did Mr. Kaufman ever follow up with

15    you about whether or not he should file an

16    FBAR for tax year 2008?

17         A.  For tax year 2008, no.

18         Q.  Did you ever advise Mr. Kaufman

19    explicitly that he should file an FBAR for

20    2008?

21         A.  No.

22         Q.  Did anybody at Manzi Peno ever advise

23    him explicitly that he should file an FBAR for

24    tax year 2008?

25         A.  We did not advise him, no.
```

```
1                      C. Devine
2         Q.  Did you ever advise Mr. Kaufman
3    specifically that he did not have to file an
4    FBAR for tax year 2008?
5         A.  No.
6         Q.  Did anyone at Manzi Peno ever advise
7    Mr. Kaufman that he did not have to file an
8    FBAR for tax year 2008?
9         A.  No.
10        Q.  Did Zvi Kaufman ever ask you to
11   prepare an FBAR for him for tax year 2008?
12        A.  No.
13        Q.  Could you have prepared an FBAR for
14   Mr. Kaufman for tax year 2008 based on the
15   information he provided you?
16        A.  No.
17        Q.  Why not?
18        A.  He told us he had no foreign
19   accounts.
20        Q.  Did Mr. Kaufman ever tell you he had
21   an account at Clal Insurance, Ltd., during
22   2008?
23        A.  No.
24        Q.  During your preparation of Mr.
25   Kaufman's 2008 federal income tax return, did
```

48

```
 1                    C. Devine

 2      organizer for tax year 2009?

 3           A.  Not that I recall.

 4           Q.  Did you reach out and ask Mr. Kaufman

 5      any questions as part of the preparation of

 6      your return for tax year 2009?

 7           A.  Yes.

 8           Q.  Would that have been you doing it?

 9           A.  That would have been me doing it,

10      yes.

11           Q.  And did you ask him whether he had a

12      foreign financial account in 2009?

13           A.  Yes, I did.

14           Q.  What did he respond?

15           A.  He said, "no."

16           Q.  I would like to give you what is

17      marked as Plaintiff's Exhibit Number 8.  It's

18      page 47 for now?

19           A.  Okay.

20           Q.  Take a look at it and once you have,

21      look back up.

22                (Witness reviewing document.)

23           A.  Yes.

24           Q.  Have you seen this document before?

25           A.  Yes.
```

1                          C. Devine

2          A.   I am guessing still Israel.  I just

3     don't remember the timeframe, it's been so

4     long.

5          Q.   Did you assume he had financial

6     accounts outside of the U.S., given he was

7     living outside in a foreign country?

8          A.   I did not assume that.

9          Q.   Why not?

10         A.   Because we asked him the question.

11         Q.   What was the question?

12         A.   The question as to whether he had any

13    foreign bank accounts.

14         Q.   What was his response?

15         A.   His response was "no."

16         Q.   And did Zvi Kaufman tell you that he

17    had any foreign financial accounts as part of

18    the preparation of his 2009 federal income tax

19    return?

20         A.   I am sorry, say that again.

21         Q.   Did Zvi Kaufman tell you, during the

22    preparation of his 2009 federal income tax

23    return, that he had any foreign bank accounts?

24         A.   He did not.

25                       (Plaintiff's Exhibit No. 15 was

1                          C. Devine

2          A.   Because he told us he had no foreign

3     bank accounts.

4          Q.   Did you ever explicitly advise Zvi

5     Kaufman that he did not have to file an FBAR

6     for tax year 2009?

7          A.   No.

8          Q.   Did Zvi Kaufman ever ask you to

9     prepare an FBAR for him for tax year 2009?

10         A.   No.

11         Q.   Did Zvi Kaufman ever ask anyone at

12    Manzi Peno to prepare an FBAR for him for tax

13    year 2009?

14         A.   No.

15         Q.   Could you have prepared an FBAR for

16    Mr. Kaufman for tax year 2009 based on the

17    information provided to you as part of your

18    preparation of his 2009 federal income tax

19    return?

20         A.   No.

21         Q.   Why not?

22         A.   He told us he had no accounts and we

23    would have no information to actually prepare

24    it.

25         Q.   Did Mr. Kaufman, during the

89

C. Devine

1

2          Q.  And why not?

3          A.  I assumed he either -- if he had a

4      filing requirement, he took care of it

5      himself.

6          Q.  Why did you assume that?

7          A.  Because that's basically what we told

8      him, that there is a filing requirement and we

9      were not engaged to do it.  We were not

10     engaged to prepare it.

11         Q.  Did you advise Mr. Kaufman at any

12     point during the preparation of his 2010

13     federal income tax return that he may have had

14     an obligation to file an FBAR for tax year

15     2010?

16         A.  I feel that this e-mail is that

17     advice.

18         Q.  Did you ever advise Zvi Kaufman, as

19     part of the preparation of his 2010 federal

20     income tax return that he was not required to

21     file an FBAR for tax year 2010?

22         A.  No.

23         Q.  Did anyone at Manzi Peno ever advise

24     Zvi Kaufman that he was not required to file

25     an FBAR for tax year 2010?

1                      C. Devine

2          Q.  Do you recall how many times you

3     spoke with him on the phone?

4          A.  Just a couple, over the course of

5     many, many years.

6          Q.  You produced, in response to the

7     government's subpoena, all of your e-mail

8     correspondence with Mr. Kaufman; is that

9     correct?

10         A.  That is correct.

11         Q.  Anywhere in your e-mail

12    correspondence did you ask him whether he had

13    a bank account in Israel?

14         A.  Not with that wording.

15         Q.  It was always did he have any foreign

16    bank accounts?

17         A.  Any foreign accounts.

18         Q.  I want now to turn to that

19    conversation in September of 2011.  He, in

20    response to your question, sent you an e-mail

21    saying:  I just got back from vacation, let me

22    drop you a call?

23         A.  I remember seeing that.

24         Q.  What do you remember about that

25    conversation?

                          C. Devine

1

2        A.   I don't recall much about that

3   conversation, it was many years ago.

4        Q.   After that conversation there was

5   this e-mail in which I think you characterized

6   it, and correct me if I am wrong, you told him

7   that he had a filing obligation if there was

8   more than $10,000 in an account?

9        A.   Yes.

10       Q.   And for the first time, Mr. Kaufman

11  said that he did have a foreign account?

12       A.   During the time of preparing that

13  return, yes.

14       Q.   Was the conversation you guys had

15  about what the term "foreign account" meant?

16       A.   No.   There was no defining what a

17  foreign account is.

18       Q.   Why did Mr. Kaufman tell you about

19  that he had a foreign account after that call?

20            MR. SARNELL:   Objection.   Calls for

21  speculation.

22            MR. VOLLRATH:   If he knows.

23       A.   I don't recall why that came about or

24  how it did.

25       Q.   Okay.   But there was an e-mail in