```
                                                    1

 1

 2     UNITED STATES DISTRICT COURT
       DISTRICT COURT OF CONNECTICUT
 3     ---------------------------------------
       UNITED STATES OF AMERICA,
 4
                 Plaintiff,
 5
                    -against-        Index No.
 6                                   3:18 CV-787-KAD
       ZVI KAUFMAN,
 7
                 Defendant.
 8     ---------------------------------------

 9              DEPOSITION OF ROGER F. STEBBINS, JR.,

10     a Witness herein, taken by Plaintiff, pursuant

11     to Subpoena, at the United States Attorney's

12     Office, 610 Federal Plaza, Central Islip, New

13     York, on Friday, October 25, 2019, at 9:43

14     a.m., before Monique Cabrera, a Shorthand

15     Reporter and notary public, within and for the

16     State of New York.

17

18

19

20

21

22

23

24

25
```

Plaintiff Exhibit O

4

1                R. Stebbins, Jr.
2     Whereupon,
3              ROGER F. STEBBINS, JR.
4     after having been first duly sworn, was
5     examined and testified as follows:
6          COURT REPORTER:  Please state your
7     name and address for the record.
8          THE WITNESS:  Roger F. Stebbins, Jr.
9     It's 8 Pine Hollow Lane, Greenlawn, New York
10    11740.
11         MR. SARNELL:  We're here for a
12    deposition in the matter of United States
13    versus Zvi Kaufman, case number 3:18CV787,
14    currently pending in the United States
15    District Court for the District of
16    Connecticut.
17         I wanted to get a stipulation on the
18    record, if you're okay.  This is a discovery
19    deposition taken pursuant to the Federal civil
20    procedure, all objections except as to form
21    are preserved until trial.
22         If you could please?
23         MR. VOLLRATH:  Sure.  We so
24    stipulate.
25         MR. SARNELL:  Can you state your name

11

```
 1                      R. Stebbins, Jr.
 2          A.   I don't recall.
 3          Q.   Was it prior to 2010?
 4          A.   I believe so.
 5          Q.   Was it prior or 2005?
 6          A.   I would assume so, but I don't know
 7     off the top of my head.
 8          Q.   What information do you need to
 9     prepare an FBAR for a client?
10          A.   Name of the bank account, address,
11     account number, and highest balance during the
12     year for each account.
13          Q.   Would you need that information for
14     all financial accounts a client would have in
15     order to properly prepare an FBAR?
16          A.   Yes.  Well, I believe it's a bank
17     account -- I am not sure about brokerage
18     accounts.  I think it's currently on a
19     different form, but back then I think it was,
20     the FBAR, I believe it was bank accounts.
21          Q.   So has it been Manzi Peno's customary
22     practice to have new clients fill out any
23     forms when Manzi Peno prepares their tax
24     return for the first time?
25          A.   Yes, we send out organizers, we call
```

22

```
 1                    R. Stebbins, Jr.
 2          A.  I don't believe he did.
 3          Q.  Did Mr. Kaufman ever come into the
 4      office to have his return prepared?
 5          A.  No.
 6          Q.  How did you communicate with him
 7      regarding the preparation of his return in
 8      2008?
 9          A.  Again, specifically about 2008, I
10      don't know, but in general it would have been
11      through e-mail and phone calls from Chris
12      Devine.
13          Q.  Did Mr. Kaufman ever have calls with
14      you directly or did communication go through
15      Chris Devine?
16          A.  I believe I spoke with him once or
17      twice.  I don't have a record of when it was,
18      but I do recall speaking with him at one
19      point.
20          Q.  And do you remember what that
21      conversation was about?
22          A.  The concern was if he didn't have a
23      foreign bank account, how did he pay his
24      bills?  And he said he had a checking
25      authority with his brokerage account.  He had
```

23

```
 1                    R. Stebbins, Jr.
 2       a U.S. broker account.
 3          Q.  When you said there was a concern
 4       about how he paid his bills if he didn't have
 5       a foreign bank account, whose concern was
 6       this?
 7          A.  Mine.
 8          Q.  Do you remember approximately what
 9       year that conversation was?
10          A.  I don't.  Again, it's a recollection.
11       Chris Devine and I would talk about making
12       sure we documented the conversations, and I
13       remember having a conversation at some point
14       with Zvi and finding out that he had check-
15       writing ability on his brokerage account.
16          Q.  When you say his brokerage account,
17       do you mean the United States brokerage
18       account?
19          A.  Yes.  One that we did receive a 1099
20       for.
21          Q.  At what firm was that brokerage
22       account?
23          A.  I don't remember off the top of my
24       head.
25          Q.  And was Zvi Kaufman interviewed as
```

