IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Case No. 3:18-cv-787-KAD |
| ) | |
| v. ) | |
| ) | |
| ZVI KAUFMAN, ) | |
| ) | |
| Defendant. ) | |

**PLAINTIFF UNITED STATES' LOCAL RULE 56(A)(2) STATEMENT OF MATERIAL FACTS IN OPPOSITION TO SUMMARY JUDGMENT**

Plaintiff United States of America, pursuant to Fed. R. Civ. P. 56 and Local Rule 56(a)(2), hereby responds to Defendant Zvi Kaufman's statement of material facts not in dispute in support of his motion for partial summary judgment.

**Response to Defendant's Statement**

*1.     The Government's Complaint seeks to reduce to judgment "$42,249 in penalties for 11 accounts Kaufman failed to report in 2008, $42,287 in penalties for 10 accounts that Kaufman failed to report in 2009, and $59,708 in penalties for 15 accounts Kaufman failed to report in 2010." But for each of tax years 2008, 2009, and 2010, Defendant failed to timely file only one FBAR form. [DE 1 at ¶14.]*

The United States denies the allegations set forth in the first sentence of Paragraph 1. The United States is seeking to reduce to judgment $144,244 in FBAR penalties assessed against Mr. Kaufman—$42,249 for failing to report 11 foreign financial accounts in 2008, $42,287 for failing to report 10 foreign financial accounts in 2009, and $59,708 for failing to report 15 foreign financial accounts in 2010—as well as $6,062.20 in interest and $36,373.20 in late payment penalties, plus interest and statutory accruals from and after December 6, 2019, until the debt is paid in full.

1

The United States admits that, for each of the relevant years, Mr. Kaufman was required to report his interests in the foreign financial accounts by filing TD F 90-22.1, "Report of Foreign Bank and Financial Accounts."

**Additional Material Facts**

Defendant's motion presents a pure issue of law and, as such, there are no additional material facts that bear on the issue presented in the motion.

    Respectfully submitted,

    RICHARD E. ZUCKERMAN
    Principal Deputy Assistant Attorney General

    */s/ Bradley A. Sarnell*
    BRADLEY A. SARNELL
    Trial Attorney, Tax Division
    U.S. Department of Justice
    P.O. Box 55
    Washington, D.C.  20044
    202-307-1038 (v)
    202-514-5238 (f)
    Bradley.A.Sarnell@usdoj.gov

## CERTIFICATE OF SERVICE

      I hereby certify that on this 15th day of January, 2020, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all ECF filers. There are no parties that require conventional service.

                                              */s/ Bradley A. Sarnell*
                                              BRADLEY A. SARNELL
                                              Trial Attorney
                                              United States Department of Justice, Tax Division