## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. 3:18-cv-787-KAD |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| ZVI KAUFMAN, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## MOTION FOR PRO HAC VICE ADMISSION
## OF ATTORNEY DERICK VOLLRATH

Pursuant to Rule 83.1(d) of the District of Connecticut Local Rules of Civil Procedure, the undersigned, a member of the Bar of this Court, respectfully moves to admit Attorney Derick Vollrath, a member of the Bars of the states of Florida and North Carolina, to represent Zvi Kaufman ("the Defendant"). In accordance with Local Rule 83.1(d), I represent that:

1. Attorney Derick Vollrath is an associate at the law firm of Marcus, Neiman, Rashbaum & Pineiro LLP. The office address of Attorney Vollrath is: One Financial Plaza, 100 Southeast Third Avenue, Suite 805, Fort Lauderdale, Florida 33394. Attorney Vollrath's telephone number is (305) 400-4269 and his fax number is (954) 688-2492. His email address is dvollrath@mnrlawfirm.com.

2. Attorney Vollrath is a member in good standing of all states and jurisdictions set forth in his affidavit, attached as "Exhibit 1."

3. To the best of my knowledge and belief, Attorney Vollrath is a member in good standing of the courts listed in his affidavit and he has not been denied admission or disciplined by this Court; no disciplinary proceedings are pending against him; and he has not been denied admission or disciplined by any other court.

Case 3:18-cv-00787-KAD   Document 73   Filed 06/05/20   Page 2 of 4

2

4. Service of all papers directed to the Defendant may be made upon the undersigned, pursuant to Rule 83.1(c) Local Rules of Civil Procedure.

5. The requisite fee of $200.00 has been submitted herewith.

| | | |
|---|---|---|
| Dated: June 5, 2020 | By: | */s/ Jeffrey M. Sklarz*<br>Jeffrey M. Sklarz (ct20938)<br>Green & Sklarz, LLC<br>One Audubon Street, Third Floor<br>New Haven, CT 06511<br>(203) 285-8545<br>Fax: (203) 823-4546<br>jsklarz@gs-lawfirm.com |

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. 3:18-cv-787-KAD |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| ZVI KAUFMAN, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## DECLARATION OF ATTORNEY DERICK VOLLRATH IN SUPPORT OF MOTION FOR ADMISSION OF VISITING ATTORNEY PRO HAC VICE

I, Derick Vollrath, being over the age of eighteen years and believing in the sanctity of an oath, do hereby depose and say the following of which I have personal knowledge:

1. I submit this Affidavit in support of the motion for my admission as a visiting attorney as counsel on behalf of Zvi Kaufman ("Defendant"). I am fully competent to testify as to the matters herein and have personal knowledge of the facts herein. All information in this Affidavit is true and correct to the best of my knowledge.

2. I am an associate with the law firm Marcus, Neiman, Rashbaum & Pineiro LLP, practicing out of the firms office located at One Financial Plaza, 100 Southeast Third Avenue, Suite 805, Fort Lauderdale, Florida 33394.

3. Pursuant to Local Rule of the Untied States District of Connecticut 83.1, I certify that I am eligible for admission to this Court, and am admitted to and practicing, and in good standing as a member of the Bar of the State of Florida (Bar No. 126740). I am also a member of the North Carolina State Bar (Bar No. 41661), and the bars of the Eleventh Circuit Court of Appeals, the Fourth Circuit Court of Appeals, the Southern District of Florida, the Middle District

of Florida, the Eastern District of North Carolina, and the U.S. Tax Court (Bar No. VD0097). Unless otherwise given in this Paragraph, I have no bar number corresponding to these admissions.

4. I have no pending disciplinary complaints as to which a finding has been made that such complaint should proceed to a hearing, and I have not been denied admission to, been disciplined by, resigned from, surrendered my license to practice before, or withdrawn an application for admission to practice before this Court or any other court, while facing a disciplinary complaint.

5. I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action and I also certify that I have fully reviewed and am familiar with the Federal Rules of Civil Procedure, the applicable Local Rules of the United States District Court for the District of Connecticut, and the Connecticut Rules of Professional Conduct.

6. I designate my sponsoring attorney, Jeffrey M. Sklarz (Connecticut Juris No. ct20938) as my agent for service of process at the following address: Green & Sklarz LLC, One Audubon Street, Third Floor, New Haven, CT 06511.

7. Simultaneously with the filing of the Motion, a check in the amount of $200.00 has been submitted to the Clerk of Court in compliance with D. Conn. L. Civ. R. 83.1(d)(2).

8. I declare under penalty of perjury that the foregoing is true and accurate.

**Subscribed and sworn this 5th day of June 2020 at Fort Lauderdale, Florida.**

_/s/ Derick R. Vollrath_
Derick Vollrath