Civil- (Dec-2008)

HONORABLE: Kari A. Dooley

DEPUTY CLERK Kristen Gould        RPTR/ECRO/TAPE Tracy Gow

TOTAL TIME: 1 hours 35 minutes

DATE: 6/18/2020    START TIME: 9:58AM    END TIME: 11:33am

LUNCH RECESS    FROM:         TO:

RECESS (if more than ½ hr)    FROM:         TO:

CIVIL NO. 3:18-cv-00787-KAD

USA

vs

Kaufman

Bradley Alexander Sarnell
Plaintiff's Counsel

Jeffrey A Neiman, Jeffrey M. Sklarz,
Defendant's Counsel
**Derick Vollrath**

## COURTROOM MINUTES- CIVIL

☑ Motion hearing              ☐ Show Cause Hearing
☐ Evidentiary Hearing          ☐ Judgment Debtor Exam
☐ Miscellaneous Hearing

☐ .....#64 Motion for Summary Judgment ............................ ☐ granted ☐ denied ☑ advisement
☐ .....#65 Motion Cross Motion for Partial Summary Judgment and OBJ ☐ granted ☐ denied ☑ advisement
☐ .....#    Motion _____ ☐ granted ☐ denied ☐ advisement
☐ .....#    Motion _____ ☐ granted ☐ denied ☐ advisement
☐ .....#    Motion _____ ☐ granted ☐ denied ☐ advisement
☐ .....#    Motion _____ ☐ granted ☐ denied ☐ advisement
☐ .....#    Motion _____ ☐ granted ☐ denied ☐ advisement
☐ .....      Oral Motion _____ ☐ granted ☐ denied ☐ advisement
☐ .....      Oral Motion _____ ☐ granted ☐ denied ☐ advisement
☐ .....      Oral Motion _____ ☐ granted ☐ denied ☐ advisement
☐ ....       Oral Motion _____ ☐ granted ☐ denied ☐ advisement
☐ .....      ☐ Briefs(s) due _____  ☐ Proposed Findings due _____ Response due _____
☐ ..........  _____ ☐ filed ☐ docketed
☐ ..........  _____ ☐ filed ☐ docketed
☐ ..........  _____ ☐ filed ☐ docketed
☐ ..........  _____ ☐ filed ☐ docketed
☐ ..........  _____ ☐ filed ☐ docketed
☐ ..........  _____ ☐ filed ☐ docketed
☐ ..........  Hearing continued until _____ at _____

Notes: