## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. 3:18-cv-787-KAD |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| ZVI KAUFMAN, ) | |
| ) | |
| Defendant. ) | June 30, 2020 |
| ) | |

## **NOTICE OF SUPPLEMENTAL AUTHORITY**

Defendant Zvi Kaufman files this Notice of Supplemental Authority. On June 18, 2020, this Court heard oral argument on Defendant Kaufman's Motion for Summary Judgment.

The issue before the Court is the interpretation of 31 U.S.C. § 5321(a)(5)(A) and (B)(i) and whether the non-willful civil penalty applies per foreign financial account maintained per year but not properly or timely reported on an annual FBAR or per annual FBAR report not properly filed. This is a matter of first impression for this Court.

At oral argument, the Court inquired of other pending matters where this issue has been presented. Since oral argument, in *United States v. Bittner*, Case No. 19-cv-419, (E.D. Tex. June 29, 2020), the Eastern District of Texas has addressed the very issue before this Court and it has held that the penalties apply on a per form, rather than per account basis. A copy of the opinion is attached hereto.

{00174212.3 }

Respectfully Submitted,

The Defendant: Zvi Kaufman

/s/ Jeffrey M. Sklarz
Jeffrey M. Sklarz (ct20938)
Green & Sklarz, LLC
One Audubon Street, 3rd Floor
New Haven, Connecticut 06511
(203) 285-8545
jsklarz@gs-lawfirm.com

Jeffrey A. Neiman (admitted *pro hac vice*)
Marcus Neiman & Rashbaum LLP
100 Southeast Third Avenue, Suite 805
Ft. Lauderdale, Florida 33394
(954) 462-1200
jneiman@mnrlawfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that on the date set forth below a copy of the foregoing was served by CM/ECF and/or mail on anyone unable to accept electronic filing. Parties may access this filing through the Court's CM/ECF System.

Date:  June 30, 2020                              /s/ Jeffrey M. Sklarz

{00174212.3 }                                    2