IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 3:18-cv-787-KAD |
| | ) | |
| v. | ) | |
| | ) | |
| ZVI KAUFMAN, | ) | |
| | ) | |
| Defendant. | ) | |

**PLAINTIFF UNITED STATES' CONSENT MOTION TO AMEND JUDGMENT**

Plaintiff United States of America, pursuant to Fed. R. Civ. P. 60(a), requests that the

Court amend its January 4, 2022 judgment in the above-captioned case to correct a typographical

error.  Defendant Zvi Kaufman consents to the United States' requested relief.

On January 3, 2021, the Court granted the United States' motion for entry of judgment

and ordered the Clerk of the Court to enter judgment in favor of the United States in a form

consistent with the form provided by the government as an attachment to its motion.  (Doc. 82).

The Clerk entered a judgment the following day, which mirrored the government's proposed

judgment.  (Doc. 83).  However, the United States has since noticed that its proposed judgment

incorrectly identified the provision of the Bank Secrecy Act that provides for late-payment

penalties:  it is 31 U.S.C. § 3717(e)(2) (as noted in the Court's order), not 31 U.S.C. § 3713(e)(2)

(a provision which does not exist).

Fed. R. Civ. P. 60(a) allows a court to "correct a clerical mistake or a mistake arising

from oversight or omission whenever one is found in a judgment."  The United States, as shown

in its motion, was seeking to have its judgment include late payment penalties under 31 U.S.C.

§ 3717(e)(2), but mistakenly cited to 31 U.S.C. § 3713(e)(2) in the proposed judgment it

submitted to the Court.  The United States thus requests that the Court amend its judgment to

correct the mistaken citation; the United States is attaching a proposed judgment that corrects the

error to this motion.

      WHEREFORE, the United States requests that the Court amend the judgment in the form

attached to this motion.

                       Respectfully submitted,

                       DAVID A. HUBBERT
                       Deputy Assistant Attorney General
                       U.S. Department of Justice, Tax Division

                       */s/ Bradley A. Sarnell*
                       BRADLEY A. SARNELL
                       Trial Attorney, Tax Division
                       U.S. Department of Justice
                       P.O. Box 55
                       Washington, D.C.  20044
                       202-307-1038 (v)
                       202-514-5238 (f)
                       Bradley.A.Sarnell@usdoj.gov

## CERTIFICATE OF SERVICE

      I hereby certify that on this 13th day of January, 2022, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all ECF users.  There are no parties which require conventional service.

                       */s/ Bradley A. Sarnell*
                       BRADLEY A. SARNELL
                       Trial Attorney
                       United States Department of Justice, Tax Division