IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ZVI KAUFMAN, )<br>)<br>Defendant. ) | Case No. 3:18-cv-787-KAD |

**AMENDED JUDGMENT**

Pursuant to the Court's January 11, 2021, Memorandum of Decision (Doc. 78), judgment is entered as follows:

Judgment is entered in favor of the United States and against Defendant Zvi Kaufman, for unpaid civil penalties pursuant to 31 U.S.C. § 5321(a)(5) for his non-willful failure to timely file a Report of Foreign Bank and Financial Accounts for calendar years 2008, 2009, and 2010, in the amount, as of January 11, 2021, of $41,137 (which includes, in addition to the FBAR penalty assessments of $30,000, a late payment penalty imposed under 31 U.S.C. § 3717(e)(2) of $9,547.40, and prejudgment interest of $1,591.23), plus additional accrued pre-judgment interest on the FBAR penalty assessments as provided by 31 U.S.C. § 3717(a)(1) and accrued late payment penalties under 31 U.S.C. § 3717(e)(2) from and after January 11, 2021, and to the date of entry of this judgment.  Post-judgment interest on the FBAR penalty assessments shall accrue pursuant to 28 U.S.C. § 1961(a) and post-judgment late payment penalties shall accrue pursuant to 31 U.S.C. § 3717(e)(2) and 31 C.F.R. §§ 5.5(a) and 901.9, until the judgment is paid in full.

Dated: _____
United States District Judge