IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) Case No. 3:18-cv-787-KAD |
| v. | ) |
| ZVI KAUFMAN, | ) |
| Defendant. | ) |

**PLAINTIFF UNITED STATES OF AMERICA'S NOTICE OF APPEAL**

Plaintiff United States of America hereby gives notice of its appeal to the United States Court of Appeals for the Second Circuit from the "Amended Judgment" (Doc. No. 86), dated January 18, 2022.

Dated: March 4, 2022

Respectfully Submitted,

DAVID A. HUBBERT
Deputy Assistant Attorney General

*/s/Bradley A. Sarnell*
BRADLEY A. SARNELL
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 55
Washington, D.C. 20044
Tel: (202) 307-1038
Fax: (202) 514-5238
Email: Bradley.A.Sarnell@usdoj.gov

## CERTIFICATE OF SERVICE

      I hereby certify that on this 4th day of March, 2022, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all ECF filers.  There are no parties that require conventional service.

                                               */s/ Bradley A. Sarnell*
                                               BRADLEY A. SARNELL
                                               Trial Attorney
                                               United States Department of Justice, Tax Division