APPEAL,CLOSED,EFILE,REFCNF,RMS,SALM

# U.S. District Court
## District of Connecticut (New Haven)
### CIVIL DOCKET FOR CASE #: 3:18-cv-00787-KAD

| | |
|---|---|
| USA v. Kaufman | Date Filed: 05/09/2018 |
| Assigned to: Judge Kari A. Dooley | Date Terminated: 01/04/2022 |
| Referred to: Judge Sarah A. L. Merriam USMJ (Settlement) | Jury Demand: None |
| Demand: $164,000 | Nature of Suit: 430 Banks and Banking |
| Case in other court:  Florida Southern, 0:17-cv-61783 | Jurisdiction: U.S. Government Plaintiff |
| Cause: 31:3545 Action to Recovery Money | |

**Plaintiff**

**USA**   represented by   **Bradley Alexander Sarnell**
Unites States Dept of Justice, Tax Div -pob 55
P.O. Box 55, Ben Franklin Station
Washington, DC 20044
202-307-1038
Fax: 202-514-5328
Email: bradley.a.sarnell@usdoj.gov
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Zvi Kaufman**   represented by   **Jeffrey A Neiman**
Marcus Neiman & Rashbaum LLP
100 SE 3rd Avenue
Suite 805
Fort Lauderdale, FL 33494
954-462-1200
Fax: 954-688-2492
Email: jneiman@mnrlawfirm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jeffrey M. Sklarz**
Green & Sklarz LLC
One Audubon Street
3rd Floor
New Haven, CT 06511
203-285-8545
Email: jsklarz@gs-lawfirm.com
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 03/04/2022 | 87 | NOTICE OF APPEAL as to 86 Judgment by USA. (Sarnell, Bradley) (Entered: 03/04/2022) |
| 01/18/2022 | 86 | AMENDED JUDGMENT entered in favor of USA against Zvi Kaufman.<br><br>For Appeal Forms please go to the following website: http://www.ctd.uscourts.gov/forms/all-forms/appeals_forms<br>Signed by Clerk on 1/18/2022.(Gould, K.) (Entered: 01/18/2022) |
| 01/14/2022 | 85 | ORDER granting 84 Motion to Alter Judgment. The Clerk of Court is directed to enter the Amended Judgment, which will be separately docketed. Signed by Judge Kari A. Dooley on 1/14/2022. (Bernard, Hannah) (Entered: 01/14/2022) |
| 01/13/2022 | 84 | Consent MOTION to Alter Judgment by USA.Responses due by 2/3/2022 (Attachments: # 1 Text of Proposed Order Proposed Amended Judgment) (Sarnell, Bradley) (Entered: 01/13/2022) |
| 01/05/2022 |  | JUDICIAL PROCEEDINGS SURVEY - FOR COUNSEL ONLY: The following link to the confidential survey requires you to log into CM/ECF for SECURITY purposes. Once in CM/ECF you will be prompted for the case number. Although you are receiving this survey through CM/ECF, it is hosted on an independent website called SurveyMonkey. Once in SurveyMonkey, the survey is located in a secure account. The survey is not docketed and it is not sent directly to the judge. To ensure anonymity, completed surveys are held up to 90 days before they are sent to the judge for review. We hope you will take this opportunity to participate, please click on this link:<br><br>https://ecf.ctd.uscourts.gov/cgi-bin/Dispatch.pl?survey<br>(Fanelle, N.) (Entered: 01/05/2022) |
| 01/04/2022 | 83 | JUDGMENT entered in favor of USA against Zvi Kaufman.<br><br>For Appeal Forms please go to the following website: http://www.ctd.uscourts.gov/forms/all-forms/appeals_forms<br>Signed by Clerk on 1/4/2022.(Gould, K.) (Entered: 01/04/2022) |
| 01/03/2022 | 82 | ORDER granting 79 Motion for Entry of Judgment. See attached Memorandum of Decision. The judgment will be separately docketed. Signed by Judge Kari A. Dooley on 1/3/2022. (Bernard, Hannah) (Entered: 01/03/2022) |
| 04/06/2021 | 81 | REPLY to Response to 79 MOTION for Judgment *(Entry of Judgment)* filed by USA. (Sarnell, Bradley) (Entered: 04/06/2021) |
| 03/26/2021 | 80 | Memorandum in Opposition re 79 MOTION for Judgment *(Entry of Judgment)* filed by Zvi Kaufman. (Sklarz, Jeffrey) (Entered: 03/26/2021) |
| 03/05/2021 | 79 | MOTION for Judgment *(Entry of Judgment)* by USA.Responses due by 3/26/2021 (Attachments: # 1 Affidavit Declaration of Nancy Beasley, # 2 |

