# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 24th day of June, two thousand twenty-two.

Before: José A. Cabranes,
  *Circuit Judge,*

---

| | |
|---|---|
| United States of America, | **ORDER** |
| Plaintiff - Appellant, | Docket No. 22-468 |
| v. | |
| Zvi Kaufman, | |
| Defendant - Appellee. | |

---

The Government moves the Court to stay this appeal pending a decision by the Supreme Court in *Bittner v. United States* (S. Ct. No. 21-1195).

IT IS HEREBY ORDERED that the motion is GRANTED, absent objection.

For the Court:
Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

CERTIFIED COPY ISSUED ON 06/30/2022