24

```
 1                    R. Stebbins, Jr.
 2      part of his return preparation in 2008?
 3           A.  It's our practice to ask certain
 4      questions every tax year.  I don't have the
 5      2008 tax work papers in front of me to know
 6      for sure, but that was always our practice, so
 7      I would assume, yes.
 8           Q.  But you didn't interview Mr. Kaufman
 9      as part of his 2008 income tax returns
10      preparation?
11           A.  I would not have asked most of the
12      questions.  I don't know when I had that
13      conversation with him, so I won't say that I
14      did not talk to him regarding 2008.
15           Q.  Where was Zvi Kaufman living during
16      2008?
17           A.  Israel.
18           Q.  Did you assume when you were
19      preparing his 2008 return, that he had foreign
20      bank accounts, given that he was living in a
21      foreign country?
22           A.  I made sure that we asked the
23      question because obviously there is more of a
24      chance that he would have a foreign account.
25      We asked, he answered, and he said that he had
```

```
 1                      R. Stebbins, Jr.
 2      a means of paying his bills outside of foreign
 3      bank accounts, so then I assumed that he did
 4      not.
 5           Q.  Did Zvi Kaufman tell you the names of
 6      any institutions at which he had foreign
 7      financial accounts during 2008?
 8           A.  No.
 9           Q.  Did Zvi Kaufman provide documents
10      regarding any institutions in which he had
11      foreign bank accounts or financial accounts
12      during 2008?
13           A.  No.
14           Q.  Did he ever tell you any account
15      numbers for any financial accounts that he had
16      in 2008?
17           A.  No.
18           Q.  Did he provide you any documents
19      showing the account numbers for any foreign
20      financial accounts that he had in 2008?
21           A.  No.
22           Q.  Did he ever tell you the high balance
23      of any foreign financial accounts he had in
24      2008?
25           A.  No.
```

34

```
 1                    R. Stebbins, Jr.
 2    authorized you to file the return?
 3         A.  When we prepared his 2009 return, we
 4    would have asked again.  But I did not follow
 5    up specifically about this note.
 6         Q.  Did you ever have any discussion with
 7    Zvi Kaufman about whether he was required to
 8    file an FBAR for tax year 2008?
 9         A.  Again, I don't know if I did.  Chris
10    Devine from my office definitely would have,
11    and when you say discussed, it might have been
12    through an e-mail or a conversation.  I can't
13    say for sure.
14         Q.  Did you ever advise Mr. Kaufman that
15    he should file an FBAR for 2008?
16         A.  No.
17         Q.  Did you ever advise Mr. Kaufman that
18    he did not have to file an FBAR for 2008?
19         A.  No.
20         Q.  Did Zvi Kaufman ever ask you to
21    prepare an FBAR for him for 2008?
22         A.  No.
23         Q.  Could you have prepared an FBAR for
24    Mr. Kaufman for tax year 2008 based on the
25    information that he provided to you?
```

44

```
 1                    R. Stebbins, Jr.
 2         A.   No.
 3         Q.   Did you advise Zvi Kaufman to file an
 4    FBAR for tax year 2009?
 5         A.   No.
 6         Q.   Did you ever advise Zvi Kaufman not
 7    to file an FBAR for tax year 2009?
 8         A.   No.
 9         Q.   Did anyone at Manzi Peno ever advise
10    Zvi Kaufman not to file an FBAR for tax year
11    2009?
12         A.   Not that I'm aware of.
13         Q.   Did you ever have any discussions
14    with Zvi Kaufman about whether he was required
15    to file an FBAR for tax year 2009?
16         A.   I believe what we would have done
17    every year is just give him the requirements,
18    explain the requirements for the form and tell
19    him if he met the requirements he was required
20    to file the form.
21         Q.   That would have been done every year?
22         A.   I believe so.  I believe we did.
23         Q.   Did Zvi Kaufman ever ask you to
24    prepare an FBAR for him for tax year 2009?
25         A.   No.
```