| | | |
|---|---|---|
| | | Text of Proposed Order Proposed Judgment)(Sarnell, Bradley) (Entered: 03/05/2021) |
| 01/11/2021 | 78 | Memorandum of Decision, re: ECF Nos. 64 and 65 . See attached. Signed by Judge Kari A. Dooley on 1/11/2021. (Banker, Joshua) (Entered: 01/11/2021) |
| 08/06/2020 | 77 | CERTIFICATE OF GOOD STANDING re 73 MOTION for Attorney(s) Derick Vollrath to be Admitted Pro Hac Vice (paid $200 PHV fee; receipt number ACTDC-5899407) by Zvi Kaufman. (Sklarz, Jeffrey) (Entered: 08/06/2020) |
| 06/30/2020 | 76 | Notice of Additional Authority re 65 MOTION for Summary Judgment filed by Zvi Kaufman. (Attachments: # 1 Copy of Ruling in United States v. Bittner)(Sklarz, Jeffrey) (Entered: 06/30/2020) |
| 06/18/2020 | 75 | Minute Entry. Proceedings held before Judge Kari A. Dooley: taking under advisement 64 Motion for Summary Judgment; taking under advisement 65 Motion for Summary Judgment; Motion Hearing held via ZOOM on 6/18/2020 re 64 MOTION for Summary Judgment filed by USA, 65 MOTION for Summary Judgment filed by Zvi Kaufman. Total Time: 1 hours and 35 minutes(Court Reporter Tracy Gow.) (Gould, K.) (Entered: 06/18/2020) |
| 06/11/2020 | | NOTICE regarding hearing via Zoom: The Motion Hearing scheduled for 6/18/2020 at 10:00am will be conducted via Zoom. The video link is https://www.zoomgov.com/j/1600721467?pwd=SXJ6S0dxbWNTblJ1QzVwQmVObGNVdz09 and call in number is +1 646 828 7666 US (New York). Meeting ID: 160 072 1467  Meeting Password: 567104  Please note: Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, screenshots, streaming, and rebroadcasting in any form, of court proceedings. The Judicial Conference of the United States, which governs the practices of the federal courts, has prohibited it. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the court. (Gould, K.) (Entered: 06/11/2020) |
| 06/08/2020 | 74 | ORDER granting 73 Motion to Appear Pro Hac Vice for Attorney Derick Vollrath, Certificate of Good Standing due by 8/7/2020. Signed by Clerk on 6/8/2020. (Fanelle, N.) (Entered: 06/08/2020) |
| 06/05/2020 | 73 | MOTION for Attorney(s) Derick Vollrath to be Admitted Pro Hac Vice (paid $200 PHV fee; receipt number ACTDC-5899407) by Zvi Kaufman. (Sklarz, Jeffrey) (Entered: 06/05/2020) |
| 05/29/2020 | 72 | ORDER Setting Hearing on Motion 64 Plaintiff's MOTION for Summary Judgment, 65 Defendant's MOTION for Summary Judgment. |

|  |  |  |
|---|---|---|
|  |  | The parties shall appear for a motion hearing on June 18, 2020 at 10:00 AM. A calendar entry with the details for this hearing will be separately docketed as the hearing date approaches. Signed by Judge Kari A. Dooley on 5/29/2020. (Beyerlein, Alexis) (Entered: 05/29/2020) |
| 01/29/2020 | 71 | RESPONSE re 65 MOTION for Summary Judgment / *Defendant's Reply in Further Support of Motion for Partial Summary Judgment* filed by Zvi Kaufman. (Sklarz, Jeffrey) (Entered: 01/29/2020) |
| 01/29/2020 | 70 | ORDER granting over objection 68 Motion for Leave to File Surreply Brief re: Pending Motions on Summary Judgment [ECF No. 64]. Signed by Judge Kari A. Dooley on 1/29/2020. (Beyerlein, Alexis) (Entered: 01/29/2020) |
| 01/22/2020 | 69 | RESPONSE re 68 MOTION for Leave to File *Surreply Brief re: Pending Motions on Summary Judgment [ECF No. 64]* filed by USA. (Sarnell, Bradley) (Entered: 01/22/2020) |
| 01/21/2020 | 68 | MOTION for Leave to File *Surreply Brief re: Pending Motions on Summary Judgment [ECF No. 64]* by Zvi Kaufman. (Attachments: # 1 Memorandum in Support Propsoed Surreply Brief, # 2 Exhibit EXhibit to Surreply Brief) (Sklarz, Jeffrey) (Entered: 01/21/2020) |
| 01/15/2020 | 67 | RESPONSE re 65 Objection,, *Response to Motion for Partial Summary Judgment* filed by USA. (Attachments: # 1 Statement of Material Facts Local Rule 56(a)(2) Statement of Material Facts in Opposition to Summary Judgment)(Sarnell, Bradley) (Entered: 01/15/2020) |
| 01/13/2020 | 66 | REPLY to Response to 64 MOTION for Summary Judgment filed by USA. (Attachments: # 1 Exhibit G: 2008 Form 1040, # 2 Exhibit H: 2009 Form 1040, # 3 Exhibit I: 2010 Form 1040, # 4 Exhibit J: 6/12/09 Email from Devine to Kaufman, # 5 Exhibit K: 6/29/10 Email from Devine to Kaufman, # 6 Exhibit L: 6/23/11 Email from Devine to Kaufman, # 7 Exhibit M: Excerpts from Chris Devine Deposition, # 8 Exhibit N: Kaufman Interrogatory Responses, # 9 Exhibit O: Excerpts from Roger Stebbens, Jr., Deposition)(Sarnell, Bradley) (Entered: 01/13/2020) |
| 12/30/2019 | 65 | OBJECTION re 64 MOTION for Summary Judgment *and **Defendant's Cross Motion for Partial Summary Judgment*** filed by Zvi Kaufman. (Attachments: # 1 Consolidated Statement of Undisputed Material Facts and Statement of Facts in Opposition to Summary Judgment, pursuant to Local Rule 56(a), # 2 Consolidated Memorandum of Law In Opposition to Plaintiffs Motion for Summary Judgment and In Support of Defendants Cross Motion for Partial Summary Judgment, # 3 Affidavit of Defendant Zvi Kaufman, # 4 Publication: Why the Ongoing Problem with FBAR Compliance?)(Sklarz, Jeffrey) Modified on 1/16/2020 to create motion (Gould, K.). (Entered: 12/30/2019) |
| 12/10/2019 | 64 | MOTION for Summary Judgment by USA.Responses due by 12/31/2019 (Attachments: # 1 Statement of Material Facts Not In Dispute, # 2 Memorandum in Support of Motion, # 3 Affidavit Declaration of Anton Pukhalenko, # 4 Exhibit A: Requests for Admission and Responses, # 5 Exhibit B: FBAR for 2008 filed May 15, 2012, # 6 Exhibit C: FBAR for 2009 |

| | | |
|---|---|---|
| | | filed May 15, 2012, # 7 Exhibit D: FBAR for 2010 filed May 15, 2015, # 8 Exhibit E: IRS Form 13448, # 9 Exhibit F: Declaration of Debt)(Sarnell, Bradley) (Entered: 12/10/2019) |
| 09/23/2019 | | Set Deadlines: Discovery due by 10/31/2019. (Beyerlein, Alexis) (Entered: 09/23/2019) |
| 09/23/2019 | 63 | ORDER granting 62 Motion for Extension of Time. Discovery shall be complete by October 31, 2019. Signed by Judge Kari A. Dooley on 9/23/2019. (Beyerlein, Alexis) (Entered: 09/23/2019) |
| 09/19/2019 | 62 | Consent MOTION for Extension of Time until October 31, 2019*(Extend Discovery Deadline and for Leave to Serve Additional Interrogatories)* Discovery Deadline by USA. (Sarnell, Bradley) (Entered: 09/19/2019) |
| 03/27/2019 | 61 | Minute Entry for proceedings held before Judge Sarah A. L. Merriam: Telephonic Settlement Conference held on 3/27/2019. Case not settled. Total Time: 1 hour and 45 minutes. (Katz, S.) (Entered: 03/27/2019) |
| 03/11/2019 | 60 | ORDER. Because the Court has converted the March 27, 2019, settlement conference to a telephonic proceeding, see Doc. #59, the 55 Consent MOTION to Excuse Overseas Defendant from Physical Appearance at Court-Supervised Settlement Conference and the 56 Consent MOTION to Excuse Official with Full Settlement Authority from In-Person Attendance at Settlement Conference are TERMINATED, as moot. It is so ordered. Signed by Judge Sarah A. L. Merriam on 3/11/2019. (Katz, S.) (Entered: 03/11/2019) |
| 03/11/2019 | 59 | ORDER. As discussed during the March 11, 2019, telephonic settlement conference, the Court will convert the March 27, 2019, in-person settlement conference (Doc. #48) to a telephonic conference. Counsel for plaintiff and defendant shall remain available by telephone on March 27, 2019, from 1:00PM to 5:00PM. The Court will contact counsel separately on March 27, 2019, at the telephone numbers provided to the law clerk by email. It is so ordered. Signed by Judge Sarah A. L. Merriam on 3/11/2019. (Katz, S.) (Entered: 03/11/2019) |
| 03/11/2019 | 58 | Minute Entry for proceedings held before Judge Sarah A. L. Merriam: Telephonic Settlement Conference held on 3/11/2019. 7 minutes. (Katz, S.) (Entered: 03/11/2019) |
| 03/08/2019 | 57 | NOTICE OF E-FILED CALENDAR: THIS IS THE ONLY NOTICE COUNSEL/THE PARTIES WILL RECEIVE. Telephonic Settlement Conference set for 3/11/2019 at 04:00PM before Judge Sarah A. L. Merriam. Please use the following dial-in for this call: (888)278-0296; Access Code: 2280867. (Katz, S.) (Entered: 03/08/2019) |
| 03/08/2019 | 56 | Consent MOTION Excuse Official with Full Settlement Authority From In-Person Attendance at Settlement Conference by USA.Responses due by 3/29/2019 (Sarnell, Bradley) (Entered: 03/08/2019) |
| 03/08/2019 | 55 | Consent MOTION Excuse Overseas Defendant from Physical Appearance at Court-Supervised Settlement Conference re 54 Order,, by Zvi Kaufman.Responses due by 3/29/2019 (Sklarz, Jeffrey) (Entered: 03/08/2019) |

| | | |
|---|---|---|
| 03/06/2019 | 54 | ORDER: A settlement conference is scheduled for Wednesday, March 27, 2019, at 1:00PM. An Amended Settlement Conference Order entered on January 16, 2019 (Doc. # 49 ), setting mandatory pre-conference and settlement conference requirements and interim deadlines. These deadlines, including the deadline for submission of <u>ex parte</u> statements, are set forth in detail in the Amended Order. **The parties are reminded that compliance with the Amended Order is mandatory.** Signed by Judge Sarah A. L. Merriam on 3/6/2019. (Katz, S.) (Entered: 03/06/2019) |
| 02/26/2019 | 53 | ORDER denying 51 Motion to Continue Settlement Conference. The Plaintiff seeks either a continuation of the scheduled settlement conference, or alternatively, an order that the Defendant respond to the Plaintiff's discovery requests prior to the conference. The Plaintiff asks this Court to undo the Court's prior Order regarding the Defendant's obligations in this regard. The Court recognizes that the partial Government shutdown prevented the Plaintiff from responding to the Defendant's January 14, 2019 Motion. However, the discovery deadline was looming and the Court acted accordingly. The partial government shutdown ended on January 25, 2019. The Plaintiff did not seek any reconsideration or relief thereafter until February 26, 2019, over 30 days after the end of the shutdown. The Plaintiff's delay in bringing this motion significantly undermines the claim that the Plaintiff is unable to meaningfully participate in the settlement conference or is otherwise unable to settle the case at all without the Defendant's responses. The motion is DENIED in all respects. Signed by Judge Kari A. Dooley on 2/26/19. (Dooley, Kari) (Entered: 02/26/2019) |
| 02/26/2019 | 52 | RESPONSE re 51 MOTION to Continue *Settlement Conference or, in the alternative, to require Defendant to respond to discovery requests (Response in Opposition)* filed by Zvi Kaufman. (Sklarz, Jeffrey) (Entered: 02/26/2019) |
| 02/26/2019 | 51 | MOTION to Continue *Settlement Conference or, in the alternative, to require Defendant to respond to discovery requests* by USA. (Sarnell, Bradley) (Entered: 02/26/2019) |
| 01/29/2019 | 50 | NOTICE by USA *of Resumption of Government Operations* (Sarnell, Bradley) (Entered: 01/29/2019) |
| 01/16/2019 | 49 | AMENDED ORDER. The attached Amended Order sets forth detailed instructions and deadlines for a settlement conference scheduled in this case. All counsel must read the attached Amended Order and provide a copy to their clients. Compliance with **all** deadlines and conditions set forth in the Amended Order is **mandatory**. Signed by Judge Sarah A. L. Merriam on 1/16/2019. (Katz, S.) (Entered: 01/16/2019) |
| 01/16/2019 | 48 | AMENDED NOTICE OF E-FILED CALENDAR: THIS IS THE ONLY NOTICE COUNSEL/THE PARTIES WILL RECEIVE. ALL PERSONS ENTERING THE COURTHOUSE MUST PRESENT PHOTO IDENTIFICATION. Settlement Conference *reset from 2/9/2019* to **3/27/2019 at 01:00PM** in Courtroom Four, 141 Church Street, New Haven, CT before Judge Sarah A. L. Merriam. (Katz, S.) (Entered: 01/16/2019) |
| 01/16/2019 | 47 | |

| | | |
|---|---|---|
| | | ORDER. On January 8, 2019, the Court issued an order canceling the February 9, 2019, settlement conference in light of the continued lapse in appropriations. See Doc. #43. The Court also ordered that "[a]s soon as practicable, counsel shall file a joint notice on the docket indicating at least two mutually agreeable dates on which to reschedule the conference." Id. To date, the Court has not received a response to its January 8, 2019, Order, presumably because the lapse in appropriations continues. Nevertheless, the Court must continue to maintain its calendar. Therefore, the February 9, 2019, settlement conference is hereby rescheduled to **March 27, 2019, at 1:00PM**. An amended calendar and settlement conference order will issue. It is so ordered. Signed by Judge Sarah A. L. Merriam on 1/16/2019. (Katz, S.) (Entered: 01/16/2019) |
| 01/15/2019 | | **Reset** Deadlines: Defendant's objections to Plaintiff's discovery requests due on or before 1/16/2019. Defendant's responses to Plaintiff's discovery requests due on or before 4/15/2019. (Beyerlein, Alexis) (Entered: 01/15/2019) |
| 01/15/2019 | 46 | **AMENDED** ORDER granting in part and denying in part 44 Motion for Extension of Time. The Court grants the motion for extension of time only as to the Defendant's responses to the Plaintiff's interrogatories and requests for production. The Defendant's responses shall be served on or before 4/15/2019. The Court denies the motion for extension of time as to the Defendant's objections to the Plaintiff's interrogatories and requests for production. The Defendant's objections shall be served on or before 1/16/2019. Finally, the Court notes that this matter was reassigned to the undersigned on 9/17/2018. Accordingly, the Parties should use a case number that reflects this reassignment in any subsequent pleadings. Signed by Judge Kari A. Dooley on 1/15/2019. (Beyerlein, Alexis) (Entered: 01/15/2019) |
| 01/14/2019 | | Set Deadlines: Plaintiff's objections to Defendant's discovery requests due on or before 1/16/2019. Plaintiff's responses to Defendant's discovery requests due on or before 4/15/2019. (Beyerlein, Alexis) (Entered: 01/14/2019) |
| 01/14/2019 | 45 | *VACATED* ORDER granting in part and denying in part 44 Motion for Extension of Time. The Court grants the motion for extension of time only as to the Plaintiff's responses to the Defendant's interrogatories and requests for production. The Plaintiff's responses shall be served on or before 4/15/2019. The Court denies the motion for extension of time as to the Plaintiff's objections to the Defendant's interrogatories and requests for production. The Plaintiff's objections shall be served on or before 1/16/2019. Finally, the Court notes that this matter was reassigned to the undersigned on 9/17/2018. Accordingly, the Parties should use a case number that reflects this reassignment in any subsequent pleadings. Signed by Judge Kari A. Dooley on 1/14/2019. (Beyerlein, Alexis) Modified on 1/15/2019 (Gould, K.). (Entered: 01/14/2019) |
| 01/14/2019 | 44 | MOTION for Extension of Time until April 15, 2019 To Extend Deadline to Respond to Government's Discovery Requests Until After Early Court- |

| | | |
|---|---|---|
| | | Supervised Settlement Conference by Zvi Kaufman. (Attachments: # 1 Text of Proposed Order)(Sklarz, Jeffrey) (Entered: 01/14/2019) |
| 01/08/2019 | 43 | ORDER. On November 20, 2018, the Court scheduled a settlement conference in this matter for February 7, 2019. (Doc. #39). An order setting pre-settlement conference deadlines also issued. (Doc. # 40 ). On December 26, 2018, plaintiff filed a Motion to Stay Settlement Conference and Related Dates in Light of Lapse of Appropriations. (Doc. # 41 ). The Court granted that motion and suspended the deadlines set forth in the settlement conference order. See Doc. #42. The Court stated: "The Settlement Conference scheduled for February 7, 2019, will remain on the calendar[]" and that "[c]ounsel and the parties should assume the conference will go forward as scheduled." Id. Because the lapse in appropriations continues, plaintiff's counsel is "prohibited from working[,]" Doc. # 41 at 2, and thus unable to engage in the pre-settlement discourse required by the Court's settlement conference order. Accordingly, the settlement conference scheduled for February 7, 2019, is CANCELED. The Court will reschedule the settlement conference to one of the following dates: March 21, March 27, March 28, May 1, or May 2. As soon as practicable, counsel shall file a joint notice on the docket indicating at least two mutually agreeable dates on which to reschedule the settlement conference. The Court is unable to hold these dates pending a response from counsel. Accordingly, the sooner counsel report back with two mutually agreeable dates, the more likely the parties will receive one of their preferred dates.<br>It is so ordered. Signed by Judge Sarah A. L. Merriam on 1/8/2019. (Katz, S.) (Entered: 01/08/2019) |
| 12/26/2018 | 42 | ORDER granting 41 Motion to Stay. The deadlines set forth in the Settlement Conference Order (Doc. # 40 ) are hereby suspended, pending further information regarding the plaintiff's ability to pursue this civil action. **The Settlement Conference scheduled for February 7, 2019, will remain on the calendar.** Counsel and the parties should assume the conference will go forward as scheduled. The Court will enter an order in January 2019 providing additional instruction to the parties, depending upon the plaintiff's ability to proceed. It is so ordered. Signed by Judge Sarah A. L. Merriam on 12/26/18. (Merriam, Sarah) (Entered: 12/26/2018) |
| 12/26/2018 | 41 | MOTION to Stay *Settlement Conference and Related Dates due to lapse of appropriations* by USA.Responses due by 1/16/2019 (Sarnell, Bradley) (Entered: 12/26/2018) |
| 11/20/2018 | 40 | ORDER. The attached Order sets forth detailed instructions and deadlines for a settlement conference scheduled in this case. All counsel must read the attached Order and provide a copy to their clients. Compliance with **all** deadlines and conditions set forth in the Order is **mandatory**. Signed by Judge Sarah A. L. Merriam on 11/20/2018. (Katz, S.) (Entered: 11/20/2018) |
| 11/20/2018 | 39 | NOTICE OF E-FILED CALENDAR: THIS IS THE ONLY NOTICE COUNSEL/THE PARTIES WILL RECEIVE. ALL PERSONS ENTERING THE COURTHOUSE MUST PRESENT PHOTO IDENTIFICATION. Settlement Conference set for 2/7/2019 from 10:00AM to 2:00PM in |

| | | |
|---|---|---|
| | | Courtroom Four, 141 Church Street, New Haven, CT before Judge Sarah A. L. Merriam. (Katz, S.) (Entered: 11/20/2018) |
| 11/20/2018 | 38 | Minute Entry for proceedings held before Judge Sarah A. L. Merriam: Pre-Settlement Telephonic Scheduling Conference held on 11/20/2018. A settlement conference has been scheduled for Thursday, February 7, 2019, from 10:00AM to 2:00PM. A separate calendar and settlement conference order will issue. 10 minutes. (Katz, S.) (Entered: 11/20/2018) |
| 11/08/2018 | | Set Deadlines: Amended Pleadings due by 7/1/2019; Discovery due by 10/1/2019. (Gould, K.) (Entered: 11/14/2018) |
| 11/08/2018 | 37 | NOTICE OF E-FILED CALENDAR: THIS IS THE ONLY NOTICE COUNSEL/THE PARTIES WILL RECEIVE. Telephonic Scheduling Conference set for 11/20/2018, at 9:30AM, before Judge Sarah A. L. Merriam. This case has been referred to Judge Merriam for a settlement conference. She will hold a pre-conference telephone call with counsel on 11/20/2018, at 9:30AM. A firm date for the settlement conference will be set during that telephone call. The Court requires all named parties and any other persons necessary to achieve full settlement (e.g., insurance representatives) to attend the settlement conference in person. Therefore, counsel must consult with their clients and other necessary parties prior to the telephone call to determine any dates on which they will be unavailable in the next 120 days. Counsel should also have their own calendars available to facilitate scheduling. During the telephone call, counsel should be prepared to discuss what information needs to be exchanged and anything else that needs to be accomplished prior to the settlement conference for the conference to be productive. Please use the following dial-in for this call: (888)278-0296; Access Code: 2280867. (Katz, S.) (Entered: 11/08/2018) |
| 11/08/2018 | 36 | ORDER. Following the court's review of the parties Rule 26(f) Report, and the Rule 16(b) conference, the Report is Approved, Adopted and So Ordered except to the extent set forth below. The parties may move to amend the pleadings up until July 1, 2019. To the extent expert witnesses are disclosed, expert depositions must be completed by October 1, 2019. Discovery shall conclude by October 1, 2019. The parties shall be referred to Magistrate Judge Merriam for settlement purposes. Signed by Judge Kari A. Dooley on 11/8/18.(Dooley, Kari) (Entered: 11/08/2018) |
| 11/08/2018 | 35 | Minute Entry for proceedings held before Judge Kari A. Dooley: Telephonic Status Conference held on 11/8/2018. Total Time 12 minutes (Grossfeld, Eric) (Entered: 11/08/2018) |
| 11/08/2018 | 34 | ORDER REFERRING CASE to Magistrate Judge Sarah A. L. Merriam for Settlement Conference<br>Signed by Judge Kari A. Dooley on 11/8/2018.(Grossfeld, Eric) (Entered: 11/08/2018) |
| 10/19/2018 | 33 | NOTICE OF E-FILED CALENDAR: THIS IS THE ONLY NOTICE COUNSEL/THE PARTIES WILL RECEIVE.ALL PERSONS ENTERING THE COURTHOUSE MUST PRESENT PHOTO IDENTIFICATION. Telephonic Pretrial Conference set for 11/8/2018 10:00 AM before Judge |

| | | |
|---|---|---|
| | | Kari A. Dooley. Conference Line: (888-278-0296); Access Code: 80-77-899 (Bempong, Tracy) (Entered: 10/19/2018) |
| 10/19/2018 | 32 | SCHEDULING ORDER: Telephonic Pretrial Conference set for 11/8/2018 10:00 AM before Judge Kari A. Dooley. Parties are to call the Conference Line: (888-278-0296); Access Code: 80-77-899 at the appointed time. Signed by Judge Kari A. Dooley on 10/19/2018.(Bempong, Tracy) (Entered: 10/19/2018) |
| 10/17/2018 | 31 | ORDER VACATING 30 Order on reassigned matters in light of the filing of the 26(f) report. Signed by Judge Kari A. Dooley on 10/17/2018.(Gould, K.) (Entered: 10/17/2018) |
| 10/17/2018 | 30 | *VACATED* ORDER on reassigned cases. Please see attached. Signed by Judge Kari A. Dooley on 10/17/2018.(Gould, K.) Modified on 10/17/2018 (Gould, K.). (Entered: 10/17/2018) |
| 09/19/2018 | 29 | REPORT of Rule 26(f) Planning Meeting. (Sarnell, Bradley) (Entered: 09/19/2018) |
| 09/17/2018 | 28 | ORDER OF TRANSFER. Case reassigned to Judge Kari A. Dooley for all further proceedings. Signed by Clerk on 9/17/18.(Walker, J.) (Entered: 09/17/2018) |
| 07/26/2018 | 27 | NOTICE of Appearance by Jeffrey A Neiman on behalf of Zvi Kaufman (Neiman, Jeffrey) (Entered: 07/26/2018) |
| 07/23/2018 | 26 | ANSWER to 1 Complaint with Affirmative Defenses by Zvi Kaufman. (Sklarz, Jeffrey) (Entered: 07/23/2018) |
| 07/17/2018 | 25 | CERTIFICATE OF GOOD STANDING re 23 MOTION for Attorney(s) Jeffrey Neiman to be Admitted Pro Hac Vice (paid $75 PHV fee; receipt number ACTDC-4901637) by Zvi Kaufman. (Sklarz, Jeffrey) (Entered: 07/17/2018) |
| 07/17/2018 | 24 | ORDER granting 23 Motion to Appear Pro Hac Vice Certificate of Good Standing due by 9/15/2018. Signed by Clerk on 07/17/2018. (Peterson, M) (Entered: 07/17/2018) |
| 07/16/2018 | 23 | MOTION for Attorney(s) Jeffrey Neiman to be Admitted Pro Hac Vice (paid $75 PHV fee; receipt number ACTDC-4901637) by Zvi Kaufman. (Attachments: # 1 Affidavit)(Sklarz, Jeffrey) (Entered: 07/16/2018) |
| 06/06/2018 | 22 | NOTICE of Appearance by Jeffrey M. Sklarz on behalf of Zvi Kaufman (Sklarz, Jeffrey) (Entered: 06/06/2018) |
| 05/24/2018 | | Answer deadline updated for All Defendants. (Tooker, A.) (Entered: 05/24/2018) |
| 05/24/2018 | 21 | ORDER granting 20 Joint Motion for Extension of Time to Respond to the Complaint to 7/23/18. Signed by Judge Janet Bond Arterton on 5/23/18. (Tooker, A.) (Entered: 05/24/2018) |
| 05/23/2018 | 20 | |

| | | |
|---|---|---|
| | | Joint MOTION for Extension of Time until July 23, 2018 *to* Respond to Complaint by USA. (Sarnell, Bradley) (Entered: 05/23/2018) |
| 05/23/2018 | 19 | NOTICE of Appearance by Bradley Alexander Sarnell on behalf of USA (Sarnell, Bradley) (Entered: 05/23/2018) |
| 05/10/2018 | 18 | Notice to counsel in transferred case.<br>Signed by Clerk on 05/10/2018. (Peterson, M) (Entered: 05/10/2018) |
| 05/10/2018 | 17 | NOTICE TO COUNSEL NOT ADMITTED TO THE BAR OF THE US DISTRICT COURT OF CONNECTICUT Re: Local Rule 83.1 Admission of Attorneys. The above captioned case has been received and filed in our court. Please see our Local Rule 83.1 regarding Admission of Attorneys that is available on our website at www.ctd.uscourts.gov. You will not be added to the case, nor will we accept further filings until you have complied with Local Rule 83.1. If you have any questions about this procedure, please contact the Clerk's Office. ANY MOTIONS PENDING AT THE TIME OF TRANSFER MUST BE REFILED IN OUR DISTRICT.<br>Signed by Clerk on 05/10/2018. (Peterson, M) (Entered: 05/10/2018) |
| 05/09/2018 | 16 | ELECTRONIC FILING ORDER - PLEASE ENSURE COMPLIANCE WITH COURTESY COPY REQUIREMENTS IN THIS ORDER<br>Signed by Judge Janet Bond Arterton on 05/09/2018. (Peterson, M) (Entered: 05/10/2018) |
| 05/09/2018 | 15 | STANDING PROTECTIVE ORDER<br>Signed by Judge Janet Bond Arterton on 05/09/2018. (Peterson, M) (Entered: 05/10/2018) |
| 05/09/2018 | 14 | Case electronically transferred in from District of Florida Southern; Case Number 0:17-cv-61783. (Entered: 05/09/2018) |
| 05/07/2018 | | Case transferred to District of Connecticut electronically (cce) (Entered: 05/07/2018) |
| 05/07/2018 | 13 | PAPERLESS ORDER. THIS CAUSE is before the Court on a Joint Motion to Change Venue to District of Connecticut 12 . UPON CONSIDERATION of the Motion 12 , the pertinent portions of the record, and being otherwise fully advised in the premises, the Motion 12 is hereby GRANTED. The Clerk of Court is instructed to TRANSFER this case to the District of Connecticut. Signed by Chief Judge K. Michael Moore on 5/7/2018. (cce) (Entered: 05/07/2018) |
| 05/04/2018 | 12 | Consent MOTION to Change Venue by United States of America. Responses due by 5/18/2018 (Powell, Kari) (Entered: 05/04/2018) |
| 05/04/2018 | 11 | NOTICE of Attorney Appearance by Jeffrey Adam Neiman on behalf of Zvi Kaufman. Attorney Jeffrey Adam Neiman added to party Zvi Kaufman (pty:dft). (Neiman, Jeffrey) (Entered: 05/04/2018) |
| 01/19/2018 | 10 | WAIVER OF SERVICE Returned Executed by United States of America. Zvi Kaufman waiver sent on 1/19/2018, answer due 4/19/2018. (Powell, Kari) (Entered: 01/19/2018) |
| | | |

| | | |
|---|---|---|
| 12/15/2017 | 9 | STATUS REPORT by United States of America (Powell, Kari) (Entered: 12/15/2017) |
| 12/12/2017 | 8 | PAPERLESS ORDER. THIS CAUSE came before the Court sua sponte. On September 12, 2017, the Government filed a Complaint against Defendant. Although the Clerk of Court issued a summons on September 18, 2017, a review of the docket reveals that the Government has not yet served Defendant, who resides abroad. UPON CONSIDERATION of the pertinent portions of the record and being otherwise fully advised in the premises, the Government is hereby ORDERED to submit to the Court a status report, on or before December 19, 2017, addressing the Government's efforts to serve the Defendant. Signed by Chief Judge K. Michael Moore on 12/12/2017. (cce) (Entered: 12/12/2017) |
| 09/26/2017 | 7 | GENERAL ORDER ON DISCOVERY OBJECTIONS AND PROCEDURES. Signed by Magistrate Judge Lurana S. Snow on 9/26/2017. (mc) (Entered: 09/26/2017) |
| 09/21/2017 | 6 | PAPERLESS ORDER REFERRING PRETRIAL DISCOVERY MATTERS TO MAGISTRATE JUDGE LURANA S. SNOW. PURSUANT to 28 U.S.C. § 636 and the Magistrate Rules of the Local Rules of the Southern District of Florida, the above-captioned Cause is referred to United States Magistrate Judge Lurana S. Snow to take all necessary and proper action as required by law with respect to any and all pretrial discovery matters. Any motion affecting deadlines set by the Court's Scheduling Order is excluded from this referral, unless specifically referred by separate Order. It is FURTHER ORDERED that the parties shall comply with Magistrate Judge Lurana S. Snows discovery procedures, which the parties shall be advised of by the entry of an Order. Signed by Chief Judge K. Michael Moore on 9/21/2017. (cce) (Entered: 09/21/2017) |
| 09/21/2017 | 5 | PAPERLESS PRETRIAL ORDER. This order has been entered upon the filing of the complaint. Plaintiff's counsel is hereby ORDERED to forward to all defendants, upon receipt of a responsive pleading, a copy of this Order. It is further ORDERED that S.D. Fla. L.R. 16.1 shall apply to this case and the parties shall hold a scheduling conference no later than twenty (20) days after the filing of the first responsive pleading by the last responding defendant, or within sixty (60) days after the filing of the complaint, whichever occurs first. However, if all defendants have not been served by the expiration of this deadline, Plaintiff shall move for an enlargement of time to hold the scheduling conference, not to exceed 90 days from the filing of the Complaint. Within ten (10) days of the scheduling conference, counsel shall file a joint scheduling report. Failure of counsel to file a joint scheduling report within the deadlines set forth above may result in dismissal, default, and the imposition of other sanctions including attorney's fees and costs. The parties should note that the time period for filing a joint scheduling report is not tolled by the filing of any other pleading, such as an amended complaint or Rule 12 motion. The scheduling conference may be held via telephone. At the conference, the parties shall comply with the following agenda that the Court adopts from S.D. Fla. L.R. 16.1: (1) Documents (S.D. Fla. L.R. 16.1.B.1 and 2) - The parties shall determine the procedure for exchanging a |

| | | |
|---|---|---|
| | | copy of, or a description by category and location of, all documents and other evidence that is reasonably available and that a party expects to offer or may offer if the need arises. Fed. R. Civ. P. 26(a)(1)(B). (a) Documents include computations of the nature and extent of any category of damages claimed by the disclosing party unless the computations are privileged or otherwise protected from disclosure. Fed. R. Civ. P. 26(a)(1)(C). (b) Documents include insurance agreements which may be at issue with the satisfaction of the judgment. Fed. R. Civ. P. 26(a)(1)(D). (2) List of Witnesses - The parties shall exchange the name, address and telephone number of each individual known to have knowledge of the facts supporting the material allegations of the pleading filed by the party. Fed. R. Civ. P. 26(a)(1)(A). The parties have a continuing obligation to disclose this information. (3) Discussions and Deadlines (S.D. Fla. L.R. 16.1.B.2) - The parties shall discuss the nature and basis of their claims and defenses and the possibilities for a prompt settlement or resolution of the case. Failure to comply with this Order or to exchange the information listed above may result in sanctions and/or the exclusion of documents or witnesses at the time of trial. S.D. Fla. L.R. 16.1.I.<br><br>Pursuant to Administrative Order 2016-70 of the Southern District of Florida and consistent with the Court of Appeals for the Eleventh Circuits Local Rules and Internal Operating Procedures, within three days of the conclusion of a trial or other proceeding, parties must file via CM/ECF electronic versions of documentary exhibits admitted into evidence, including photographs of non-documentary physical exhibits. The Parties are directed to comply with each of the requirements set forth in Administrative Order 2016-70 unless directed otherwise by the Court.<br><br>Telephonic appearances are not permitted for any purpose. Upon reaching a settlement in this matter the parties are instructed to notify the Court by telephone and to file a Notice of Settlement within twenty-four (24) hours. Signed by Chief Judge K. Michael Moore on 9/21/2017. (cce) (Entered: 09/21/2017) |
| 09/18/2017 | 4 | Summons Issued as to Zvi Kaufman. (mc) (Entered: 09/18/2017) |
| 09/14/2017 | | Case Reopened - Closed in Error (rms1) (Entered: 09/14/2017) |
| 09/12/2017 | 3 | Clerks Notice of Judge Assignment to Chief Judge K. Michael Moore.<br><br>Pursuant to 28 USC 636(c), the parties are hereby notified that the U.S. Magistrate Judge Lurana S. Snow is available to handle any or all proceedings in this case. If agreed, parties should complete and file the Consent form found on our website. It is not necessary to file a document indicating lack of consent. (mc) (Entered: 09/18/2017) |
| 09/12/2017 | 2 | Clerks Notice to Filer re: Electronic Case. Case administratively closed - No Initiating Document filed/attached. **No further entries will be made on this case**. (rms1) (Entered: 09/14/2017) |
| 09/12/2017 | 1 | |

|  |  | COMPLAINT against Zvi Kaufman. Filing fees $ 400.00. USA Filer - No Filing Fee Required, filed by United States of America. (Attachments: # 1 Civil Cover Sheet, # 2 Summon(s))(Powell, Kari) (Entered: 09/12/2017) |
|---|---|---|